Malcolm Segal (SBN 075481)
**Segal & Associates, PC**
500 Capitol Mall, Suite 600
Sacramento, CA 95814
Telephone: (916) 441-0886
msegal@segal-pc.com

Steven A. Zalesin *(pro hac vice)*
Joshua Kipnees *(pro hac vice)*
**Patterson Belknap Webb & Tyler LLP**
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
sazalesin@pbwt.com
jkipnees@pbwt.com

*Attorneys for Defendant Kenvue
Brands LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIRREON GOODSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KENVUE BRANDS LLC,<br><br>Defendant. | Case No: 2024 CV 03152<br><br>**DECLARATION OF JOSHUA KIPNEES IN SUPPORT OF DEFENDANT KENVUE BRANDS LLC'S MOTION TO DISMISS THE AMENDED COMPLAINT** |

-1-

Kipnees Declaration in Support of Kenvue's Motion to Dismiss the Amended Complaint

## DECLARATION OF JOSHUA KIPNEES

I, Joshua Kipnees, declare and state as follows:

1. I am an attorney admitted to practice before this Court *pro hac vice* (Dkt. 15), and a partner at Patterson Belknap Webb & Tyler LLP, counsel of record for Defendant Kenvue Brands LLC ("Kenvue") in the above-captioned action. I respectfully submit this Declaration in support of Kenvue's Motion to Dismiss the Amended Complaint. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify to the facts stated in this declaration.

2. Attached as **Exhibit A** are true and correct copies of photographs of the full product packaging of Tylenol® PM Extra Strength 24-count caplets. The product shown in these photographs was purchased on December 17, 2024.

3. Attached as **Exhibit B** is a true and correct copy of Bonham, C., Birkmayer, F., *Severe Diphenhydramine Dependence and Withdrawal: Case Report,* J. Dual Diagnosis, Vol. 5, 97-103, 2009.

4. Attached as **Exhibit C** is a true and correct copy of Cox, D. et al., *Diphenhydramine Dependence*, Addiction, March 2001.

5. Attached as **Exhibit D** is a true and correct copy of De Nesnera, A.P., *Diphenhydramine Dependence: A Need for Awareness*, J. Clin. Psychiatry, March 1996.

6. Attached as **Exhibit E** is a true and correct copy of Dinndorf, P., et al., *Risk of Abuse of Diphenhydramine in Children and Adolescents with Chronic Illnesses*, J. Pediatr, Aug 1998.

7. Attached as **Exhibit F** is a true and correct copy of Erbe, S., Bschor, T., *[Diphenhydramine Addiction and Detoxification. A Systematic Review and Case Report]* Article in German, Psychiatr. Prax., July 2013. It is an article published in German, with an abstract in English.

8. Attached as **Exhibit G** is a true and correct copy of Feldman, M.D., Behar, M., *A Case of Massive Diphenhydramine Abuse and Withdrawal from Use of the Drug*, JAMA, June 1986.

9. Attached as **Exhibit H** is a true and correct copy of Gracious, B., et al., *The Importance of Taking a History of Over-the-Counter Medication Use: A Brief Review and Case*

*Illustration of "PRN" Antihistamine Dependence in a Hospitalized Adolescent*, J. Child Adolesc. Psychopharmacol., Dec 2010.

10.   Attached as **Exhibit I** is a true and correct copy of Herman, D.M., Bassetti C.L., *Reversible Opsoclonus after Diphenhydramine Misuse*, Eur. Neurol. 53(1):46-47, 2005.

11.   Attached as **Exhibit J** is a true and correct copy of Jagroop, S., et al., *Chronic Diphenhydramine Abuse and Withdrawal: A Diagnostic Challenge*, Neurol Clin Pract, Oct 2017.

12.   Attached as **Exhibit K** is a true and correct copy of Richardson, G., et al., *Tolerance to Daytime Sedative Effects of H1 Antihistamines*, J. Clin. Psychopharmacol., Oct 2002.

13.   Attached as **Exhibit L** is a true and correct copy of Roberts, K., et al., *Misuse of Diphenhydramine Soft Gel Capsules (Sleepia): a Cautionary Tale from Glasgow*, Addiction, Oct 1999.

14.   Attached as **Exhibit M** is a true and correct copy of Schifano, S., et al., *Focus on Over-the-Counter Drugs' Misuse: A Systematic Review on Antihistamines, Cough Medicines, and Decongestants*, Front Psychiatry, May 2021.

15.   Attached as **Exhibit N** is a true and correct copy of Thomas, A., et al., *Diphenhydramine Abuse and Detoxification: A Brief Review and Case Report*, J. Psychopharmacol., Jan 2009.

16.   Exhibits B to N are each cited in the Amended Complaint ("AC").  *See* AC ¶ 35.

17.   Attached as **Exhibit O** is a true and correct copy of a printout of the Merriam-Webster definition of the term "habit-forming," available at https://www.merriam-webster.com/dictionary/habit-forming (last visited Dec. 23, 2024).

18.   Attached as **Exhibit P** is a true and correct copy of a printout of the Merriam-Webster definition of the term "tolerance," available at https://www.merriam-webster.com/dictionary/tolerance (last visited Dec. 23, 2024).

19.   Attached as **Exhibit Q** is a true and correct copy of a printout of the American Psychology Association Dictionary of Psychology definitions of the terms "habit-forming drug" and "abuse potential," available at https://dictionary.apa.org/habit-forming-drug (last visited Dec. 23, 2024) and https://dictionary.apa.org/abuse-potential (last visited Dec. 23, 2024).

Kipnees Declaration in Support of Kenvue's Motion to Dismiss the Amended Complaint

20.    Attached as **Exhibit R** is a true and correct copy of a printout of the Dictionary.com definition of the term "habit-forming," available at https://www.dictionary.com/browse/habit-forming (last visited Dec. 23, 2024).

21.    Attached as **Exhibit S** is a true and correct copy of a printout of a webpage titled "The Over-the-Counter Drug Facts Label" on the FDA's official website, available at https://www.fda.gov/drugs/understanding-over-counter-medicines/over-counter-drug-facts-label (last visited Dec. 23, 2024).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of December, 2024 in New York, New York.

Joshua Kipnees

-4-

Kipnees Declaration in Support of Kenvue's Motion to Dismiss the Amended Complaint