# Exhibit A





*Drug Facts* (continued)

■ with any other product containing diphenhydramine, even one used on skin   ■ in children under 12 years of age
■ if you have ever had an allergic reaction to this product or any of its ingredients

**Ask a doctor before use if you have**
■ liver disease
■ a breathing problem such as emphysema or chronic bronchitis
■ trouble urinating due to an enlarged prostate gland
■ glaucoma

**Ask a doctor or pharmacist before use if you are**
■ taking the blood thinning drug warfarin
■ taking sedatives or tranquilizers

**When using this product**
■ drowsiness will occur   ■ avoid alcoholic drinks
■ do not drive a motor vehicle or operate machinery

**Stop use and ask a doctor if**
■ sleeplessness persists continuously for more than 2 weeks. Insomnia may be a symptom of serious underlying medical illness.
■ pain gets worse or lasts more than 10 days
■ fever gets worse or lasts more than 3 days
■ redness or swelling is present
■ new symptoms occur
These could be signs of a serious condition.

**If pregnant or breast-feeding, ask a health professional before use.**
**Keep out of reach of children.**



*Drug Facts* (continued)

**Overdose warning:** In case of overdose, get medical help or contact a Poison Control Center right away. (1-800-222-1222) Quick medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms.

*Directions*
■ do not take more than directed (see overdose warning)

| adults and children 12 years and over | ■ take 2 caplets at bedtime ■ do not take more than 2 caplets of this product in 24 hours |
| children under 12 years | do not use |

*Other information*
■ store between 20-25°C (68-77°F)
■ **do not use if carton is opened. Do not use if foil inner seal imprinted with "TYLENOL" is broken or missing**

*Inactive ingredients* carnauba wax, crospovidone, FD&C blue no. 1 aluminum lake, hypromellose, magnesium stearate, microcrystalline cellulose, polyethylene glycol, polysorbate 80, povidone, pregelatinized starch, sodium starch glycolate, stearic acid, titanium dioxide

*Questions or comments?*
call **1-877-895-3665** (toll-free) or **215-273-8755** (collect)



# Exhibit B



**Journal of Dual Diagnosis**

ISSN: 1550-4263 (Print) 1550-4271 (Online) Journal homepage: www.tandfonline.com/journals/wjdd20

# Severe Diphenhydramine Dependence and Withdrawal: Case Report

CarolineBonhamMBBS & FlorianBirkmayerMD

**To cite this article:** CarolineBonhamMBBS & FlorianBirkmayerMD (2009) Severe Diphenhydramine Dependence and Withdrawal: Case Report, Journal of Dual Diagnosis, 5:1, 97-103, DOI: 10.1080/15504260802620269

**To link to this article:**  https://doi.org/10.1080/15504260802620269

Published online: 20 Jan 2009.

Submit your article to this journal ⬀

Article views: 189

View related articles ⬀

Citing articles: 1 View citing articles ⬀

Full Terms & Conditions of access and use can be found at
https://www.tandfonline.com/action/journalInformation?journalCode=wjdd20

*Journal of Dual Diagnosis*, 5:97–103, 2009
Copyright © Taylor & Francis Group, LLC
ISSN: 1550-4263 print / 1550-4271 online
DOI: 10.1080/15504260802620269



# Severe Diphenhydramine Dependence and Withdrawal: Case Report

CAROLINE BONHAM, MBBS and FLORIAN BIRKMAYER, MD

*Department of Psychiatry, University of New Mexico, School of Medicine, Albuquerque, New Mexico, USA*

*This report describes a case of diphenhydramine dependence and withdrawal in a 34-year-old woman with schizophrenia. Anticholinergic medications have the potential for dependence. A characteristic withdrawal syndrome can develop after abrupt cessation of high-dose anticholinergics. This patient presented with an anticholinergic withdrawal syndrome manifest by pyrexia, hypertension, bowel and bladder incontinence, and increased muscle tone. Diphenhydramine is considered a relatively safe medication. This case highlights its potential for abuse and reminds us of the features of its characteristic withdrawal syndrome.*

*KEYWORDS   Anticholinergics, diphenhydramine, substance dependence, withdrawal, schizophrenia*

## CASE HISTORY

AR, a 34-year-old woman with chronic undifferentiated schizophrenia and cocaine dependence in full sustained remission, was admitted to a general medical ward for evaluation of bowel and bladder incontinence, mild pyrexia, mild hypertension, and increased tone in her upper extremities. No definitive diagnosis was made during this medical admission. The diagnosis of neuroleptic malignant syndrome was considered but was thought to be unlikely since her creatine kinase level was normal. Her symptoms resolved gradually over a 2-week period as an inpatient.

Received 21 September 2007; accepted 16 February 2008.

Address correspondence to Caroline Bonham, MBBS, Department of Psychiatry, University of New Mexico, School of Medicine MSC09 5030, 1 University of New Mexico, Albuquerque, NM 87131. E-mail: cbonham@salud.unm.edu

At her follow-up psychiatric appointment, her mother mentioned that since discharge from hospital, the patient had resumed using 1.5 g of diphenhydramine a day and approximately 300 to 400 mg of propranolol daily. At this dosage, the patient was ingesting a potentially lethal amount of diphenhydramine, as death from overdose has been reported in an adult who ingested 1.2 g (Karch, 1998). The patient had been engaging in illegal activities in order to purchase the diphenhydramine and had threatened her family members with violence when they expressed concerns.

With this new information, the psychiatric staff concluded that the patient's symptoms of incontinence, pyrexia, hypertension, and extrapyramidal symptoms observed during her medical admission represented withdrawal from diphenhydramine. Since $\beta$-blocker withdrawal can also cause rebound tachycardia and hypertension (Goldman, 1981), it is possible that she was also experiencing a rebound syndrome from propranolol. She agreed to psychiatric admission for monitored withdrawal from diphenhydramine. She was unable to explain why she was using either the diphenhydramine or the propranolol.

Physical examination revealed the following significant findings: vital signs were within normal limits; tone in her upper limbs was more pronounced on the left; coordination in her upper limbs was impaired secondary to this increased tone; and bipedal nonpitting edema was observed.

On admission mental status, the patient's thought processes were concrete. She described ideas of reference, thought insertion, and chronic auditory hallucinations. Her insight and judgment were impaired.

She remained as an inpatient on the psychiatric ward for 28 days. The diphenhydramine was stopped and substituted with a scheduled low dose of benztropine administered twice daily. Within 24 hours of admission, she became incontinent of urine, was unable to walk due to increased tone in her lower limbs, became markedly tremulous, and developed tachycardia and hypertension with a heart rate of 130 beats per minute and a maximum blood pressure of 140/98 mm Hg.

The scheduled dosage of benztropine was increased to a thrice-daily dose and then gradually tapered during the admission. She also received lorazepam to address her agitation and insomnia, and she was placed on a tapering course of propranolol. Her psychotic symptoms were treated with quetiapine. Her incontinence, agitation, tachycardia, hypertension, and increased muscle tone slowly resolved during this admission. Table 1 shows a more thorough summary of the hospital admission findings and details.

AR gave written informed consent for her case to be published as an illustration of diphenhydramine dependence, and the local institutional policies on anonymity were followed in the preparation of this case report.

**TABLE 1** Summary of Clinical Presentation and Treatment During Admission

| | Medical Admission (4 Days) | Psychiatric Admission (28 Days, 1 Month Later) |
|---|---|---|
| Clinical findings | Unresponsive, incontinent of urine, muscle rigidity | Ideas of reference, thought insertion, and auditory hallucinations on mental status examination |
| | Temperature: 38.2° C | Increased tone in upper limbs and subsequent impaired coordination; no ataxia |
| | Heart rate: 134 beats/min | Vital signs were normal |
| | Blood pressure: 132/88 mm Hg | |
| Laboratory values | White blood cell count: $14.3 \times 10^3/mm^3$ | Results of complete blood cell count, creatine kinase assessment, comprehensive metabolic panel, and urine drug screen were within normal limits |
| | Sodium: 159 mEq/L | |
| | Results of complete blood cell count, creatine kinase assessment, comprehensive metabolic panel, chest radiography, lumbar puncture, electrocardiography, urinalysis, and urine drug screen within normal limits | |
| Documented medications on admission | Received fluphenazine decanoate 25 mg intramuscularly, 9 days prior to admission | Received fluphenazine decanoate 25 mg intramuscularly 2 days prior to admission; prior to this dose, the patient had not received any antipsychotics for the preceding 6 weeks |
| Treatment | Normal saline intravenously | Benztropine 1 mg PO tid (tapered over 2 weeks) |
| | For the first 24 hours of admission, the patient received diphenhydramine 50 mg intravenously every 6 hours and lorazepam 1.5 cc/hour intravenously | Propranolol 40 mg PO tid (tapered over 10 days) |
| | | Lorazepam 2 mg PO every 4 hours (tapered over entire admission) |
| | | Quetiapine 200 mg PO at bedtime |
| Medications at discharge | Amantadine 100 mg PO bid | Fluphenazine decanoate 25 mg intramuscularly every 2 weeks |
| | Benztropine 1.5 mg PO bid | |
| | Clonazepam 0.5 mg PO bid | |

## DISCUSSION

Diphenhydramine (Benadryl) is a first-generation H1 receptor antagonist that can penetrate the blood-brain barrier. It is a member of the ethanolamine class, and it possesses significant anticholinergic activity mediated by muscarinic receptors (Skidgel & Erdos, 2006). Diphenhydramine is widely used in psychiatric and primary care settings for its antihistaminergic properties to relieve insomnia and anxiety. It is also used for its anticholinergic properties to relieve side effects from antipsychotics. In one survey, 45% of psychiatric outpatients had antihistamines prescribed as hypnotics (Hinkes, 2000). Antihistamines are often prescribed because they are considered to be relatively safe, nonaddictive medications. However, considerable evidence suggests that anticholinergic medications have been associated with abuse and dependence syndromes.

Initial case reports of anticholinergic misuse focused on trihexyphenidyl/benzhexol (Artane; Marriott, 1976; MacVicar, 1977; Rubinstein, 1978; Goggin & Solomon, 1979; Kaminer, Munitz, & Wijsenbeek, 1982; Pullen, Best, & Maguire, 1984; Crawshaw & Mullen, 1984; McInnis & Peturrson, 1984). Trihexyphenidyl has been considered to be the most euphorigenic of the anticholinergic drugs, but several case reports specifically describe instances of diphenhydramine abuse as well (Barsoum, Kolivakis, Margolese, & Chouinard, 2000; Feldman, 1986; Brower, 1987; Cox, Ahmed, & McBride, 2001). The phenomenon of dependence on diphenhydramine as defined by DSM-IV has also been documented (De Nesnera, 1996).

Reports of prevalence rates of anticholinergic abuse in psychiatric patients have ranged from 0% to 34% (Goggin & Solomon, 1979; Pullen et al., 1984; Saran, 1986; Fowler, Carr, Carter, & Lewin, 1998; Burlich, Weller, & Kevans, 2000). Of note, 57.5% of a sample of homeless Brazilian children indicated that they used anticholinergic medication for its euphoric properties (Carlini, 1993).

Two patterns of anticholinergic abuse have been described (Smith, 1980). Anticholinergics can be acutely ingested to induce a euphoria with hallucinations. Because of the resulting delirium, acute ingestion of anticholinergic medication can mimic exacerbations of psychosis. The second pattern of anticholinergic use is described as regular use at lower doses for the mildly elevating effects and to avoid withdrawal symptoms. The preferred route of administration is generally oral, but inhalation (Brower, 1987) and intravenous use have also been described (Carlini, 1993).

Individuals who abuse anticholinergic medication have described their reasons for consumption as "to feel speeded up" (Feldman, 1986), to feel "friendly and talkative" (Marriott, 1976), and "to get as high as a kitten" (MacVicar, 1977). Others have described using anticholinergic medication

specifically to relieve symptoms of depression (Rubinstein, 1978). Many references to anticholinergic abuse have specifically described patients with diagnoses of schizophrenia (Marriott, 1976; Kaminer et al., 1982; Pullen et al., 1984; Crawshaw & Mullen, 1984; McInnis & Peturrson, 1984; Feldman, 1986; Brower, 1987; De Nesnera, 1996; Fowler et al., 1998; Burlich et al., 2000; Smith, 1980; Olivera & Evans, 1988). As suggested by Burlich and colleagues (2000), the socially stimulating effects are likely to be particularly desirable in a population with prominent negative symptoms.

A characteristic withdrawal syndrome from anticholinergic medication has been observed in patients who have been hospitalized for detoxification. The withdrawal symptoms represent a cholinergic rebound state that includes tachycardia, increased perspiration, diarrhea, headache, irritability, anxiety, abdominal cramps, nausea, drooling, decreased concentration, depression, and blurred vision (Crawshaw & Mullen, 1984; De Nesnera, 1996; Olivera & Evans, 1988). $\beta$-Blockers and benzodiazepines can be used to ameliorate some of these symptoms (Olivera & Evans, 1988). Another case report describes a patient who had seizures upon withdrawal from the anticholinergic medication orphenadrine (Shariatmadari, 1975).

A small double-blind placebo-controlled trial of 22 psychiatric inpatients observed trihexyphenidyl withdrawal. In this study, patients were included if they were on a regular neuroleptic and regular trihexyphenidyl for the 3-month period prior to the study. All patients continued to receive their usual dose of neuroleptic. However, half of the patients were randomized to receive active trihexyphenidyl, and the remainder received placebo. Interestingly, in this study both the withdrawal group and the control group showed an increase in extrapyramidal symptoms even though the control group was receiving their usual medication regimen. Those in the placebo group who were withdrawing from their usual dose of trihexyphenidyl were more likely to demonstrate irritability, insomnia, flu-like symptoms, and palpitations (McInnis & Petursson, 1985).

## CONCLUSIONS

Use of antihistamines is prevalent. Diphenhydramine is considered so safe that it is available over the counter. Clinicians should be aware of the potential for abuse of these medications, particularly when they are being prescribed to vulnerable psychiatric populations. They should also be familiar with the characteristic withdrawal syndrome, as this constellation of signs and symptoms may be the first indication of anticholinergic dependence.

## REFERENCES

Barsoum, A., Kolivakis, T., Margolese, H. C., & Chouinard, G. (2000). Diphenhy-
    dramine (Unisom), a central anticholinergic and antihistamine: Abuse with mas-
    sive ingestion in a patient with schizophrenia. *Canadian Journal of Psychiatry*,
    *45*, 846–847.

Brower, K. J. (1987). Smoking of prescription anticholinergic drugs. *American Jour-
    nal of Psychiatry*, *144*, 383.

Burlich, N., Weller, A., & Kevans, P. (2000). Misuse of anticholinergic drugs by
    people with serious mental illness. *Psychiatric Services*, *51*, 928–929.

Carlini, E. A. (1993). Preliminary note: Dangerous use of anticholinergic drugs in
    Brazil. *Drug and Alcohol Dependence*, *32*, 1–7.

Cox, D., Ahmed, Z., & McBride, A. J. (2001). Diphenhydramine dependence. *Addic-
    tion*, *96*, 516–517.

Crawshaw, J. A., & Mullen, P. E. (1984). A study of benzhexol abuse. *British Journal
    of Psychiatry*, *145*, 300–303.

De Nesnera, A. P. (1996). Diphenhydramine dependence: A need for awareness.
    *Journal of Clinical Psychiatry*, *57*(3), 136–137.

Feldman, M. D. (1986). A case of massive diphenhydramine abuse and withdrawal
    from use of the drug. *Journal of the American Medical Association*, *255*,
    3119–3120.

Fowler, I. L., Carr, V. J., Carter, N. T., & Lewin, T. J. (1998). Patterns of current
    and lifetime substance use in schizophrenia. *Schizophrenia Bulletin*, *24*, 443–
    455.

Goggin, D. A., & Solomon, G. F. (1979). Trihexyphenidyl abuse for euphorigenic
    effect. *American Journal of Psychiatry*, *136*, 459–460.

Goldman, L. (1981). Noncardiac surgery in patients receiving propranolol: Case
    reports and a recommended approach. *Archives of Internal Medicine*, *141*,
    193–196.

Hinkes, R. M. (2000). Survey of hypnotic use in a psychiatric outpatient population.
    *ASHP Annual Meeting*, *7*, 1–76.

Kaminer, Y., Munitz, H., & Wijsenbeek, H. (1982). Trihexyphenidyl (Artane) abuse:
    Euphoriant and anxiolytic. *British Journal of Psychiatry*, *140*, 473–474.

Karch, S. B. (1998). Diphenhydramine toxicity: Comparisons of postmortem findings
    in diphenhydramine-, cocaine-, and heroin-related deaths. *American Journal of
    Forensic Medicine and Pathology*, *19*, 143–147.

MacVicar, K. (1977). Abuse of antiparkinsonian drugs by psychiatric patients. *Amer-
    ican Journal of Psychiatry*, *134*, 809–810.

Marriott, P. (1976). Dependence on antiparkinsonian drugs. *British Medical Journal*,
    *1*, 152.

McInnis, M., & Peturrson, H. (1984). Trihexphenidyl dependence. *Acta Psychiatrica
    Scandinavica*, *69*, 538–542.

McInnis, M., & Petursson, H. (1985). Withdrawal of trihexyphenidyl. *Acta Psychi-
    atrica Scandinavica*, *71*, 297–303.

Olivera, A. A., & Evans, M. (1988). Chronic anticholinergic administration: Depen-
    dence, withdrawal syndrome, and treatment. *Current Therapeutic Research*, *44*,
    325–328.

Pullen, G., Best, N., & Maguire, J. (1984). Anticholinergic drug abuse: A common problem? *British Medical Journal*, *289*, 612–613.

Rubinstein, J. S. (1978). Abuse of anticholinergic drugs. *New England Journal of Medicine*, *15*, 834.

Saran, A. S. (1986). Use or abuse of antiparkinsonian drugs by psychiatric patients. *Journal of Clinical Psychiatry*, *47*, 130–132.

Shariatmadari, M. E. (1975). Orphenadrine dependence. *British Medical Journal*, *3*, 486.

Skidgel, R. A., & Erdos, E. G. (2006). Histamine, bradykinin, and their antagonists. In L. L. Brunton (Ed.), *Goodman & Gilman's the pharmacological basis of therapeutics* (11th ed.). New York, NY: McGraw-Hill.

Smith, J. M. (1980). Abuse of the antiparkinson drugs: A review of the literature. *Journal of Clinical Psychiatry*, *41*(10), 351–354.

# Exhibit C

Case 2:24-cv-03152-DC-JDP    Document 22-1    Filed 12/23/24    Page 16 of 91

pharmaceutical industry. This relationship is not prohibited, but is guided by a Code of Ethics.[3] At the May meeting in Geneva to finalize the "Partnership on Alcohol—towards global charters", the culmination of a process where several members of your editorial board participated, the final document was markedly different from the original one. Views from the addiction field as well as from industry were candidly expressed. I perceived the dialogue as productive.

Our field is familiar with policies emphasizing prohibition as well as those with the objective of reducing harm. I view establishing a cautious dialogue with industry as a harm reduction measure as long as the influence of industry remains one of many in our multinational field. Dialogue does not necessarily imply seduction or bribery.[4] Being condescending about those who may share a different view or experience is, in my opinion, of dubious value as we all struggle to search for the optimal policies.

ISAM will discuss this matter further at its next annual meeting in Jerusalem in November 2000. I hope for a set of guidelines promoting transparency and accountability.

**Conflict of interest**

Dr el-Guebaly attended the Geneva meeting, his first meeting with ICAP. His travel was supported partly by ICAP with no honorarium. He has spoken at meetings with expenses and honoraria paid by unrestricted grants from the pharmaceutical industry. He has no affiliation with any particular company. One of his peer-reviewed grants is as co-investigator of a 2-year project funded by the National Centre for Responsible Gambling, Washington DC, a foundation which receives financial support in part from the gaming industry. ISAM has accepted unrestricted grants from the pharmaceutical industry to partly support its meetings. The future of the dialogue with the alcohol industry was to be discussed at its next meeting in Jerusalem, 6–9 November, which has been postponed. At the time that this letter was submitted ISAM's Board was to discuss the benefits and limitations of a dialogue with the alcohol industry.

N. el-Guebaly MD
*President, ISAM*
*Addiction Centre, North Tower,*
*Foothills Hospital, 1403 29th Street NW,*
*Calgary, Alberta T2N 2T9, Canada*

**References**

Iguana (2000) Native doctors. *Addiction*, 95, 969–970.

Hawks D. (1992) Lying down with the lion: cooperating with the alcohol industry? The 1991 Leonard Ball Oration, *Drug and Alcohol Review*, 11, 51–58.

McCreanor, T., Caswell, S. & Hill, L. (2000) ICAP and the perils of partnership, *Addiction*, 95, 179–185.

CRHA Policy Summary: Physicians and the Pharmaceutical Industry, update (1998) Canadian Medical Association Online *www.cma.ca/inside/policy base*

**Diphenhydramine dependence**

SIR—Available over the counter in cough preparations, and as a hypnotic, diphenhydramine is an $H_1$-receptor antagonist with anticholinergic activity. Euphoria and, in doses above 700 mg, delusions, visual hallucinations and convulsions, have been reported. Tolerance is recognized and abrupt withdrawal can lead to cholinergic rebound syndrome (Glickman, 1986). Benylin for Chesty Cough (BCC) contains 840 mg of diphenhydramine and 66 mg of menthol per 300 ml bottle. In doses above 2 mg per kg, menthol can cause abdominal pain, nausea, vomiting, vertigo, ataxia, drowsiness and coma.

A 34-year-old, single, unemployed man had been consuming 4–6 300-ml bottles of BCC weekly for 5 months. He said that he enjoyed the "knock-out" effect. Without Benylin he felt helpless and experienced craving and tremulousness. He drank 16 units of alcohol per week and was prescribed diazepam 5 mg q.d.s., chlorpromazine 25 mg t.d.s. and lofepramine 70 mg q.d.s. He appeared intoxicated, with dilated pupils and symptomatic postural hypotension (sitting 120/80, standing 90/70). Illiterate, he had long histories of dysthymia, panic attacks, occasional auditory pseudohallucinations, episodic alcohol misuse and experimental cannabis use. Psychiatric history included seven overdoses and five alcohol detoxifications, each ending in self-discharge. Chlorpromazine and lofepramine were sequentially substituted with diphenhydramine to a maximum of 250 mg daily and reduced over 18 weeks, under family supervision, without withdrawal symptoms or relapse.

A MEDLINE search revealed only three previous reports of diphenhydramine misuse. Feldman & Behar (1986) described a case of Sominax misuse (1600 mg/day of diphenhydramine), in which withdrawal had to be slowed because of cholinergic rebound. MacRury *et al.*

13604443, 2001, 3, Downloaded from https://onlinelibrary.wiley.com/doi/10.1046/j.1360-0443.2001.96530713.x by Ernesto Alamo - Test , Wiley Online Library on [15/11/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

Case 2:24-cv-03152-DC-JDP    Document 22-1    Filed 12/23/24    Page 17 of 91

(1987) described a case of Benylin Expectorant misuse (700 mg/day of diphenhydramine). Metabolic acidosis and hyperglycaemia, which led to the death of the subject, were thought to have been due to ammonium chloride and sodium acetate in the preparation. Finally, Dinndorf *et al.* (1998) described diphenhydramine drug seeking behaviour in children and adolescents with chronic diseases.

Roberts *et al.* (1999) reported on the withdrawal of a gel-filled capsule preparation of diphenhydramine in Glasgow. Evidence that it was being misused came from community pharmacists, who reported that patients on the supervised methadone programme were requesting the drug in excessive quantities.

It has been suggested that diphenhydramine is not a drug of dependence (Anonymous, 1979), but physical and psychological withdrawal symptoms are recognized and this case fulfilled ICD-10 and DSM-III-R criteria for dependence. With increasing use of diphenhydramine as a hypnotic, the case highlights the need to enquire about over-the-counter medication.

DAVID COX, Z. AHMED & ANDREW J. MCBRIDE
*Community Addiction Unit,*
*Cardiff and District Community Healthcare Trust,*
*Whitchurch Hospital,*
*Cardiff CF4 7XB, UK*

## References

ANONYMOUS (1979) Is there any evidence that Benylin syrup is addictive? *British Medical Journal*, 1, 459.

FELDMAN, M. D. & BEHAR, M. (1986) A case of massive diphenhydramine abuse and withdrawal from use of the drug, *Journal of the American Medical Association*, 255, 3119–3120.

GLICKMAN, L. (1986) Diphenhydramine abuse and withdrawal, *Journal of the American Medical Association*, 256, 1994.

MACRURY, S., NEILSON, R. & GOODWIN, K. (1987) Benylin dependence, metabolic acidosis and hyperglycaemia, *Postgraduate Medical Journal*, 63, 587–588

ROBERTS, K., GRUER, L. & GILHOOLY, T. (1999) Misuse of diphenhydramine soft gel capsules (Sleepia): a cautionary tale from Glasgow, *Addiction*, 94, 1575–1578.

13604443, 2001, 3, Downloaded from https://onlinelibrary.wiley.com/doi/10.1046/j.1360-0443.2001.96350713.x by Ernesto Alfaro - Test , Wiley Online Library on [15/11/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

# Exhibit D

# Letters to the Editor

## The Use of Risperidone in the Treatment of Bipolar Disorder

**Sir:** The standard treatment for patients with bipolar disorder usually includes mood stabilizing agents such as lithium, valproate, and carbamazepine. Some bipolar patients require antipsychotic medications for hypomanic/manic symptoms when mood stabilizing agents are ineffective or causing intolerable side effects. Unfortunately, traditional antipsychotics can cause many unacceptable adverse effects in addition to the risk of tardive dyskinesia with long-term use, especially in patients with affective disorders.

Recently, clozapine, a newer antipsychotic, has been reported to be efficacious in individual bipolar patients.[1] Risperidone, another novel antipsychotic, has recently been released to treat schizophrenic patients. This agent may also have potential in the treatment of patients with bipolar disorder who experience hypomanic/manic episodes that are refractory to mood stabilizing medicines or other second-line treatments.

The authors utilized risperidone in the treatment of 10 adult outpatients in private care who satisfied DSM-IV criteria for some type of bipolar disorder. Risperidone was used primarily for hypomanic/manic symptoms that had not responded to mood stabilizing agents (lithium, valproate, or carbamazepine) or traditional antipsychotics. Several of the patients required other concurrent psychotropic drugs such as antidepressants or benzodiazepine sedative-hypnotics. Five of the 10 patients experienced a therapeutic effect on low doses (0.5–1.0 mg/day) of risperidone. Three of these patients experienced an activating effect when the dose was increased. Of the 5 bipolar patients who failed to achieve a satisfactory response to risperidone, 3 could not tolerate the drug because they immediately became overstimulated. They experienced an increase in their hypomanic/manic symptoms, even with small doses of this agent.

The authors' small sample of patients treated with risperidone in a naturalistic setting produced mixed results. Five patients experienced an initial positive antihypomanic/antimanic response. Of these 5, 3 experienced dose-related activation or mood-elevating response. Three of the 5 who did not experience a therapeutic response to risperidone experienced activation. The activating effect of risperidone in these 6 patients suggests that the drug has antidepressant properties that may cause a switch phenomenon in bipolar patients.

Recently, Dwight et al.[2] reported similar findings in another small group of bipolar patients treated with risperidone. These observations and ours suggest that risperidone may be very helpful in some bipolar patients with refractory hypomanic/manic symptoms; however, close observation for potential activation is necessary.

### REFERENCES

1. Frankenburg F. Clozapine and bipolar disorders. J Clin Psychopharmacol 1993;13:289–290
2. Dwight MM, Keck PE, Stanton SP, et al. Antidepressant activity and mania associated with risperidone treatment of schizoaffective disorder. Lancet 1994;334:554–555

**Charles B. Schaffer, M.D.**
**Linda C. Schaffer, M.D.**
Sacramento, California

## Verapamil Maintenance Therapy in Bipolar Patients

**Sir:** We read with interest the article by Solomon et al. reviewing maintenance pharmacologic treatments for bipolar patients.[1] We thought the article informative and well-written. There was, however, one major error of omission. The authors stated "published reports of maintenance treatment [by calcium channel blockers] are limited to two anecdotal reports. . . ."[1(p9)]

In 1987, we published a year-long, double-blind, crossover study of 20 bipolar patients treated with lithium carbonate and the calcium channel blocker verapamil. We noted no significant difference between lithium- and verapamil-treated patients prior to crossover. After crossover, patients who had received lithium initially did significantly less well than those who had received initial dosing with verapamil.[2] We hypothesized either a verapamil-desensitizing or a lithium-sensitizing effect and are now attempting to resolve this question.

### REFERENCES

1. Solomon DA, Keitner GI, Miller IW, et al. Course of illness and maintenance treatments for patients with bipolar disorder. J Clin Psychiatry 1995;56:5–13
2. Giannini AJ, Taraszewski R, Loiselle RH. Verapamil and lithium in maintenance therapy of manic patients. J Clin Pharmacol 1987;27:980–982

**A. James Giannini, M.D.**
**Robert H. Loiselle, Ph.D.**
Boardman, Ohio

## Diphenhydramine Dependence: A Need for Awareness

**Sir:** Anticholinergic medications are frequently prescribed to mentally ill patients who are taking neuroleptics. Up to 17% of patients have been described as abusing anticholinergic drugs,[1] trihexyphenidyl being the most common, for their hallucinogenic, mood elevating, and stimulant effects.[2,3] Diphenhydramine *dependence* has not been reported in the literature. Increased awareness is needed.

*Case 1.* Mr. A, a 32-year-old schizophrenic, was admitted owing to "medication noncompliance and diphenhydramine abuse." Charged with stealing diphenhydramine from a pharmacy, he was banned from other pharmacies after attempted theft of the drug. He also harassed other clients in his community mental health center for money to buy diphenhydramine. When arrested, he was carrying 200 25-mg tablets of diphenhydramine.

Twelve hours after admission, Mr. A complained of diarrhea, abdominal cramping, and sweating and was drooling excessively. Pulse, respiration, and blood pressure were elevated. He then admitted to taking 50 to 100 25-mg diphenhydramine pills daily for 4 months. Mr. A was placed on a diphenhydramine withdrawal taper, and his symptoms abated after 1 day.

*Case 2.* Mr. B, a 38-year-old schizophrenic, was admitted owing to disorganized behavior. He had sold household items to buy diphenhydramine and had previously been hospitalized because of mental status changes, determined to be caused by diphenhydramine withdrawal.

During his first 2 days of hospitalization, Mr. B showed increased abdominal cramping, drooling, anxiety, and diarrhea.

Constantly asking for water and attempting to stuff his hands down his throat to induce vomiting, he was anxious and aggressive. Pulse, respiration, and blood pressure were elevated. He admitted to taking 40 to 50 25-mg tablets of diphenhydramine daily for a year. Symptoms abated on the third day. He has since been admitted three times owing to continued diphenhydramine abuse.

Both patients' medications consisted of fluphenazine decanoate. Urine drug and metabolic screens were negative. Diphenhydramine abuse was denied.

Diphenhydramine is a potent antihistaminic and antimuscarinic agent. The sedative effects of histamine blockade are thought to negate the euphoric and stimulant effects of muscarinic blockade, leading to low abuse potential[2]; however, both patients had features consistent with dependence per DSM-IV: much time spent trying to get and take the substance; marked tolerance; characteristic withdrawal symptoms; continued use despite knowledge of persistent or recurrent social, psychological, or physical problems caused or exacerbated by the use of the substance; and substance use often taken to relieve or avoid withdrawal symptoms.

Outpatient treatment strategies have minimized these patients' diphenhydramine use:

1. Pharmacists will contact case managers should these patients buy or attempt to steal diphenhydramine.
2. Random urine drug screens were obtained.
3. Patients were instructed, in their day program, on the detrimental effects of continued diphenhydramine use.
4. Should documented diphenhydramine use lead to worsening of mental status, rehospitalization to the same inpatient team was arranged.

Many chronically mentally ill patients are on neuroleptic therapy. These medications' side effects may be relieved by anticholinergic medications. Benztropine and trihexyphenidyl are available only by prescription. Diphenhydramine is available over the counter. Its ease of availability, low cost, and potential to alleviate some neuroleptic side effects make diphenhydramine a prime candidate for dependence in chronically mentally ill patients.

### REFERENCES

1. Wells BG, Marken PA, Rickman LA, et al. Characterizing anticholinergic abuse in community mental health. J Clin Psychopharmacol 1989;9:431–435
2. Dilsaver SC. Antimuscarinic agents as substances of abuse: a review. J Clin Psychopharmacol 1988;8:14–22
3. Pullen GP, Best NR, Maguire J. Anticholinergic drug abuse: a common problem? BMJ 1984;289:612–613

**Alexander P. de Nesnera, M.D.**
Concord, New Hampshire

## Capgras' and Fregoli's Syndromes in One Family

**Sir:** Misidentification syndromes are among the more intriguing delusions encountered in psychiatry and recently have been the source of considerable interest.[1] In Capgras' syndrome, the patient believes a person is replaced by a body double, whereas in Fregoli's syndrome, physical identity is changed but psychological identity is preserved, as when an actor portrays a character in a play.[2] We report the only case we are aware of where both syndromes occurred in one family.

*Case report.* Ms. A, a 29-year-old paranoid schizophrenic, described the appearance of former boyfriends in disguise over the past several years. One ex-boyfriend "dressed up just like" her current boyfriend by using a costume and makeup. He reportedly even entered her place of work and kissed her.

At discharge, the patient's mother, Mrs. B, also a paranoid schizophrenic, wanted assurance that she was getting her "real" daughter back. She said that in the past, "body doubles" were discharged in place of her daughter. Mrs. B reported that Ms. A's father is also frequently replaced by "doubles." Ms. A surprisingly responded, "Mother, I hate it when you talk about body doubles and little people."

Several weeks later, Mrs. B claimed her daughter was replaced by a body double with less artistic skills. She called the police, but they have not investigated.

Misidentification syndromes have been reported in more than one family member, but, in contrast to this case, each individual had the same type of syndrome.[3,4] Ms. A feels her former boyfriend changes his physical identity to impersonate her current boyfriend, consistent with Fregoli's syndrome. Mrs. B feels her daughter's psychological identity has changed though her physical appearance is unchanged, in keeping with Capgras' syndrome. A case of Capgras' in a mother and child was reported as part of a *folie à deux*.[5] However, unlike a *folie à deux*, Ms. A rejects her mother's delusional misidentification despite the similarity to her own delusions, while Mrs. B denies any knowledge of her daughter's similar beliefs.

The finding of delusional misidentification syndromes in mother and daughter is interesting in light of recent findings regarding the biology of these syndromes. Right hemisphere lesions have been found in some patients, particularly those without other delusions preceding the onset of delusional misidentification.[6,7] Deficits in recognizing familiar, unfamiliar, and disguised faces have also been reported.[8–10] The finding of delusional misidentification syndromes in first-degree relatives suggests that these syndromes might be inheritable.

Misidentification syndromes may not be as rare as once thought.[11] In a recent 2-month period, we observed five cases. This report describes a very unusual case of delusional misidentification and supports the perception that these syndromes may be more common than previously believed.

### REFERENCES

1. Ellis HD, Luaute J-P, Reherstol W, eds. The delusional misidentification syndromes. Psychopathology 1994;27:113–268
2. Silva JA, Leong GB, Shaner AL. A classification system for misidentification syndromes. Psychopathology 1990;23:27–32
3. Moskowitz JA. Capgras syndrome in male siblings. Am J Psychiatry 1975;132:86–87
4. Pulman J, Dupont D, Ananth J. Capgras syndrome in siblings. Can J Psychiatry 1983;28:301–303
5. Hart J, McClure GMG. Capgras' syndrome and folie à deux involving mother and child. Br J Psychiatry 1989;154:552–554
6. Silva JA, Tekell JT, Leong GB, et al. Delusional misidentification of the self associated with nondominant cerebral pathology [letter]. J Clin Psychiatry 1995;56:171
7. Fleminger S, Burns A. The delusional misidentification syndromes in patients with and without evidence of organic cerebral disorder: a structured review of case reports. Biol Psychiatry 1993;33:22–32
8. Young AW, Ellis HD, Szulecka TK, et al. Face processing impairments and delusional misidentification. Behavioural Neurology 1990;3:153–168
9. Silva JA, Leong GB. Visual-perceptual abnormalities in delusional misidentification. Can J Psychiatry 1995;40:6–8
10. Ellis HD, dePauw KW, Christodoulou GN, et al. Responses to facial and non-facial stimuli presented tachistoscopically in either or both vi-

Case 2:24-cv-03152-DC-JDP    Document 22-1    Filed 12/23/24    Page 21 of 91

# THE JOURNAL OF
# CLINICAL PSYCHIATRY

Volume 57                    March 1996                    Number 3



In this issue:

## The Making of a User Friendly MAOI Diet

*David M. Gardner, Kenneth I. Shulman,*
*Scott E. Walker, and Sandra A. N. Tailor*

Celebrating Over 50 Years of Service to Psychiatrists

# Exhibit E

# Risk of abuse of diphenhydramine in children and adolescents with chronic illnesses

*Patricia A. Dinndorf, MD, Mary Ann McCabe, PhD, Sharon Frierdich, RN, PNP*

Diphenhydramine is generally considered an innocuous drug with a minimal risk for abuse and untoward side effects. We describe children and adolescents with chronic hematologic and oncologic diseases who exhibited drug-seeking behavior or anticholinergic symptoms with the use of diphenhydramine. These cases illustrate that the assumption that this drug is without significant adverse effects may be unwarranted, especially for children and adolescents with chronic diseases. (J Pediatr 1998;133:293-5)

Diphenhydramine hydrochloride (Benadryl), commonly given to children for a number of indications, is available in many over-the-counter preparations and is generally considered to be innocuous. In the practice of hematology/oncology, we have encountered a series of children and young adults who have exhibited drug-seeking behavior for diphenhydramine, in some cases using the drug at doses and intervals that resulted in anticholinergic symptoms. A handful of case reports in the psychiatric literature documents abuse of diphenhydramine and dimenhydrinate (Dramamine) in adults and adolescents.[1-8] Our experience suggests that the indiscriminate use of diphenhydramine, especially via the intravenous route in children and adolescents, should be reassessed. Although the cases presented here involve children and adolescents treated for hematologic and oncologic problems, children with other chronic conditions may also be at risk.

## CASE REPORTS

Patient 1 was an 11-year-old girl diagnosed with acute myelogenous leukemia. A bone marrow remission was successfully induced, and she was referred to another medical center for consolidation therapy with bone marrow transplant. Approximately 4 weeks after transplantation, while the patient was still hospitalized at the transplant center, she expressed concern that she was becoming addicted to diphenhydramine. She reported that she would request diphenhydramine for pruritus, although she was not experiencing this symptom. She reported that she was seeking the sedative effect of the drug. She was advised that diphenhydramine was not an "addictive" drug and she did not need to worry.

Patient 2 was an 8-year-old girl with meningeal spread of Ewing's sarcoma. She was treated at home with intravenous morphine for pain and intravenous diphenhydramine, 50 mg every 1½ to 2 hours, for nausea and vomiting.

She was admitted to the hospital in order to improve her pain control. On her second hospital day, she exhibited choreoathetoid movements, psychomotor agitation, and urinary retention. These symptoms were attributed to her frequent dosing of diphenhydramine (~35 mg/kg/day). Therefore diphenhydramine was discontinued and replaced with dronabinol for antiemetic relief. The anticholinergic symptoms began to subside after 24 hours. She was distressed and inconsolable when she became aware that she would not be receiving her usual medication.

Patient 3 was a 20-year-old woman with dyskeratosis congenita that had been monitored since childhood. She had multiple complications as a consequence of this disease including those secondary to aplastic anemia, gastritis, esophagitis, and aseptic necrosis of the right hip and ankle, which led to chronic pain. She was treated extensively through the years with diphenhydramine, both as a premedication for frequent blood transfusions and as an antipruritic for itching caused by morphine. Her chronic pain was being managed with fentanyl patches in an outpatient chronic pain program. However, while she was hospitalized to receive antibiotic therapy for a central venous catheter site infection, she locked herself in a bathroom. She was subsequently noted to be disoriented and excessively fidgety and to exhibit choreoathetoid movements. Because drug abuse was suspected, her room was searched and vials of a parenteral formulation of diphenhydramine were found, which were later identified as missing from a medication cart. No further diphenhydramine was given, and her dyskinesia improved. Despite her protests, after this incident she

*From the Department of Hematology/Oncology, Children's National Medical Center, Washington, DC, and the Department of Pediatrics, University of Wisconsin Medical Center, Madison.*

Submitted for publication Jan 19, 1998; revision received Apr 20, 1998; accepted May 20, 1998.

Reprint requests: Patricia A. Dinndorf, MD, Department of Hematology/Oncology, Children's National Medical Center, 111 Michigan Ave, Washington, DC 20010.

Copyright © 1998 by Mosby, Inc.

0022-3476/98/$5.00 + 0    **9/22/91962**

was only given oral hydroxyzine hydrochloride as a premedication for blood product infusion. In retrospect, a previous incident of suspected drug abuse was probably also abuse of diphenhydramine, because she exhibited drug-seeking behavior for this medication. Over time, the patient continued to request parenteral diphenhydramine occasionally, but requests were denied. A care plan made certain that she received only oral medication.

Patient 4 was a 16-year-old boy who had secondary acute myelogenous leukemia after successful treatment of osteogenic sarcoma. He had nasopharyngeal and central nervous system aspergillosis after a course of high-dose induction chemotherapy before a scheduled bone marrow transplantation. He was treated with a prolonged outpatient course of amphotericin; as daily premedication, he received intravenous diphenhydramine and meperidine. He was allowed to inject his own premedications. During a subsequent hospitalization he began demanding that he be given diphenhydramine by rapid intravenous bolus and requested that he be allowed to inject it himself. He was equally concerned about the rate of delivery of morphine and had several altercations with the staff about these issues. During this hospitalization and after discharge, delivery of his medications was changed to a standardized protocol of administration. During a subsequent hospitalization, his mother discovered a "stash" of parenteral diphenhydramine in his bedroom at home. He continued to receive parenteral diphenhydramine as a slow infusion, rather than orally because he experienced hives as a result of a blood transfusion after oral premedication with diphenhydramine. He continued to request that caregivers administer his diphenhydramine by rapid bolus.

Patient 5 is a 12-year-old boy with synovial cell sarcoma of the neck region. Treatment with chemotherapy and local radiation resulted in chronic stomatitis, nausea, and vomiting. He was discharged receiving intravenous patient-controlled analgesia with morphine for pain and intravenous lorazepam and diphenhydramine as antiemetics. One week after discharge, he was seen in the clinic; he re-ported difficulty urinating, excessive dry mouth, and tremors. On interview, he admitted to being responsible for self-administration of his intravenous medications. He stated that he was injecting his 50 mg of diphenhydramine approximately every 2 hours while awake. He was upset to hear that his symptoms were due to his diphenhydramine use and that it would be discontinued. At the time he experienced these symptoms, he also admitted that he had been administering the lorazepam more frequently than it had been prescribed. He received a tapering schedule of lorazepam. He was referred for formal psychologic therapy to improve his coping skills.

## DISCUSSION

Diphenhydramine is a useful and commonly prescribed antihistamine, specifically an H1 blocking agent. Children with chronic diseases, especially those requiring blood transfusions, may receive this drug over many years. Antihistamines of this class are indicated in the treatment of hypersensitivity reactions of an allergic nature.[9] Although diphenhydramine is the active agent in many over-the-counter soporifics, antihistamines are viewed as only minimally effective in inducing sleep and capable of impairing the quality of sleep and adversely affecting performance the next day.[10] Nonetheless, diphenhydramine is commonly used for its sedative and anxiolytic properties. It is perceived to be a safe and innocuous drug with no potential for addiction.[11] However, there have been multiple reports of abuse of diphenhydramine and dimenhydrinate as single agents.[1-6] These case reports have involved adults with psychiatric diagnoses including drug abuse and schizophrenia,[1,4-6,8-11] adolescents with histories of drug abuse,[3,6] or adults chronically abusing antihistamines as sedatives.[1]

The patients we describe were receiving diphenhydramine in a medical setting as premedication to prevent side effects of blood transfusions or other medications or as adjuvant therapy to control symptoms of their underlying illness. Most received diphenhydramine over a prolonged period because of chronic illness. Because of the intensity of their medical regimens, it was customary for them to receive medication through a central venous catheter even if the oral route was feasible. Thus all these patients were receiving diphenhydramine as a bolus injection, which may have had a role in producing the drug-seeking behavior we observed.

Importantly, anticholinergic adverse drug reactions, such as those seen in cases 2, 3, and 5, may lead to aggressive medical evaluations in which neurologic causes are sought to explain these findings. Moreover, these symptoms may be exaggerated by concurrent administration of central nervous system–active drugs such as meperidine and lorazepam. Awareness of this complication and care in using the smallest effective dose may prevent unnecessary and expensive evaluation of those symptoms.

This experience leads us to suggest that when there is an indication for the use of antihistamines, these should be given orally whenever possible. When the intravenous route is indicated, the medication should be infused over 20 minutes or longer, rather than administered by bolus injection. The lowest effective dose (starting at 0.5 mg/kg, 25 mg maximum every 6 hours) should be given. Premedication should be reserved for patients who have experienced reactions requiring an antihistamine and should not be used as empiric therapy. The administration of intravenous antihistamines should be carefully supervised in home medical regimens.

Clinically, we have been unable to observe a pattern related to age, psychiatric diagnosis, or medical regimen among patients who exhibit drug-seeking behavior with diphenhydramine. Systematic study is necessary to determine developmental, psychologic, and medical antecedents and consequences of abuse (overuse) of diphenhydramine by children and adolescents receiving intensive therapy for chronic disease (eg, family history of addiction).

## REFERENCES

1. MacRury S, Neilson R, Goodwin K.

Benylin dependence, metabolic acidosis and hyperglycaemia. Postgrad Med J 1987;63:587-8.

2. de Nesnera AP. Diphenhydramine dependence: a need for awareness. J Clin Psychiatry 1996;57:136-7.

3. Brown JH, Sigmundson HK. Delirium from misuse of dimenhydrinate. Can Med Assoc J 1969;101:49-50.

4. Young GB, Boyd D, Kreeft J. Dimenhydrinate: evidence for dependence and tolerance. Can Med Assoc J 1988;138:437-8.

5. Craig DF, Mellor CS. Dimenhydrinate dependence and withdrawal. Can Med Assoc J 1990;142:970-3.

6. Gardner DM, Kutcher S. Dimenhydrinate abuse among adolescents. Can J Psychiatry 1993;38:113-6.

7. Tennant FS. Complications of methaqualone-diphenhydramine (Mandrax) abuse. Br J Addict Alcohol Other Drugs 1973;68:327-30.

8. McCarthy JP. Some less familiar drugs of abuse. Med J Aust 1971;2:1078-81.

9. Hardman JG, Limbard LE, editors. Goodman and Gillman's the pharmacological basis of therapeutics. 9th ed. New York: Macmillan Publishing Co; 1996. p. 592.

10. Kupfer DJ, Reynolds CF. Management of insomnia. N Engl J Med 1997;336:341-6.

11. Preston KL, Wolf B, Guarino JJ, Griffiths RR. Subjective and behavioral effects of diphenhydramine, lorazepam and methocarbamol: evaluation of abuse liability. J Pharmacol Exp Ther 1992;262:707-20.

# Exhibit F

Case 2:24-cv-03152-DC-JDP    Document 22-1    Filed 12/23/24    Page 27 of 91

# Diphenhydramin-Abhängigkeit und -Entzug
## Systematische Literaturübersicht und ein Fallbericht

## Diphenhydramine Addiction and Detoxification
## A Systematic Review and Case Report

**Autoren**      **Sebastian Erbe, Tom Bschor**

**Institut**      Schlosspark-Klinik, Abteilung Psychiatrie, Berlin

**Schlüsselwörter**
- Diphenhydramin
- Entzug
- Abhängigkeit
- Entzugssyndrom
- Suchtverlagerung

**Keywords**
- diphenhydramine
- drug detoxification
- drug addiction
- drug withdrawal
- drug shifting

**Bibliografie**
**DOI** http://dx.doi.org/
10.1055/s-0032-1332949
Online-Publikation: 4.3.2013
Psychiat Prax 2013; 40:
248–251
© Georg Thieme Verlag KG
Stuttgart · New York
ISSN 0303-4259

**Korrespondenzadresse**
***Dr. med. Sebastian Erbe***
Schlosspark-Klinik, Abteilung
Psychiatrie
Heubnerweg 2
14059 Berlin
Sebastian.Erbe@schlosspark-
klinik.de

## Zusammenfassung
▼

**Anliegen:** Unsere systematische Literaturübersicht soll auf die Gefahr der Diphenhydramin (DPH)-Abhängigkeit hinweisen.
**Methodik:** Es erfolgte eine Recherche in Pubmed zwischen 1972 und 2012. Zudem berichten wir von einer Patientin mit DPH-Abhängigkeit.

**Ergebnisse:** Es ergeben sich gesicherte Hinweise für ein Abhängigkeitspotenzial von DPH.
**Schlussfolgerung:** Insbesondere bei Patienten mit Abhängigkeitserkrankungen in der Vorgeschichte muss an die Möglichkeit einer DPH-Abhängigkeit gedacht und diese bei Verdacht durch eine gezielte Exploration überprüft werden.

## Einleitung
▼

Das Antihistaminikum der 1. Generation Diphenhydramin (DPH) wird häufig zur Behandlung von Ein- und Durchschlafstörungen, als Antiemetikum oder als juckreizstillendes Antiallergikum verkauft ( **Tab. 1**). Auch ist es Bestandteil einiger freiverkäuflicher Hustensäfte, die häufig auch Kindern gegeben werden [1].

Diphenhydramin (DPH) hemmt als kompetitiver Antagonist die Wirkung von Histamin an H1-Rezeptoren. Aufgrund dieser Wirkung können bei einer therapeutischen Dosierung von 25–50 mg antiallergische, antiemetische und sedierende Effekte beobachtet werden. Diphenhydramin zeigt ebenfalls eine hohe Affinität zu Muskarinrezeptoren und hat damit eine anticholinerge Wirkung [2]. Im Gegensatz zu den neueren Antihistaminika passiert DPH die Blut-Hirn-Schranke. Weitere Antihistaminika dieser sog. 1. Generation sind z. B. Doxylamin, Clemastin oder Dimenhydrinat. Im Barmer GEK Arzneimittelreport 2011 waren unter den 10 meistverkauften Schlafmitteln (rezeptpflichtig und rezeptfrei) 4 Präparate dieser Gruppe. Platz 1 ging an Hoggar N® (Doxylamin), Platz 2 an Vivinox Sleep® (Diphenhydramin). Der Gesamtindustrieumsatz an Schlafmitteln betrug für das Jahr 2010 122 Mio. Euro. Im Vergleich dazu betrug der Gesamtindustrieumsatz von Tranquilizer 29,5 Mio. Euro [3].

Der Einsatz und damit auch das Missbrauchspotenzial anticholinerger Substanzen zur Verbesserung der Stimmung und der Leistungsfähigkeit sind seit Langem bekannt, auch, dass es dabei in einigen Fällen zu Halluzinationen kommt [4]. Es gibt viele Berichte über psychotisches Erleben mit Halluzinationen unter DPH-Überdosierung/ Intoxikation (z. B. [5–7]). Eine Dopaminerhöhung im mesolimbischen System nach der Zuführung einer anticholinergen Substanz führt ferner zur Aktivierung des Belohnungssystems (reward system) und zu einem zunehmenden Verlangen nach erneutem Konsum der Substanz. Bei Patienten, die mit Antipsychotika behandelt werden, führen anticholinerge Substanzen neben diesem Effekt noch zu einer Verbesserung von antipsychotikaassoziierten Nebenwirkungen. Deshalb ist der Missbrauch anticholinerger Substanzen bei schizophrenen Patienten verbreitet [8].

Die folgende Übersicht fasst die bisherigen Untersuchungen und Berichte zum Abhängigkeitspotenzial von DPH zusammen. Ferner soll ein eigener Fallbericht das Thema anschaulich darstellen.

## Material und Methoden
▼

Es erfolgte eine systematische Suche in der Datenbank „Pubmed" mit Kombinationen der folgenden Begriffe: *diphenhydramine, addiction, abuse, withdrawal, detoxification* und *misuse.* Die Quellenangaben der Artikel wurden ebenfalls durchsucht nach weiteren relevanten Publikatio-

**Tab. 1** Ausgewählte Handelsnamen von Diphenhydramin in Deutschland (D), Österreich (A) und in der Schweiz (CH) in verschiedenen Applikationsformen.

| Monopräparate | Kombinationspräparate |
|---|---|
| Benocten® (CH), (Tbl., Trpf.) Betadorm® (D), (Tbl.) Bonox (CH), (Tbl) Calmaben® (A), (Drg.) Dibondrin® (A), (Tbl., Drg., Amp., Saft) Dolestan® (D), (Tbl.) Dormutil® (D), (Tbl.) Emesan® (D), (Tbl., KSU) Halbmond® (D) (Tbl.) Hevert-Dorm® (D) (Tbl., Trpf.) Moradorm® (D) (Tbl.) Nardyl® (CH) (Tbl.) Nervo OPT® (D) (Tbl.) Noctor® (A) (Drg.) Sediat® (D) (Tbl.) Sedopretten® (D) (Tbl.) Trawell (CH) (Kaugummi-Drg.) Vivinox Sleep® (D) (Drg., Tbl.) | Anaesthecomp® (D) mit Lidocain (Gel) Apozema Insecticum® (A) mit Benzocain (Gel, Spray) Benylin® (CH) mit Codein (Saft, Sirup, Tbl.) Coldistan® (A) mit Naphazolin oder mit Phenylephrin (Trpf., Spay, Salbe) Detensor® (CH) mit Theophyllin (Tbl.) Histaderm® (A) mit Panthenol (Gel) Histacyletten® (CH) mit Codein (Drg.) Lunadon® (CH) mit Drofenin und Tolazolin (Tbl.) Makatussin Comp® (CH) mit Codein (Sirup) Multodrin® (A) mit Dexamethason (Salbe) Parapic® (CH) mit Lidocain (Gel, Spray) Pruristop® (A) mit Dialuminium-tetra-acetat-monotartrat (Tbl., Gel) Rhinitin® (CH) mit Koffein (REK) Rhinodrin® (A) mit Naphazolin (Gel) Somnium® (CH) mit Lorazepam (Tbl.) (verschreibungspflichtig!) Tossamin plus® (CH) mit Codein (Kps.) Zantall® (A) mit Panthenol (Gel) |

Tablette = Tbl.; Tropfen = Trpf.; Dragées = Drg.; Ampullen = Amp.; Kinder-Suppositorium = KSU; Retardkapseln = REK; Kapseln = Kps.

**Tab. 2** Fallberichte von DPH-Abhängigkeit bzw. Missbrauch.

| Fallbericht (Autor und Publikationsjahr) | Patienten (Alter und Geschlecht) | täglich Dosis in mg | Komorbidität |
|---|---|---|---|
| Feldman u. Behar (1986) [14] | 34, männlich | 1600 | Schizophrenie |
| MacRury et al. (1987) [15] | 69, männlich | 700 | unbekannt |
| de Nesera (1996) [16] | 32, männlich 38, männlich | 1250 – 2500 1000 – 1250 | Schizophrenie Schizophrenie |
| Barsoum et al. (2000) [17] | 33, männlich | bis zu 3000 | Schizophrenie |
| Cox et al. (2001) [18] | 34, männlich | 480 – 720 | Dysthymia, Panikstörung, Alkoholabhängigkeit, Cannabismissbrauch |
| Thomas et al. (2009) [19] | 56, weiblich | bis zu 2500 | Schizophrenie |
| Lin et al. (2010) [20] | 44, männlich | 180 (i. v. Konsum) | drogeninduzierte Psychose, Mehrfachabhängigkeit (Amphetamine, Heroin) |

nen. Die systematische Suche bezog sich auf den Zeitraum von 1972 bis einschließlich Oktober 2012.

Des Weiteren berichten wir von einem Fall einer 40-jährigen Patientin mit DPH-Abhängigkeit, die im Rahmen einer qualifizierten Entzugsbehandlung von uns stationär behandelt wurde.

### Ergebnisse der Literatursuche und Fallberichte
▼

Ein erster Hinweis auf einen Diphenhydraminmissbrauch stammt aus einem anonymen Brief an den Herausgeber des British Medical Journal aus dem Jahre 1979. Es wurde damals von einer Gruppe von Medikamenten berichtet, die eine zwanghafte Einnahme nach sich ziehen können, ohne aber klar die Abhängigkeitskriterien zu erfüllen. DPH war dabei ein Medikament dieser Gruppe [9].

Wolf et al. wiesen 1989 durch eine nicht kontrollierte prospektive Studie bei 10 Patienten über einen Zeitraum von weniger als 5 Wochen auf das Abhängigkeits- und Missbrauchspotenzial von DPH hin. Bei den Patienten bestand allerdings zuvor schon die Diagnose eines Sedativamissbrauchs [10]. Drei Jahre später zeigte dieselbe Arbeitsgruppe in einer randomisierten doppelblinden und placebokontrollierten Studie im Cross-over-Design bei 14 Patienten (ebenfalls wieder mit einer Vorgeschichte von Substanzmissbrauch inkl. Sedativa) erneut ein Abhängigkeits- und Missbrauchspotenzial von DPH. Auffällig war auch, dass DPH im Vergleich nicht nur zu Placebo, sondern auch zu Lorazepam und Methocarbamol die meisten Nebenwirkungen zeigte [11].

Nachdem im Mai 1997 die Firma Pfizer die 50 mg Diphenhydramin beinhaltende Weichkapsel Sleepia® als rezeptfreies Präparat in Großbritannien auf den Markt brachte, berichtete Roberts u. Mitarb. 1999 in der Zeitschrift Addiction von einer exzessiven

Nachfrage nach dem Medikament im Raum Glasgow durch methadonsubstituierte Patienten [12].

In einer 2005 erschienenen Übersichtsarbeit von Griffiths und Johnson wurden 19 hypnotische Medikamente bezüglich ihres Missbrauchspotenzials verglichen. Dabei zeigte sich z. B. ein vergleichbares Missbrauchspotenzial von DPH und Oxazepam [13]. Weiterhin wird der Hinweis auf ein Abhängigkeitspotenzial von DPH durch diverse Fallberichte unterstützt.

### Bislang publizierte Fallberichte

Bei unserer systematischen Literatursuche fanden wir insgesamt 8 Fallberichte von DPH-Abhängigkeit ([14 – 20], vgl. ❍ **Tab. 2**).

Bei allen publizierten Fällen wurde die Diagnose einer DPH-Abhängigkeit gestellt mit den typischen Charakteristika Toleranzentwicklung, Dosiserhöhung, Fortführung des Konsums trotz negativer Folgen und Entzugssymptome. Die gewünschte Wirkung des DPH-Konsums war Schlafinduktion, Beruhigung und Euphorie. Die dabei eingesetzte Tagesdosis schwankte zwischen 480 und 3000 mg. Eine Ausnahme hierbei bildet der Fallbericht von Lin u. Mitarb., die über einen Patienten berichten, der sich DPH in einer Dosis von 180 mg täglich in die Femoralvene injizierte [20]. Die für gewöhnlich empfohlene Dosis beträgt zur kurzfristigen Behandlung von Ein- und Durchschlafstörungen 50 mg zur Nacht. Die empfohlene Höchstdosis zur Behandlung von Emesis bei z. B. Kinetosen beträgt 150 mg täglich. Eine eingenommene Dosis von mehr als 7,5 mg/kg ist laut einer retrospektiven Untersuchung von über 500 Intoxikationsfällen für den Menschen toxisch [21]. Bei einem Körpergewicht von 70 kg wäre dies eine Dosis von 525 mg. Halluzinationen werden bei Tagesdosen von 300 – 700 mg beschrieben [7].

Die Patienten in den Fallberichten litten meist zusätzlich unter einer Schizophrenie. Soweit ersichtlich, wurde der Entzug meist ausschleichend mit Diphenhydramin durchgeführt (graduelle Dosisreduktion). Auffällig ist auch, dass nur von einer Frau berichtet wird, obwohl doch die Medikamentenabhängigkeit den höchsten Frauenanteil aller stofflichen Süchte (zwei Drittel aller Medikamentenabhängigen) aufweist [22].

## Unser Fallbericht

Eine 40-jährige alkoholabhängige Hotelfachfrau, die seit ca. 2 Jahren abstinent von Alkohol lebte, stellte sich bei uns mit dem Wunsch vor, nun auch von ihrer „Tablettensucht" frei zu werden. Im Vordergrund stand der Konsum von DPH, der täglich seit etwa 15 Jahren stattfand und nach Abstinenz von Alkohol noch einmal drastisch anstieg. Aus einer Dose nahm sie über den Tag verteilt 60 Tabletten à 50 mg zu sich. Wenn sie sie wegließ, fühlte sie sich energielos, schwach, müde und nicht leistungsfähig. Nach dem erneuten Konsum verschwanden die Symptome rasch. In beruflichen oder privaten Anspannungssituationen konsumierte die Patientin mehr DPH. Sie wechselte häufig die Apotheken, da sie unangenehmen Nachfragen aus dem Weg gehen wollte. Wenn sie in eine andere Stadt fuhr, informierte sie sich zuerst über die dort ansässigen Apotheken. Auch führte sie immer einen ausreichenden Vorrat mit sich.

Aus diesen Beschreibungen werden bereits einige Charakteristika wie Dosissteigerung, Konsum um der Wirkung willen, Kontrollverlust, Bevorratung und häufige gedankliche Beschäftigung mit der Droge deutlich, die gemäß ICD-10 und DSM-IV eine Abhängigkeitserkrankung definieren. Wir stellten diese Diagnose und beobachteten des Weiteren ein Entzugssyndrom bestehend aus Hypotension, Pruritus, Schlafstörungen, innerer Unruhe und Hyperhidrosis. Aufgrund des niedrigen Blutdrucks und der orthostatisch bedingten Probleme, insbesondere eines Schwindelgefühls, verblieb die Patientin anfangs für 3 Tage im Bett. Wir behandelten die Patientin mit Diphenhydramin in ausschleichender Dosierung.

Ein besonderer Aspekt dieser Fallbeschreibung ist die Gewöhnung an hohe Tagesdosen (Toleranzentwicklung), die gemäß Literatur und Giftnotzentrale bei einmaliger Einnahme schwere Intoxikationszeichen wie z.B. Krampfanfälle, Delir und Sedierung bis hin zum Koma hervorrufen müsste.

## Diskussion



Die referierte Literatur sowie unser Fallbericht machen mehrere Punkte deutlich. Wenngleich Abhängigkeit von DPH insgesamt selten vorkommt, so muss dennoch ein Suchtpotenzial als bewiesen angesehen werden. Dieses scheint erhöht zu sein bei Patienten, bei denen bereits eine Abhängigkeit besteht, wie z.B. der eigene Fallbericht oder der Bericht von Roberts u. Mitarb. aus Glasgow zeigen [12], und bei Patienten mit Schizophrenie. Auch scheint das Risiko bei den Kombinationspräparaten höher als bei den Monopräparaten. Viele Erklärungsmodelle der Suchtverlagerung zielen auf die gleichsinnige Beeinflussung des „Belohnungssystems" (reward system) im Gehirn: Opiate, Amphetamin, Kokain, Alkohol und Nikotin führen mittelbar oder unmittelbar zu einer dopaminergen Stimulation mesolimbischer Areale ausgehend vom Nucleus accumbens. Tiermodelle geben gute Anhaltspunkte für die Annahme eines gemeinsamen „reward systems" im Sinne eines „Suchtzentrums" [23]. Es wurde gezeigt, dass H1-Antagonisten via anticholinerger Wirkung ebenfalls zu einer Dopaminerhöhung im Nucleus accumbens führen können [24, 25]. Vermutet wird auch eine generelle, genetisch bedingte Vulnerabilität für psychotrope Substanzen [23]. Interessanterweise scheint es einen Effektivitätsunterschied zwischen verschiedenen Dosen zur Besserung von Schlafstörungen nur bei Patienten zu geben, die mit Hypnotika vorbehandelt wurden. Ein gesteigerter hypnotischer Effekt durch Dosissteigerung bestand

also nur bei Patienten, die bereits zuvor schon einmal Hypnotika eingenommen hatten [26].

Die Einnahme von DPH birgt ein relativ hohes Risiko für unerwünschte Arzneimittelwirkungen, teilweise in schwerem Ausmaß. So wurde z.B. in einer randomisierten placebokontrollierten Studie mit einem Fahrsimulator gezeigt, dass das Fahren unter DPH (50 mg) deutlich schlechter gelingt als unter Alkohol (Blutalkoholkonzentration von 1 ‰) [27].

Daneben werden Intoxikationen meist mit suizidaler Absicht häufig in der Literatur berichtet (z.B. [28–30] oder [31]). DPH ist leicht zugänglich und nicht teuer. Eine Packung mit 20 Tabletten (entsprechend einer Gesamtdosis von 1000 mg!) bekommt man für etwa 5 Euro rezeptfrei in der Apotheke.

### Fazit für die Praxis

Diese Übersichtsarbeit verdeutlicht das Risiko einer Sucht- bzw. Konsumverlagerung insbesondere bei Patienten, die bereits von einer Substanz abhängig sind. Eine sorgfältige Suchtanamnese auch für die Substanzklasse der Antihistaminika der 1. Generation und eine Aufklärung über das Suchtrisiko bei abhängigen Patienten sollten Bestandteil einer qualifizierten Alkoholentzugsbehandlung sein und auch in der Behandlung von Patienten mit Schizophrenie erwogen werden. Die Abgabe dieser rezeptfreien Medikamente sollte sorgfältig erfolgen mit besonderer Beachtung einer möglichen missbräuchlichen Einnahme. Neben DPH sollten auch die H1-Antihistaminika Dimenhydrinat und Doxylamin beachtet werden, die ebenfalls als rezeptfreie Schlafmittel für die Kurzzeitbehandlung von Schlafstörungen zur Verfügung stehen. Die Anwendungsdauer in der Selbstmedikation sollte maximal zwei Wochen betragen.

## Interessenkonflikt



S. E. erhielt in den letzten 3 Jahren Reisekostenunterstützung durch die Firma Astra Zeneca sowie Kongressunterstützung durch die Firma Servier.

T. B. erhielt in den letzten 3 Jahren Vortragshonorare der Firmen Servier, Astra Zeneca, Lilly, Lundbeck und Bristol-Myers-Squibb.

### Abstract

## Diphenhydramine Addiction and Detoxification

**Objective:** In many countries diphenhydramine (DPH) is commonly available over the counter, frequently used, and generally regarded as a harmless drug. It is used as a sedative, antiallergic or antiemetic substance.

**Methods:** We present a systematic review of literature search in Pubmed from 1972 to 2012 describing DPH addiction. The literature search in reveals that the addictive potential of DPH can be regarded as proved, based on cases series, eight case reports, a pharmacological overview, one uncontrolled, and one randomized, placebo controlled study. In addition we report a case of an abstinent alcoholic patient treated in our department for DPH-dependency.

Erbe S, Bschor T.  Diphenhydramin-Abhängigkeit und -Entzug …  Psychiat Prax 2013; 40: 248–251

Case 2:24-cv-03152-DC-JDP Document 22-1 Filed 12/23/24 Page 30 of 91

**Conclusion:** Especially when treating patients with a history of addiction, physicians should consider and check the possibility of a DPH dependency.

## Literatur

1 *Vernacchio L, Kelly JP, Kaufman DW* et al. Cough and cold medication use by US children, 1999–2006: Results from the Slone Survey. Pediatrics 2008; 122: e323–329

2 *Bolden C, Cusack B, Richelson E.* Antagonism by antimuscarinic and neuroleptic compounds at the five cloned human muscarinic cholinergic receptors expressed in Chinese hamster ovary cells. J Pharmacol Exp Ther 1992; 260: 576–580

3 *Glaeske G, Schicktanz C.* Barmer GEK Arzneimittelreport 2011: Auswertungsergebnisse der Barmer GEK Arzneimitteldaten aus den Jahren 2009 bis 2010. 1. Aufl. St. Augustin: Asgard; 2011

4 *Dilsalver SC.* Antimuscarinic agents as substances of abuse: a review. J Clin Psychopharmacology 1988; 8: 14–22

5 *Schreiber W, Pauls AM, Krieg JC.* Toxische Psychose als Akutmanifestation der Diphenhydraminvergiftung. Dtsch med Wochenschr 1988; 113: 180–183

6 *Lang K, Sigusch H, Müller S.* Anticholinergisches Syndrom mit halluzinatorischer Psychose nach Diphenhydramin-Intoxikation. Dtsch med Wochenschr 1995; 120: 1695–1698

7 *Radovanovic D, Meier PJ, Guirguis M* et al. Dose-dependent toxicity of diphenhydramine overdose. Hum Exp Toxicology 2000; 19: 489–495

8 *Dose M, Tempel HD.* Abuse potential of anticholinergics. Pharmacopsychiatry 2000; 33 (Suppl. 01): 43–46

9 Anonymous. Is there any evidence that Benylin syrup is addictive? Br Med J 1979; 1: 459

10 *Wolf B, Guarino JJ, Preston KL* et al. Abuse liability of diphenhydramine in sedative abusers. NIDA Res Monograph 1989; 95: 486–487

11 *Preston KL, Wolf B, Guarino JJ* et al. Subjective and behavioral effects of diphenhydramine, lorazepam and methocarbamol: evaluation of abuse liability. J Pharmacol Exp Ther 1992; 262: 707–720

12 *Roberts K, Gruer L, Gilhooly T.* Misuse of diphenhydramine soft gel capsules (Sleepia): cautionary tale from Glasgow. Addiction 1999; 94: 1575–1577

13 *Griffiths RR, Johnson MW.* Relative abuse liability of hypnotic drugs: A conceptual framework and algorithm for differentiating among compounds. J Clin Psychiatry 2005; 66: 31–41

14 *Feldman MD, Behar M.* A case of massive diphenhydramine abuse and withdrawal from use of the drug. JAMA 1986; 255: 3119–3120

15 *MacRury S, Neilson R, Goodwin K.* Benylin dependence, metabolic acidosis and hyperglycaemia. Postgrad Med J 1987; 63: 587–588

16 *de Nesnera AP.* Diphenhydramine dependence: a need for awareness. J Clin Psychiatry 1996; 57: 136–137

17 *Barsoum A, Kolivakis TT, Margolese HC* et al. Diphenhydramine (Unisom), a central anticholinergic and antihistaminic: abuse with massive ingestion in a patient with schizophrenia. Can J Psychiatry 2000; 45: 846–847

18 *Cox D, Ahmed Z, McBride AJ.* Diphenhydramine dependence. Addiction 2001; 96: 516–517

19 *Thomas A, Nallur DG, Jones N* et al. Diphenhydramine abuse and detoxification: a brief review and case report. J Psychopharmacol 2009; 23: 101–105

20 *Lin KH, Chen YJ, Wei CF* et al. Prolonges withdrawal delirium in concomitant diphenhydramine and nefopam dependence: A case report. Prog Neuropsychopharmacol Biol Psychiatry 2010; 34: 705–706

21 *Benson BE, Farooqi MF, Klein-Schwarz W* et al. Dephenhydramine dose-response: a novel approach to determine triage thresholds. Clin Toxicol 2010; 48: 820–831

22 *Poser W, Böning R, Holzbach L* et al. Medikamentenabhängigkeit (Sedativa, Hypnotika, Analgetika, Psychostimulanzien). In: Schmidt L, Gastpar M, Falkai P, Gaebel W, Hrsg. Evidenzbasierte Suchtmedizin. Behandlungsleitlinie Substanzbezogene Störungen. Köln: Deutscher Ärzte-Verlag; 2006: 271–300

23 *Batra A, Buchkremer G.* Beziehung von Alkoholismus, Drogen- und Tabakkonsum. Dt Ärztebl 2001; 98: A 2590–2593

24 *Mathe JM, Nomikos GG, Hildebrand BE* et al. Prazosin inhibits MK-801-induced hyperlocomotion and dopamine release in the nucleus accumbens. Eur J Pharmacol 1996; 309: 1–11

25 *Dringenberg HC, de Souza-Silva MA, Schwarting RKW* et al. Increased levels of extracellular dopamine in neostriatum and nucleus accumbens after histamine H1 receptor blockade. Naunyn-Schmiedeberg's Arch Pharmacol 1998; 358: 423–429

26 *Kudo Y, Kurihara M.* Clinical evaluation of diphenhydramine hydrochloride for the treatment of insomnia in psychiatric patients: a double-blind study. J Clin Pharmacol 1990; 30: 1041–1048

27 *Weiler JM, Bloomfield JR, Woodworth GG* et al. Effects of Fexofenadine, diphenhydramine, and alcohol on driving performance: A randomized, placebo-controlled trial in the Iowa Driving Simulator. Ann Intern Med 2000; 132: 354–363

28 *Vearrier D, Curtis JA.* Case files of the medical toxicology fellowship at Drexel University. Rhabdomyolysis and compartment Syndrome following acute diphenhydramine overdose. J Med Toxicol 2011; 7: 213–219

29 *Husain Z, Hussain K, Nair R* et al. Diphenhydramine induced QT prolongation and torsade de pointes: An uncommon effect of a common drug. Cardiol J 2010; 17: 509–511

30 *Pragst F, Herre S, Bakdash A.* Poisonings with diphenhydramine – a survey of 68 clinical and 55 death cases. Forensic Sci Int 2006; 161: 189–197

31 *Englert I.* Diphenhydraminintoxikation: Anticholinerge Symptomatik, EEG-Befunde im Verlauf und medikamentöse Behandlung bei einem gerontopsychiatrischen Patienten. Psychiat Prax 2004; 31: 145–146

# Exhibit G

Word of Caution Concerning Mammography."[1] James F. Newsome and Robert McLelland are concerned that physicians using mammography as a diagnostic procedure in symptomatic women might use a negative result as justification for not doing a biopsy. Such a circumstance would certainly be cause for concern, and, in fact, it was of sufficient concern to make clear the distinction between detection and diagnosis, and between asymptomatic and symptomatic women, that prompted the American Cancer Society to write, in its original statement on mammography in 1982[2]:

Since the symptomatic women with a dominant mass or persistent discomfort, nipple discharge, or other symptoms and findings may have breast cancer, all such women should have a thorough breast examination including mammography and any other diagnostic study needed to determine if cancer is present. . . . *Physicians must be aware of the limitations of mammography and should remember that the x-ray study of the breast is a complementary procedure and most valuable ally in evaluating a breast problem. When physical examination reveals findings sufficient to advise biopsy, a biopsy should be performed, even in the presence of a mammogram described as normal.* [Italics are mine.]

At the same time, "while a biopsy is the only definitive procedure that removes tissue for the microscopic diagnosis of a palpable mass, mammography has proven its ability to detect a cancer so small that it cannot be felt by the most experienced examiner."

In short, we agree with the authors, but we are concerned that those who read this COMMENTARY and see its title will receive the impression that here is another attack on mammography in general—an outcome we think would be destructive. Surveys show that physicians still need encouragement to use mammography as a detection procedure in asymptomatic women.[3] Because this mission is so important in saving lives—as is, of course, not viewing mammography as an infallible diagnostic tool—we must be careful not to undo the progress we have made by mislabeling our concerns. Drs Newsome and McLelland are correct to indict physician misunderstanding and misuse of mammography, not the value of mammography per se, and certainly not the value of mammography as a detection technique for asymptomatic women.

ARTHUR I. HOLLEB, MD
American Cancer Society
New York

1. Newsome JF, McLelland R: A word of caution concerning mammography. *JAMA* 1986;255:528.

2. Mammography 1982: A statement of the American Cancer Society. *CA* 1982;32:226-230.
3. Survey of physicians' attitudes and practices in early cancer detection. *CA* 1985;35:197-213.

*In Reply.*—We appreciate the comments of Drs Hall and Holleb in reference to our COMMENTARY on mammography. They underscore our belief that the emphasis on diagnostic mammography has resulted in the fact that as a screening tool, as Dr Hall states, it has been "undersold." Our primary concern was with symptomatic women. Our comments are directed primarily to those physicians who assume the ultimate responsibility for establishing the presence of breast cancer at its most favorable stage. In our zeal to promote mammography, we should not lose sight of the fact that it is a procedure requiring considerable attention to technique with experienced and careful interpretation. Even under these circumstances there is a significant false-negative rate.

The range of false-negatives we cited represents extremes but serves to indicate that some breasts, fortunately a minority, do not lend themselves to good radiographic interpretation. We suspect, despite the improvement in the techniques of mammography, that the "average" false-negative rate is in the neighborhood of 20%. Unless correlation of the mammographic findings with pathologic interpretation is made, the false-negative rates of individual radiologists are not known.

We also agree with Dr Hall that the traditional dictum that a palpable mass within the breast should undergo incisional or excisional biopsy is no longer tenable. We do feel, however, that unless the nature of the mass is patently apparent by history, physical examination, or fine-needle aspiration, biopsy will usually be required regardless of its radiographic appearance. This is a judgment best left to the responsible clinician in concert with the radiologic consultant.

The need to stress the capabilities as well as limitations of mammography to all physicians involved in the management of women with breast complaints, including abnormal mammograms, is likely to be enhanced as efforts to make screening mammography more available are realized. We heartily endorse the role of screening mammography in the early detection of breast cancer, but only with high-quality images, accurately interpreted. Even if that is done, it remains an imperfect procedure, and thus the need for breast

self-examination and physical examination, even though they are less productive and accurate.

If long-term follow-up data clearly establish the benefits of screening mammography, the challenges will be to obtain sufficient competent personnel and adequate facilities to respond at a reasonable cost. Apparently the latter is the single greatest deterrent to the use of screening mammography today.

JAMES F. NEWSOME, MD
ROBERT MCLELLAND, MD
University of North Carolina
at Chapel Hill

## A Case of Massive Diphenhydramine Abuse and Withdrawal From Use of the Drug

*To the Editor.*—Antihistamines are the major components of most over-the-counter preparations promoted as daytime sedatives and sleep aids.[1] Self-medication with these preparations is common, although tolerance develops quickly.[1] Diphenhydramine hydrochloride, a histamine antagonist with both sedative and anticholinergic effects, is one agent found in some nonprescription soporifics. We wish to report a case of protracted massive diphenhydramine intake in a patient using an over-the-counter medication.

*Report of a Case.*—A 34-year-old man with chronic residual schizophrenia was referred to our hospital for gradual reduction of diphenhydramine use. The patient had initiated use of the nonprescription medication Sominex 2 (diphenhydramine hydrochloride, 25 mg per tablet) six months prior to admission to assist with initial insomnia. He noted resultant sedation and mild euphoria and increased the dosage over ensuing months. Initial anticholinergic effects such as dry mouth and urinary hesitancy abated with continued use. At the time of admission, the patient had been taking 800 mg twice a day for one month. On admission he was also using thiothixene, which he had taken for seven years. He had abused prophylactic trihexyphenidyl hydrochloride several years earlier but was no longer using this medication. There was no history of use of street drugs or excessive use of alcohol.

At the time of physical examination, the heart rate was 114 beats per minute; other vital signs, medical examination findings, and laboratory data were unremarkable. Mental status examination results were notable only for slight euphoria and mild grandiosity without psychotic features.

A rapid tapering of diphenhydramine hydrochloride use was instituted. On days 1 to 3 of hospitalization, the patient received 600 mg/day in divided doses in addition to the thiothixene. The dosage was then reduced more slowly, with the last dose administered on day 9. No signif-

Downloaded from jamanetwork.com by Ernesto Alamo on 11/15/2024

icant changes in the vital signs occurred. The patient was alert and appeared well after the initial dose of diphenhydramine but did report a "craving" for more medication that largely resolved when he resumed smoking. With the dosage continuing to be tapered, however, initial insomnia returned along with bedtime rituals (getting up and lying down repeatedly) and increased daytime restlessness. Irritability and excessive blinking without hyperlacrimation were observed as well. The patient denied akathisia and displayed no extrapyramidal signs or first-rank symptoms of psychosis. The only consistent somatic complaint was increased defecation. Following a disagreement with the staff over his bedtime behavior, the patient signed out on day 15.

*Comment.*—A MEDLINE search to 1966 revealed no entries concerning the protracted use or discontinuation of use of diphenhydramine in dosages as high as in this case. Tolerance to the sedative and anticholinergic effects has been described by others[2] and was clearly observed in this patient; indeed, 1,600 mg taken by a patient who had not developed tolerance might have been fatal.[3] Potential risks with the discontinuation of high-dose diphenhydramine use include central nervous system effects such as stimulation and a cholinergic release syndrome. This patient did display moderate irritability and restlessness as the drug use was stopped. Increased defecation was the only cholinergic rebound effect noted, even with the rapid tapering.

Because of its low abuse potential, diphenhydramine has been viewed as an appropriate hypnotic in patients liable to engage in substance abuse.[2] Consideration of this case mandates caution in some patients even in offering this comparatively innocuous antihistamine.

MARC D. FELDMAN, MD
MARCY BEHAR
Durham Veterans Administration
Medical Center
Durham, NC

1. Department of Drugs: *AMA Drug Evaluations,* ed 5. Chicago, American Medical Association, 1983, p 1478.
2. Bassuk EL, Schoonover SC, Gelenberg AJ: *The Practitioner's Guide to Psychoactive Drugs,* ed 2. New York, Plenum Medical Book Co, 1983, pp 205, 332.
3. Krenzelok EP, Anderson GM, Mirick M: Massive diphenhydramine overdose resulting in death. *Ann Emerg Med* 1982;11:212-213.

## An Exacerbation of SLE After Visiting a Tanning Salon

*To the Editor.*—The public's desire to achieve a tan is reflected in the proliferation of commercial tanning salons. For example, in the 1980 Boston Yellow Pages there were no listings for tanning salons. By 1983, there were 24 such listings, and by 1985 there were 58. In its 1985 Yellow Pages advertisement, the largest of the tanning salon chains in Boston states that it provides a "guaranteed tan in six visits," and is "safer than the sun." Our patient's experience, and experimental findings, provide increasing evidence that exposure to ultraviolet light in the A range (UVA) in tanning salons is harmful and can be especially dangerous to certain patients.

*Report of a Case.*—A 30-year-old woman was referred for evaluation of a rash of approximately two weeks' duration. After several years of intermittent polyarthralgias, a diagnosis of systemic lupus erythematosus (SLE) was finally made in January 1984. At this time she had polyarthralgias, a positive antinuclear antibody titer, and antibodies to double-stranded DNA. She was treated with a brief course of oral steroids and improved.

In February 1985, she won a series of treatments to the tanning salon, which advertised its treatments as "safer than the sun." In early March, after 15 treatments, she noted a rash on her arms, anterior part of chest, and face, which progressively worsened. She also noted a recurrence of polyarthralgias and morning stiffness. When we first saw her on March 21, 1985, there was extensive erythema over the malar area, anterior and posterior upper part of the chest, and arms. Scattered scaly, atrophic, erythematous plaques were also noted. We made a diagnosis of an acute flare-up of cutaneous lupus erythematosus.

Laboratory data included a hematocrit of 37% and a white blood cell count of 4,700/μL. Serum complements and renal function were normal. The antinuclear antibody titer was positive with a 1:320 distribution, in a speckled pattern. There were 3+ antibodies to extractable nuclear antigen and ribonucleoprotein. The urine showed 3+ protein, but no active urinary sediment was noted. A subsequent 24-hour urine test for protein showed 1,366 mg.

The patient was treated with systemic steroids, local steroids, and hydroxychloroquine sulfate (Plaquenil). She was told not to receive additional tanning treatment. Within two months the rash and polyarthralgias almost completely receded, but the proteinuria persists.

*Comment.*—The role of sunlight in exacerbating both cutaneous and noncutaneous symptoms of lupus is well recognized. There is strong reason to suspect that long-wave UVA radiation such as that administered in tanning parlors can exacerbate SLE. Exposure to UVA induces positive antinuclear antibody titers in a substantial proportion of albino mice, who do not develop these laboratory changes when exposed to sunburn spectrum (ultraviolet light in the B range) radiation.[1] Normal human volunteers exposed to a standard course of suntanning treatments in a commercial tanning parlor exhibit alterations in immune functions.[2] Skin fibroblasts derived from SLE patients are hypersensitive to UVA radiation.[3] Spleen cells from mice with lupus show increased susceptibility to DNA damage by UVA.[4]

These findings and our patient's experience should remind us that tanning booths are not safe, and that patients with SLE, or other diseases that include photosensitivity, should be cautioned to avoid such exposures. In addition, there is increasing evidence that UVA exposure is a factor in skin aging. Although UVA alone has little carcinogenic risk, UVA exposure to artificial sunlight increases the risk of skin tumors in animals,[5] and exposure to UVA accelerates changes in the skin associated with aging.[6]

ROBERT S. STERN, MD
WILLIAM DOCKEN, MD
Beth Israel Hospital
Harvard Medical School
Boston

1. Bruze M, Forsgren A, Ljunggren B: Antinuclear antibodies in mice induced by long wave ultraviolet radiation (UVA). *Acta Derm Venereol* 1985;65:25-30.
2. Hersey P, Haran G, Hasic E, et al: Alteration of T cell subsets and induction of suppressor T cell activity in normal subjects after exposure to sunlight. *J Immunol* 1983;131:171-174.
3. Zamansky GB, Minka DF, Deal CL, et al: The in vitro photosensitivity of systemic lupus erythematosus skin fibroblasts. *J Immunol* 1985;134:1571-1576.
4. Golan DT, Borel Y: Increased photosensitivity to near-ultraviolet light in murine SLE. *J Immunol* 1984; 132:705-710.
5. Staberg B, Wulf HC, Poulsen T, et al: Carcinogenic effect of sequential artificial sunlight and UV-A irradiation in hairless mice. *Arch Dermatol* 1983;119:641-643.
6. Kligman LH, Kligman AM: The effect of UVA on dermal connective tissue of hairless mice, abstracted. *Photochem Photobiol* 1985;41(suppl):4S.

### CORRECTIONS

**Incorrect Values.**—Three errors occurred in the SPECIAL COMMUNICATION entitled "An Approach to the Management of Hyperlipoproteinemia," published in the Jan 24/31 issue of THE JOURNAL (1986;255:512-521). On page 514, in Table 3, columns 1, 2, and 3 in the first line of data for women should have read as follows: "0-14 [not '0.14'] 170 [not '174'] and 174 [not '170']."

**Incorrect Affiliation.**—An error occurred in the Letter to the Editor entitled "The Usefulness of Urban Paramedics," published in the Feb 7 issue of THE JOURNAL (1986;255:609-612). In the reply on page 612, the affiliation of J. Philip Smith, MD, should have been Sacramento, Calif (not Emergency Medical Service, City and County of San Francisco Department of Public Health).

Downloaded from jamanetwork.com by Ernesto Alamo on 11/15/2024

# Exhibit H

JOURNAL OF CHILD AND ADOLESCENT PSYCHOPHARMACOLOGY
Volume 20, Number 6, 2010
© Mary Ann Liebert, Inc.
Pp. 521–524
DOI: 10.1089/cap.2010.0031

# The Importance of Taking a History of Over-the-Counter Medication Use: A Brief Review and Case Illustration of "PRN" Antihistamine Dependence in a Hospitalized Adolescent

Barbara Gracious, M.D.,[1] Naomi Abe, B.A.,[2] and Jane Sundberg, Pharm.D.[3]

Downloaded by Ernesto Alamo from www.liebertpub.com at 11/15/24. For personal use only.

## Abstract

Over-the-counter (OTC) and prescription medication abuse has been rapidly increasing, yet publications on OTC abuse in adolescents are limited. We present a brief literature review and a novel report of antihistamine dependence emerging after admission in an adolescent, subsequently treated with naltrexone. This case highlights the need to take a thorough history of OTC, herbal, and prescription drug use from parents and patients separately and repeatedly, at initial presentation, and again if withdrawal symptoms emerge. General strategies for combating OTC and prescription abuse are given.

## Introduction

**K**NOWN AS "PHARMING," prescription and over-the-counter (OTC) medication abuse is of significant concern in adolescents. In 2005, nearly 20% of teens in grades 7–12 reported abusing prescription medication to "get high"; 10% abused cough syrup (Partnership for a Drug-Free America, 2005). Data on OTC abuse separate from prescription drug abuse are difficult to find, but over one in six clients of the Tulare County, California, Drug Court admitted to abusing OTC medications, primarily ephedrine (Lessenger et al. 2000). Lifetime misuse of OTC cough/cold medications was ∼4% in adolescents and young adults surveyed as part of the 2006 National Survey on Drug Use and Health (Ford 2009). Correlated factors included older age, lower income, other substance abuse, poorer physical health, and depression. Emergency room visits for nonmedical use of prescription and OTC medications are now as common as those resulting from illegal drug abuse (CDC 2010). OTC drugs used by those presenting to emergency departments for drug treatment include aspirin, cough syrup, diphenhydramine (DPH) and other antihistamines, and sleep aids (National Survey on Drug Use and Health 2004). Recent national legislative attention has focused on OTC medication abuse; the Dextromethorphan Abuse Reduction Act of 2009, S. 1383, is currently under review by the senate judiciary subcommittee (www.govtrack.us/congress/bill.xpd?bill=s111-1383). This review highlights antihistamines, easily obtained but less commonly expected as an OTC medication of abuse, which confounded inpatient psychiatric treatment in a case described below where history of antihistamine abuse was not elicited or disclosed.

Antihistamines are easily accessible medications, usually sold OTC to treat allergic reactions, pruritus, or peripheral vertigo. Their sedating effects have led to usage as a sleep aid or an anxiolytic, often by child and adolescent mental health practitioners, particularly in acute inpatient psychiatric hospital settings (Kaplan and Busner 1997). Although widely used and generally considered safe, cases of antihistamine abuse and dependence, especially of DPH, have been described in the medical literature (Thomas et al. 2009). Those misusing antihistamines have listed calming effects (Cox et al. 2001), mild euphoria (Feldman and Behar 1986), and ability to stop tremors (Thomas et al. 2009) as desired effects. Antihistamines, most frequently DPH, are also used recreationally for hallucinogenic effects, at doses of 300–700 mg (Radovanovic et al. 2000). Reported cases of DPH dependence have resulted from usage of large doses (often over 1,000 mg per day) over periods of months or years (Thomas et al. 2009), usually in adult males, often those with schizophrenia who are taking antipsychotics. Thomas et al. (2009) speculate that DPH abuse may occur in those patients with psychiatric comorbidity and antipsychotic treatment, because of the combination of antiextrapyramidal, euphoria, and stimulant effects. Withdrawal symptoms listed in the literature include worsening of insomnia, rhinorrhea, nausea, irritability, restlessness, abdominal cramps, sweating, and diarrhea (Feldman and Behar 1986; de Nesnera 1996). Gradual tapering has been the only described detoxification treatment plan, which appears to alleviate the withdrawal symptoms (Thomas et al. 2009).

The purpose of this article was to encourage providers to ask routinely about prescription and OTC nonmedical use. Here, we

---

[1]Department of Psychiatry, Nationwide Children's Hospital/The Ohio State University, Columbus, Ohio.
[2]University of Rochester School of Medicine and Dentistry, Rochester, New York.
[3]Department of Psychiatry, University of Rochester Medical Center, Rochester, New York.

Downloaded by Ernesto Alamo from www.liebertpub.com at 11/15/24. For personal use only.

report a case of possible rapid onset antihistamine dependence in an adolescent girl with a history of opioid dependence, with no antipsychotic coprescription, who then appeared to benefit from the addition of naltrexone during the course of detoxification.

## Case Illustration

A 15-year-old girl was admitted to a regional urban inpatient adolescent psychiatric unit for worsening depressive symptoms leading to suicidal ideation and self-injurious behavior (cutting). She had met *Diagnostic and Statistical Manual of Mental Disorders*, 4th edition (DSM-IV) (American Psychiatric Association 1994) criteria as an outpatient for bipolar disorder type II and anxiety disorder, not otherwise specified, and was prescribed duloxetine and sertaline at the time of admission. Recent attempts by her outpatient psychiatrist to taper down her duloxetine resulted in complaints of worsening anxiety. She had just begun outpatient substance abuse treatment for cannabis dependence and alcohol abuse. She also had been admitted the previous year for a 2-week inpatient detoxification after she became dependent on an opioid (an oxycodone/acetaminophen preparation) within several months, prescribed for treatment-resistant headaches. Her urine toxicology screen was negative on admission for common substances of abuse. Family history was remarkable for mood disorders and opioid dependence. On admission, along with her antidepressants, hydroxyzine 25 mg by mouth every 8 hours was ordered as an "as-needed" (PRN) medication for her anxiety symptoms. She quickly consistently utilized this, stating that it helped with her anxiety symptoms. She learned to maximally utilize this medication within 4 days of admission, asking for a new dose at the next scheduled time allowed, and began advocating for an increased dose. On hospital day 5, the dose was increased to 50 mg by mouth every 8 hours. Within 48 hours, she began maximally utilizing this as well as requesting for an intramuscular DPH dose, stating that these were the only things that helped with her anxiety. She did not appear classically anxious according to unit staff and also did not report symptoms typically associated with anxiety as defined by DSM-IV. Because of primary concerns of drug-seeking behavior with apparent tolerance developing to hydroxyzine, she was discouraged daily by unit staff from using hydroxyzine and encouraged to use cognitive-behavioral coping strategies instead, which

met significant resistance from the patient. The patient's mother then revealed that the patient had been ingesting significant amounts of DPH at home. Mother reported frequently giving her a DPH preparation up to the maximum daily dose (400 mg/day), but also finding an empty box of this medication in the patient's room on one occasion.

On hospital day 14, a plan was put into place to taper the hydroxyzine, although this decision was strongly opposed by the patient. After much negotiation, it was decided to implement an alternating dose of 50 and 25 mg every 6 hours, as a gradual taper. The PRN dose of intramuscular Benadryl was discontinued. She subsequently exhibited mild nausea, significant nasal congestion, throat discomfort, and irritability and made increased demands for medication beginning the same day. Her systolic blood pressure and heart rate were also slightly higher but returned to her baseline on the following day. The patient's mother also had difficulty tolerating the taper and contributed to drug-seeking by asking to have the on-call physician paged during the night to request her daughter be given DPH for her "upper respiratory infection," despite repeated explanation of withdrawal symptoms. On day 16, the nausea, but not the other symptoms, resolved. The patient continued to exhibit significant drug-seeking behavior as well as irritability and difficulty concentrating. On day 16, because of the similarity between her current withdrawal symptoms and those of opioids, an oral naltrexone trial was initiated, with the possibility that there might also be beneficial effects on self-injurious behavior (Smith et al. 1995, Symons et al. 2004). Within a day of the initial dose of oral naltrexone of 25 mg, the patient reported improved nasal congestion and irritability. Drug-seeking behavior decreased significantly, and by 2 days later, on day 18, she no longer utilized the maximal PRN doses, for she "no longer felt the need." She did continue to have mild nasal congestion in the mornings and at night. Naltrexone dose was gradually increased to 75 mg per day over the 5 days. Figure 1 outlines the course of her antihistamine use; vasomotor instability appears present prior to and especially during withdrawal symptoms, with stabilization on adding naltrexone. Her urges of cutting, which had been a daily concern, also alleviated, and on day 21, she did not request any hydroxyzine dose. She further reported that she no longer had the urges to cut, that her mood had significantly improved, and that she felt "real," capable of fully experiencing the "present moment."



**FIG. 1.** Hydroxyzine use over the course of hospitalization. [*]Intramuscular diphenhydramine administration. HR = heart rate (beats per minute); SBP = systolic blood pressure (mmHg). A color version of this figure is available in the online article at www.liebertonline.com.

Case 2:24-cv-03152-DC-JDP    Document 22-1    Filed 12/23/24    Page 37 of 91

**523**

Downloaded by Ernesto Alamo from www.liebertpub.com at 11/15/24. For personal use only.

## Discussion

Our patient's chronology of events, symptoms consistent with previously documented cases of antihistamine withdrawal, and behaviors fulfilling DSM-IV criteria for substance dependence (tolerance, increasing usage, drug-seeking behavior, and withdrawal reactions) point to antihistamine dependence and subsequent withdrawal. We believe this to be the first case report of antihistamine dependence in an adolescent girl. Additionally, it may be the first report of use of naltrexone to mitigate antihistamine withdrawal symptoms. It is not entirely clear if the patient rapidly developed hydroxyzine dependence during the first part of her hospital course, or if she was admitted with a preexisting dependence, with the full extent of at-home OTC DPH use unknown and possibly greater than reported. Arguing for this is the presence of vasomotor instability seen early in the hospital course (Fig. 1). The extent and duration of her DPH abuse prior to admission was likely in the order of weeks, and not in very high dose as reported in previously described cases. Further, once she was admitted to the unit, her hydroxyzine dose never exceeded the daily maximum dosage of 400 mg per day (her highest daily dose was 200 mg). Her personal history of opioid dependence and strong family history for addiction (mother with history of opioid dependence, father with multiple substance dependence including heroin) may have predisposed her to become physiologically dependent on antihistamines, despite relatively low dosage and a relatively short time course of usage. With recent findings of antihistamines' pharmacologic effects as similar to cocaine and described reinforcing effect of antihistamines with cocaine, we speculate that her opioid-experienced mesolimbic pathways had a heightened susceptibility to antihistamine dependency. It is also possible that given her personal and family history of substance dependence, she might have obtained reinforcement from any PRN medication with central nervous system effects.

Although it is probable that naltrexone quickly reduced her cravings, they may have cleared because of a natural time course. Arguing against this is the abrupt drop in dose utilization. It is possible that, given proposed stimulatory effects of select antihistamines on dopamine transmission in the mesolimbic pathways (Tanda et al. 2008), naltrexone is also effective in diminishing the desired effects created by antihistamines that lead to misuse. Some of the neurochemical basis for such abuse potential has been uncovered. Antihistamines primarily act as antagonists at histamine H1 receptor, although they have antagonistic properties at the five muscarinic cholinergic receptors (Bolden et al. 1992). Some H1 histamine antagonists, in this case DPH and chlorpheniramine enantiomers, stimulate dopamine transmission in the nucleus accumbens, part of the mesolimbic "reward" pathway, in rats, much like cocaine (Tanda et al. 2008). This effect is thought to be mediated by properties other than antihistamine's action on histamine H1 receptors. Especially important to the case described below, combined reinforcing effects of opioids (specifically cocaine) and antihistamines have also been described in epidemiological studies as well as in animal studies. For example, a Epidemiologic Trends in Drug Abuse Advance Report (2006) indicated an abuse of a combination of heroin and DPH (called "cheese"), and also DPH misuse has been described in patients prescribed methadone (Roberts et al. 1999). This reinforcing effect was confirmed and quantified in a controlled environment using rhesus monkeys (Banks et al. 2009), although the neurochemical basis of such reinforcing effects remained a mystery.

Clinical variables associated with OTC medication abuse include being Caucasian, female, younger, having a history of opiate use, and using concomitantly with alcohol, including in suicide attempts (Drug Abuse Warning Network 2006). The patient presented here appears to meet nearly all of these descriptors.

General strategies for psychopharmacologic provider prevention and management of prescription and OTC substance abuse consist of (1) routinely asking about nonmedical prescription, herbal, and OTC medication use at initial appointments and at changes in mental status; (2) monitoring for illegal drug use, which may be a "gateway" to OTC abuse for some; (3) providing medication disposal containers on site for unused/unwanted medications; (4) educating parents and adolescents about potential negative effects of nonmedical use, "sharing," and abuse of OTC and prescription drugs; (5) advising and documenting family storing practices and monitoring of available pharmaceuticals in the home; (6) keeping accurate and timely records of prescription refills and controlled substance forms; and (7) early referral for assessment, detoxification, and substance abuse treatment for those patients suspected of abuse and addiction of prescription or OTC products (Levine 2007; Lessenger and Feinberg 2008).

In summary, with respect to the specific case presented above, antihistamines may have significant abuse potential in adolescents, as they are widely accessible and considered relatively safe. With the restriction of sales for pseudoephedrine and ease of access to OTC substances such as antihistamines and dextromethorphan as potential agents of abuse, healthcare professionals must be aware of the potential for misuse in the general adolescent population. Despite little documented efficacy, antihistamines remain in widespread use also with high safety perception as a "PRN" medication of choice on child and adolescent inpatient psychiatric units. Our case underscores the importance of avoiding their use in patients with past or current opioid dependencies and of close monitoring of effects in patients with family histories of opioid abuse. Our patient's withdrawal symptoms resembled those of opioids and the addition of naltrexone appeared to significantly alleviate both cravings associated with the detoxification process as well as her initial target symptoms of urges to self-harm. This case also emphasizes the importance for all healthcare professionals who take medication histories to specifically inquire about patients' OTC drug usage, interviewing both parents and adolescents separately and repeatedly if clinically indicated. Further study and description of similar cases will result in improvements in clinical care for child and adolescent patients at high risk for opioid and/or antihistamine dependence.

## Acknowledgments

This work was supported by University of Rochester Medical Center Department of Psychiatry and by the National Center for Research Resources (NCRR grant number: 1 KL2 RR024136-1), a component of the National Institutes of Health (NIH), and the NIH Roadmap for Medical Research. Information on NCRR is available at www.ncrr.nih.gov/. Information on Re-engineering the Clinical Research Enterprise can be obtained from http://nihroadmap.nih .gov/clinilcalresear ch/overview-translational.asp.

## Disclosures

Potential conflicts of interest: Dr. Gracious is a consultant for Johnson and Johnson. Dr. Abe and Dr. Sundberg have no personal affiliations or financial relationships with any commercial interest to disclose relative to this article. The contents of this article are solely the responsibility of the authors and do not necessarily represent the official view of NCRR or NIH.

Downloaded by Ernesto Alamo from www.liebertpub.com at 11/15/24. For personal use only.

## References

American Psychiatric Association. Diagnostic and Statistical Manual of Mental Disorders, 4th ed. (DSM-IV). Washington, DC: American Psychiatric Association; 1994.

Banks ML, Anderson ML, Murnane KS, Meyer RC, Howell LL: Behavioral and neurochemical effects of cocaine and diphenhydramine combinations in rhesus monkeys. Psychopharmacologia 205:467–474, 2009.

Bolden C, Cusack B, Richelson E: Antagonism by antimuscarinic and neuroleptic compounds at the five cloned human muscarinic cholinergic receptors expressed in Chinese hamster ovary cells. J Pharmacol Exp Ther 260:576–580, 1992.

Centers for Disease Control and Prevention (CDC): Emergency department visits involving nonmedical use of selected prescription drugs-United States, 2004–2008. MMWR 59:705–710, 2010.

Cox D, Ahmed Z, McBride AJ: Dephenhydramine dependence. Addiction 96:516–517, 2001.

de Nesnera AP: Diphenhydramine dependence: A need for awareness. J Clin Psychiatry 57:136–137, 1996.

Drug Abuse Warning Network: Emergency department visits. Washington, DC: Office of Applied Studies, Substance Abuse and Mental Health Services Administration. 2006. Available at https://dawninfo.samhsa.gov/. Accessed June 23 2010.

Epidemiologic Trends in Drug Abuse Advance Report, Community Epidemiology Work Group; June 2006. US Dept of Health and Human Services National Institute on Drug Abuse. NIH publication No. 06-5878A. Available at http://www.drugabuse.gov/PDF/CEWG/Adv-Report606.pdf. Page 45. Last accessed August 11, 2010.

Feldman MD, Behar M: A case of massive diphenhydramine abuse and withdrawal from use of the drug. JAMA 255:3119–3120, 1986.

Ford JA: Misuse of over-the-counter cough or cold medications among adolescents: Prevalence and correlates in a national sample. Adolesc Health 44:505–507, 2009.

Kaplan SL, Busner J: The use of prn and stat medication in three child psychiatric inpatient settings. Psychopharmacol Bull 33:161–164, 1997.

Lessenger JE, Feinberg SD: Abuse of prescription and over-the-counter medications. J Am Board Fam Med 21:45–54, 2008.

Lessenger JE, Lessenger LH, Lessenger EW: An Outcome Analysis of Drug Court in Tulare County, California. Visalia, CA: Tulare County Superior Court, 2000.

Levine DA: 'Pharming': The abuse of prescription and over-the-counter drugs in teens. Curr Opin Pediatr 19:270–274, 2007.

National Survey on Drug Use and Health: Characteristics of Primary Prescription and OTC Treatment Admissions: 2002. Washington, DC: Office of Applied Studies, Substance Abuse and Mental Health Services Administration, 2004.

Partnership for a Drug-Free America: The Partnership Attitude Tracking Study. New York: Partnership for a Drug-Free America. 2005. Available at www.drugfree.org/Files/Full_Teen_Report. Accessed June 23 2010.

Radovanovic D, Meier PJ, Guirguis M, Lorent JP, Kupferschmidt H: Dose-dependent toxicity of diphenhydramine overdose. Hum Exp Toxicol 19:489–495, 2000.

Roberts K, Gruer L, Gilooly T: Misuse of diphenhydramine soft gel capsules (Sleepia): A cautionary tale from Glasgow. Addiction 94:1575–1578, 1999.

Smith SG, Gupta KK, Smith SH: Effects of naltrexone on self-injury, stereotypy, and social behavior of adults with developmental disabilities. J Dev Phys Disabil 7:137–146, 1995.

Symons FJ, Thompson A, Rodriguez MC: Self-injurious behavior and the efficacy of naltrexone treatment: A quantitative synthesis. Ment Retard Dev Disabil Res Rev 10:193–200, 2004.

Tanda G, Kopajtic TA, Katz JL: Cocaine-like neurochemical effects of antihistamininic medications. J Neurochem 106:147–157, 2008.

Thomas A, Nallur DG, Jones N, Deslandes PN: Diphenhydramine abuse and detoxification: A brief review and case report. J Psychopharmacol 23:101–105, 2009.

Address correspondence to:
*Barbara L. Gracious, M.D.*
*The Research Institute at Nationwide Children's Hospital*
*Center for Innovation in Pediatric Practice*
*700 Children's Dr., JW 4923*
*Columbus, OH 43205*

*E-mail:* Barbara.gracious@nationwidechildrens.org

# Exhibit I

al brain vulnerability due to thiamine depletion and for interindividual differences in WKD susceptibility and outcome.

We think that the patient described remained in an intermediate phase of WKD for 4 months. The absence of focal MRI lesions is compatible with a reversible metabolic dysfunction. The low (1 mg/day) thiamine dose given during the first 4 months (corresponding to a normal nutritional regimen in healthy subjects) and unknown factors of inherited susceptibility to the disease probably prevented the irreversible processes that lead to neuronal death and vascular damage.

Estimation of the thiamine dose required to treat WKD is largely based on data from uncontrolled trials or empirical clinical practice and is not evidence based [16]. In this case, the daily supplement of 600 mg of thiamine by the enteral route resulted in impressive clinical improvement.

The diagnosis of WKD should be contemplated in any patient with confusion, oculomotor abnormalities or ataxia. High thiamine doses, together with rehabilitative therapy, must be considered for treatment of WKD even several months after the onset.

*References*

1 Victor M, Adams RD, Collins GH: The Wernicke-Korsakoff Syndrome and Related Neurologic Disorders due to Alcoholism and Malnutrition, ed 2. Philadelphia, Davis, 1989.
2 Caine D, Halliday GM, Kril JJ, Harper CG: Operational criteria for the classification of chronic alcoholics: Identification of Wernicke's encephalopathy. J Neurol Neurosurg Psychiatry 1997;62:51–60.
3 Kopelman MD: Disorders of memory. Brain 2002;125:2152–2190.
4 Thomson AD: Mechanisms of vitamin deficiency in chronic alcohol misusers and the development of the Wernicke-Korsakoff syndrome. Alcohol Alcohol Suppl 2000;1:2–7.
5 Rey A: L'examen clinique en psychologie. Paris, Presses Universitaires de France, 1958.
6 Chu K, Kang DW, Kim HJ, Lee YS, Park SH: Diffusion-weighted imaging abnormalities in Wernicke encephalopathy: Reversible cytotoxic edema? Arch Neurol 2002;59:123–127.
7 Doherty MJ, Watson NF, Uchino K, Hallam DK, Cramer SC: Diffusion abnormalities in patients with Wernicke encephalopathy. Neurology 2002;58:655–657.
8 Antunez E, Estruch R, Cardenal C, Nicolas JM, Fernandez-Sola J, Urbano-Marquez A: Usefulness of CT and MR imaging in the diagnosis of acute Wernicke's encephalopathy. AJR Am J Roentgenol 1998;171:1131–1137.
9 Calingasan NY, Gibson GE: Vascular endothelium is a site of free radical production and inflammation in areas of neuronal loss in thiamine-deficient brain. Ann NY Acad Sci 2000;903:353–356.
10 McRee RC, Terry-Ferguson M, Langlais PJ, Chen Y, Nalwalk JW, Blumenstock FA, Hough LB: Increased histamine release and granulocytes within the thalamus of a rat model of Wernicke's encephalopathy. Brain Res 2000;858:227–236.
11 Hazell AS, Rao KV, Danbolt NC, Pow DV, Butterworth RF: Selective down-regulation of the astrocyte glutamate transporters GLT-1 and GLAST within the medial thalamus in experimental Wernicke's encephalopathy. J Neurochem 2001;78:560–568.
12 Jung EH, Sheu KF, Blass JP: An enzymatic and immunochemical analysis of transketolase in fibroblasts from Wernicke-Korsakoff syndrome. J Neurol Sci 1993;114:123–127.
13 Muramatsu T, Kato M, Matsui T, Yoshimasu H, Yoshino A, Matsushita S, Higuchi S, Kashima H: Apolipoprotein E epsilon 4 allele distribution in Wernicke-Korsakoff syndrome with or without global intellectual deficits. J Neural Transm 1997;104:913–920.
14 Matsushita S, Kato M, Muramatsu T, Higuchi S: Alcohol and aldehyde dehydrogenase genotypes in Korsakoff syndrome. Alcohol Clin Exp Res 2000;24:337–340.
15 Ciccia RM, Langlais PJ: An examination of the synergistic interaction of ethanol and thiamine deficiency in the development of neurological signs and long-term cognitive and memory impairments. Alcohol Clin Exp Res 2000;24:622–634.
16 Casadevall Codina T, Pascual Millan LF, Fernandez Turrado T, Escalza Cortina I, Navas Vinagre I, Fanlo Mero OC, Morales Asin F: Pharmacological treatment of Korsakoff's psychosis: A review of the literature and experience in two cases. Rev Neurol 2002;35:341–345.

Antonio Carota, Service de Neurologie, BH013, CHUV
CH–1010 Lausanne (Switzerland)
Tel. +41 21 3141343, Fax +41 21 3141244
E-Mail antonio.carota@hospvd.ch

Eur Neurol 2005;53:46–47
DOI: 10.1159/000084266

## Reversible Opsoclonus after Diphenhydramine Misuse

*Dirk M. Hermann, Claudio L. Bassetti*

Department of Neurology, University Hospital Zurich, Zurich, Switzerland

Opsoclonus is a rare eye movement disorder with conjugated nystagmus occurring randomly in all directions without an intersaccadic rest interval. Opsoclonus is mostly seen in encephalitis, either due to viral or paraneoplastic origin. Besides, it has rarely been noted after misuse of the sympathomimetic cocaine [1, 2], of the monoamine oxidase inhibitor tranylcypromine [3] and in 1 case also of the tricyclic antidepressant amitriptyline [4]. We here report a patient developing opsoclonus after intoxication with an $H_1$ antagonist, diphenhydramine.

*Case Report*

A 36-year-old female was referred to our university hospital because of an agitated, confused state with uncoordinated limb movements. On examination, the patient was awake but disoriented. She exhibited an opsoclonus with irregular conjugated nystagmus randomly beating in all directions (horizontal, vertical and torsional components) and bilateral limb ataxia. The patient's pupils were dilated and not reactive to light, her skin was warm, dry and mildly flushed. The rectal temperature was 37.1°C, arterial blood pressure 110/70 mm Hg and heart rate 88/min. ECG was normal. A brain CT (with and without contrast agent) did not show any abnormalities. Blood chemistry was normal, except for mildly increased CRP (11 mg/l) and glucose (7.1 mmol/l) levels. A lumbar puncture revealed mildly increased CSF lactate (2.7 mmol/l), but normal cell count (0/μl), protein (0.34 mg/l) and glucose (4.0 mmol/l).

Family members told us that the patient, a nurse, had been healthy throughout the day, up to 2 h before. Except for a history of migraine, treated with 3 × 80 mg/day propanolol, no other diseases (incl. neoplasms) were known. Psychosocial conflicts were mentioned, because of which the patient had previously expressed suicide thoughts. A phone call with the patient's pharmacy confirmed repeated purchases of diphenhydramine tablets during the last few weeks. Toxicologic HPLC analysis revealed diphenhydramine in the

Downloaded from http://karger.com/ene/article-pdf/53/1/46/2717082/000084266.pdf by Ernesto Alamo on 19 November 2024

patient's urine. Besides, no other pharmacological compounds (incl. antidepressants, neuroleptics, amphetamines, benzodiazepines, cannabis, cocaine, opioids) were found. Blood alcohol measurements were negative. The next day, both the oculomotor disturbances and ataxia had markedly improved upon treatment with clonazepam (3 mg/day). The patient was still agitated, but now able to perform purposeful defense movements. The pupils were still dilated and not reactive to light. After a transitional phase, in which the patient was irritated and anxious, the mental state gradually normalized. On the third day, all neurological symptoms had disappeared. The patient confirmed ingestion of 2,000 mg (40 tablets) diphenhydramine.

### Discussion

Our case report demonstrates for the first time that an acute intoxication with the $H_1$ antagonist diphenhydramine, which has a sedative and antiemetic action, may result in opsoclonus and cerebellar signs, besides the well-known mental changes, i.e. agitation and disorientation, which have already been described for this antihistaminergic drug [5]. Opsoclonus has previously been reported after ingestion of sympathomimetic compounds (cocaine [1, 2], tranylcypromine [3]), in 1 case also after misuse of amitriptyline [4], a tricyclic mainly with $\alpha_1$-antagonistic/anticholinergic action. So far, opsoclonus has never been described after usage of $H_1$ antagonists. Besides its antihistaminergic action, diphenhydramine also has anticholinergic activity [5]. It is conceivable that anticholinergic effects were responsible for the opsoclonus in this case. In fact, our patient revealed mydriatic pupils as well as a dry and warm skin, symptoms indicative of anticholinergic drug actions.

The pathophysiological correlate of opsoclonus is a dysfunction of omnipause neurons located in the nucleus raphe interpositus. These omnipause neurons are controlled by excitatory burst neurons in the parapontine pontine reticular formation, which are cholinergic and exert an inhibitory influence on omnipause neurons via connections over the fastigial cerebellar nuclei, as well as by excitatory neurons in the superior colliculus, which also receive major cholinergic inputs. The crucial role of acetylcholine in the visual control network may explain why anticholinergic compounds may cause an opsoclonus. Indeed, the clinical picture in the present patient closely resembled that after amitriptyline misuse [4]. After amitriptyline intoxication, the patient was also agitated and disoriented. The pupils were also dilated and not appropriately reacting to light. In both cases, the neurological and neuropsychological abnormalities were completely reversible after drug elimination, which confirms the benign nature of the opsoclonus.

### References

1 Scharf D: Opsoclonus-myoclonus following the intranasal usage of cocaine. J Neurol Neurosurg Psychiatry 1989;52:1447–1448.
2 Elkardoudi-Pijnenburg Y, Van Vliet AG: Opsoclonus, a rare complication of cocaine misuse. J Neurol Neurosurg Psychiatry 1996;60:592.
3 Watkins HC, Ellis CJ: Ping pong gaze in reversible coma due to overdose of monoamine oxidase inhibitor. J Neurol Neurosurg Psychiatry 1989;52:539.
4 Au WJ, Keltner JL: Opsoclonus with amitriptyline overdose. Ann Neurol 1979;6:87.
5 Radovanovic D, Meier PJ, Guirguis M, Lorent JP, Kupferschmidt H: Dose-dependent toxicity of diphenhydramine overdose. Hum Exp Toxicol 2000;19:489–495.

PD Dr. Dirk M. Hermann, Department of Neurology, University Hospital
Frauenklinikstrasse 26, CH–8091 Zurich (Switzerland)
Tel. +41 44 2555526, Fax +41 44 2554507, E-Mail dirk.hermann@usz.ch

Eur Neurol 2005;53:47–50
DOI: 10.1159/000084267

## Intracranial Hypotension following Chiropraxis

*Stefan Strauss[a], Brigitte Stemper[a], Stefan Leis[a], Günther Platsch[b], Bernd Tomandl[c], Josef G. Heckmann[a]*

Departments of [a] Neurology, [b] Nuclear Medicine, and [c] Neuroradiology, University of Erlangen-Nuremberg, Erlangen-Nuremberg, Germany

### Introduction

The syndrome of spontaneous intracranial hypotension (IH) was first described by Schaltenbrand in 1938 and was considered a rare disorder. Meanwhile there are a number of reports including neuro-imaging studies and cerebrospinal fluid (CSF) analysis which reveal meningeal enhancement, monocellular pleocytosis and increased protein [1, 2]. Etiologically, most cases of IH result from spontaneous CSF leaks [3] and the majority of spontaneous CSF leaks occur at the level of the thoracic spine. Currently the theory regarding focal weakness of the dural sac and occurrence of a trauma, even trivial, such as coughing, lifting, pushing, sport activities, trivial falls, is favored [3]. Recently, 2 patients were reported to suffer from CSF leaks following chiropractic manipulation of the cervical spine [4, 5]. Our report presents a case where longstanding symptoms following chiropractic manipulation of the cervical spine resolved swiftly after lumbar application of a blood patch.

### Case Report

A 54-year-old woman was admitted to the Department of Neurology with severe headache radiating from the neck and repeated vomiting. These symptoms began after a chiropractic maneuver of her cervical spine.

She had seen her orthopedist because of moderate nuchal pain and stiffness of her neck. The orthopedist performed a chiropractic manipulation of the cervical spine by axial tension and rotation of the head. Immediately after this chiropractic manipulation the patient vomited twice and experienced the severe headache described above (9 from 10 on the visual analogue scale). The headache was moderately relieved when the patient was in a supine position.

On examination, we found restriction of movement of her neck, but there were no focal neurological signs. The initial suspected diagnosis of a vertebral artery dissection was excluded by an unremarkable color-coded duplex sonography of the extracranial arteries and the magnetic resonance angiography of the extracerebral arteries. In addition, the cerebral veins were normal. However, the cerebral magnetic resonance imaging (MRI) showed bilateral pachymeningeal contrast enhancement (fig. 1).

A first lumbar puncture on the day of admission was normal and excluded subarachnoid hemorrhage. The CSF opening pressure was not measured at this time. The lumbar puncture for radionuclide cisternography, 9 days after admission, showed 23/μl cells (70% lymphocytes, 30% granulocytes), moderately increased protein (610 mg/l) and normal lactate and a reduced CSF opening pressure of 3 cm $H_2O$. These findings are consistent with intracranial hypotension and a leak of CSF was suspected. An MRI of the cervical and thoracic spine revealed two cystic structures at the level of Th2 on the left and of Th5 on the right. The two cystic structures might represent spinal meningeal diverticula (fig. 2).

Downloaded from http://karger.com/ene/article-pdf/53/1/46/2717082/000084266.pdf by Ernesto Alamo on 19 November 2024

# Exhibit J

Neurology® Clinical Practice

**Case**

# Chronic diphenhydramine abuse and withdrawal

## A diagnostic challenge

Jagroop S. Saran, MD; Richard L. Barbano, MD, PhD; Rachel Schult, PharmD; Timothy J. Wiegand, MD; Olga Selioutski, DO

Diphenhydramine (DPH) acts on peripheral and central histamine $H_1$ receptors, causing reduction of allergic symptoms and sedation, respectively.[1] It is also a potent competitive antagonist of muscarinic acetylcholine receptors and can cause sinus tachycardia, xerostomia, mydriasis, blurred vision, ileus, urinary retention, CNS depression, agitation, hyperactivity, or psychosis. Given multiple potential mechanisms of action and its use for a variety of conditions, cases of medication misuse and abuse have been reported,[2–5] primarily due to behavioral effects such as elevated mood, increased energy levels, and mild euphoria.[6]

### Case report

A 21-year-old man with multiple previous admissions for presumed toxic ingestions presented to an outside hospital with psychosis, tremors, and seizure-like events. Extensive diagnostic workup including basic laboratory testing, brain MRI, CSF analysis, and urine toxicology screen were unremarkable. Despite treatment with levetiracetam and phenytoin for presumed seizures along with haloperidol and benzodiazepines for symptomatic management of ongoing psychosis, his clinical status remained unchanged.

The patient was transferred to our facility for continuous EEG (cEEG) monitoring due to concern for recurrent seizures as reason for nonresolving encephalopathy. On examination, pertinent findings included sinus tachycardia, altered mental status, hypersalivation, diaphoresis, and flushed but cool and clammy skin. Neurologic examination revealed hypomimia, hypophonia, dysarthria, mydriasis, restricted upgaze, postural tremor, 4-limb rigidity with bilateral brisk reflexes, and recurrent episodes of tremors, staring, and decreased responsiveness. When alert and oriented, he was notably uncomfortable. The recurrent episodes of tremors, staring, and decreased responsiveness captured on cEEG monitoring were not epileptic seizures. cEEG monitoring revealed diffuse background slowing with preserved organization and a poorly sustained posterior dominant rhythm. Twenty-four-hour urine screen showed slightly elevated epinephrine and metanephrine levels, believed to be inconsequential.

Tachycardia, sweating, hypersalivation, and mydriasis were consistent with either sympathetic hyperactivity or anticholinergic agent withdrawal. Hypomimia and hypophonia, dysarthric speech, and restricted upgaze suggested either anticholinergic withdrawal or side effects of dopamine blockers. The differential possibilities included neuroleptic malignant syndrome, oculogyric crisis, serotonin syndrome, and toxic encephalopathy.

### Practical Implications

Given widespread and unrestricted use of diphenhydramine, it is important to recognize signs and symptoms of chronic DPH abuse and acute withdrawal to provide timely and effective treatment while avoiding use of unnecessary and potentially harmful medications.

Departments of Anesthesiology (JSS), Neurology (RLB, OS), and Emergency Medicine (RS, TJW), University of Rochester School of Medicine and Dentistry; and Department of Pharmacy (RS), University of Rochester Medical Center, NY.

Funding information and disclosures are provided at the end of the article. Full disclosure form information provided by the authors is available with the **full text of this article at Neurology.org/cp**.

**Correspondence to:** Jagroop_Saran@URMC.rochester.edu

© 2017 American Academy of Neurology. Unauthorized reproduction of this article is prohibited.

A history of chronic DPH abuse was uncovered including several hospitalizations related to acute intoxications and overdose from DPH. The history of persistent abuse of DPH suggested that a potential withdrawal syndrome from abrupt cessation of DPH was another possibility. IV administration of 50 mg of DPH resulted in immediate improvement of tremor, rigidity, tachycardia, and eye versions. The patient was started on oral DPH 50 mg 4 times a day and the dose was reduced by 25% every 3 days. Oral clonidine 0.1 mg 3 times a day and a weekly 0.1 mg transdermal patch was added to mitigate sympathetic side effects.

## DISCUSSION

Abuse of DPH may be difficult to identify; overdose symptoms are similar to acute psychosis and often prompt hospitalization, which may precipitate unintentional withdrawal from the anticholinergic agent, symptoms of which are nonspecific and overlap with many other conditions. Moreover, dopamine antagonists used to manage psychosis have overlapping extrapyramidal effects with prominent autonomic features further confounding the diagnosis. Administration of DPH serves both diagnostic and therapeutic purposes. In addition to reinstatement of DPH and discontinuation of dopamine antagonists, symptomatic management of systemic symptoms should be provided. In our case, clonidine was used for its nonspecific sympatholytic effects by decreasing norepinephrine outflow via the presynaptic α2 receptors in the CNS and sedative effects via the imidazoline receptor to help reduce anxiety during DPH weaning.

Increased dopaminergic neurotransmission in the mesolimbic pathway is thought to be responsible for rewarding properties and drug-seeking behavior leading to antihistamine abuse but the exact mechanism leading to abuse is unknown.[2] In the CNS, the complex interaction between the cholinergic and dopaminergic systems in the cortex and basal ganglia is nonunidirectional but rather mutual, modulating synaptic transmission and plasticity and modifying dopamine release implicated in cognitive processes, motor responses, and reward-related information.[7] There are a number of other anticholinergic agents that have been abused. In the 1970s, tripelennamine, a first-generation antihistamine, was mixed with pentazocine, an opioid, for its euphoric effects, and this combination was known by its slang name, *Ts and blues*. Trihexyphenidyl has been used recreationally for its hallucinogenic effects. The use of DPH to treat a variety of conditions without regulatory control further contributes to the potential for misuse and abuse. Clinicians should consider DPH withdrawal in the differential diagnosis of acute onset mental status changes in any patients who might be taking this widely available over-the-counter medication.

## REFERENCES

1. Khilnani G, Khilnani AK. Inverse agonism and its therapeutic significance. Indian J Pharmacol 2011; 43:492–501.
2. Thomas A, Nallur DG, Jones N, Deslandes PN. Diphenhydramine abuse and detoxification: a brief review and case report. J Psychopharmacol 2009;23:101–105.
3. Feldman MD, Behar M. A case of massive diphenhydramine abuse and withdrawal from use of the drug. JAMA 1986;255:3119–3120.
4. MacRury S, Neilson R, Goodwin K. Benylin dependence, metabolic acidosis and hyperglycaemia. Postgrad Med J 1987;63:587–588.
5. Gracious B, Abe N, Sundberg J. The importance of taking a history of over-the-counter medication use: a brief review and case illustration of "PRN" antihistamine dependence in a hospitalized adolescent. J Child Adolesc Psychopharmacol 2010;20:521–524.
6. Halpert AG, Olmstead MC, Beninger RJ. Mechanisms and abuse liability of the anti-histamine dimenhydrinate. Neurosci Biobehav Rev 2002;26:61–67.
7. Calabresi P, Di Filippo M. ACh/dopamine crosstalk in motor control and reward: a crucial role for alpha 6-containing nicotinic receptors? Neuron 2008;60:4–7.

*Received June 15, 2016. Accepted in final form August 10, 2016.*

© 2016 American Academy of Neurology

© 2017 American Academy of Neurology. Unauthorized reproduction of this article is prohibited.

## AUTHOR CONTRIBUTIONS

J.S. Saran: drafting and revision of manuscript. R. L. Barbano: critical revision of manuscript. R. Schult: critical revision of manuscript. T. Wiegand: critical revision of manuscript. O. Selioutski: critical revision of manuscript.

## STUDY FUNDING

No targeted funding reported.

## DISCLOSURES

J.S. Saran reports no disclosures. R.L. Barbano serves on a scientific advisory board for Allergan; serves as an associate editor for *Neurology® Clinical Practice*; performs botulinum toxin injections at the University of Rochester (30% effort); receives research support from Allergan, Vaccinex, and Biotie; has received research support from NIH, NINDS, ORDR: Dystonia Coalition Projects, Site PI; holds stock/stock options in VisualDx; and has served as an expert witness in legal proceedings including malpractice, not involving commercial entities. R. Schult reports no disclosures. T. Wiegand is an Associate Editor of the *Encyclopedia of Toxicology*, 3rd ed.; receives publishing royalties from UpToDate; and serves as a consultant for Research Abuse Diversion and Addiction Related Surveillance (RADARS). O. Selioutski has received compensation from SAGE Therapeutics, Sepracor/Sunovion, Bial, and Upsher-Smith as a primary investigator in clinical research trials; and serves as adjunct faculty at Genesee Community College (Polysomnographic Technology Program). Full disclosure form information provided by the authors is available with the **full text of this article at Neurology.org/cp**.

## Enjoy *Neurology® Clinical Practice* on your iPad®

The same information so critical to your practice is now brought to you on the iPad®. This dynamic app optimizes the best in digital technology to enhance the reading experience with article-sharing features, multimedia, links, and more.

### Enjoy the benefits:



- Easy-to-read articles you can share via email and social media

- Adjustable text sizing with "pinch and zoom" technology

- Engaging multimedia videos, images, and data supplements

- Ability to store downloaded issues

- Convenient notification when a new issue is available

AAN members — enjoy Full Access to *every* issue on your iPad®. If you are not yet a member, download the app and **GET THE LATEST ISSUE FREE!** (Go to http://bit.ly/NCPapp for details.)

© 2017 American Academy of Neurology. Unauthorized reproduction of this article is prohibited.

# Exhibit K

0271-0749/02/2205-0511/0
Journal of Clinical Psychopharmacology
Copyright © 2002 by Lippincott Williams & Wilkins, Inc.

Vol. 22, No. 5
*Printed in U.S.A.*

# Tolerance to Daytime Sedative Effects of H1 Antihistamines

Gary S. Richardson, MD, Timothy A. Roehrs, PhD, Leon Rosenthal, Gail Koshorek, and Thomas Roth

*Sleep Disorders Clinic and Research Center, Henry Ford Hospital, Detroit, Michigan*

**Sedation is the principal side effect of first-generation H1 antihistamines, and recent studies have suggested that this side effect should limit the clinical application of these drugs. The sedative effect also underlies the use of these first-generation drugs as nonprescriptive remedies for insomnia. In both cases, the potential for tolerance to the sedative effect of these drugs is an important issue for which there are few objective data. In the study reported here, 15 healthy men age 18 to 50 years received either diphenhydramine 50 mg or placebo twice a day for 4 days in a randomized, double-blind, crossover trial design. Dependent measures included objective and subjective assessments of sleepiness and computer-based tests of psychomotor performance. Both objective and subjective measures of sleepiness showed significantly higher levels on day 1 for diphenhydramine compared to placebo. By day 4, however, levels of sleepiness on diphenhydramine were indistinguishable from placebo. Similarly, diphenhydramine produced significant impairment of performance that was completely reversed by day 4. These data provide the first objective confirmation that tolerance develops to the sedative effect of a prototypical first-generation H1 antihistamine, diphenhydramine. On this dosing regimen, tolerance was complete by the end of 3 days of administration. While other antihistamines and dosing regimens may differ, these results suggest that tolerance to the sedation produced by these drugs develops with remarkable rapidity. (J Clin Psychopharmacol 2002:22:511–515)**

It is generally recognized that first-generation H1 antihistamines such as diphenhydramine readily cross the blood–brain barrier and produce central nervous system sedation.[1] This sedative effect underlies the widespread use of these drugs as nonprescriptive treatments for insomnia[2]: first-generation antihistamines constitute the active ingredient in most over-the-counter sleep aids and nocturnal cold remedies. Daytime sedation also represents the principal side effect of these drugs when used to treat symptoms of respiratory tract infections or allergic rhinitis.[3] The second-generation antihistamines, with limited penetration of the blood–brain barrier, produce substantially less sedation and daytime impairment than do the first generation drugs, although daytime sedation may occur at higher doses and may vary with specific drugs.[4]

Despite the availability of nonsedating drugs, use of first-generation H1 antihistamines remains widespread.[5] This use has prompted growing concern about the safety of these drugs in light of evidence that they are associated with significant daytime impairment, particularly that they may adversely affect the ability to drive to a degree comparable with that of alcohol intoxication.[5, 6] In assessing the risk posed by these medications, however, an important issue is the degree to which tolerance develops to the sedative effect. While the clinical impression is that the first-generation antihistamines used to treat insomnia lose hypnotic potency with repeated administration, there are few data on the extent to which daytime sedation and consequent impairment attenuate with repeated exposure. Manning and associates[7] examined this question with a study of the sedative effect of dimenhydrinate, an ethanolamine antihistamine that is metabolized to diphenhydramine and chlorotheophylline.[8] Using subjective measures of sleepiness and a group of psychomotor performance tests, these authors demonstrated modest attenuation of subjective sedation and performance impairment after successive doses of the compound during a single day of drug exposure. The conclusion that the results evidence acute tolerance to the sedative effects of the compound is disputable, however, because of the confounding influence of time of day and the potential for circadian modulation of the sedative effect of diphenhydramine, the stimulant effect of the methylxanthine, or both.[9]

Thus, it remains to be determined whether tolerance

Received August 23, 2001; accepted January 25, 2002.

Address reprint requests to: Gary S. Richardson, MD, Sleep Disorders Clinic and Research Center, Henry Ford Hospital, 2799 W. Grand Blvd, CFP-3, Detroit, MI 48202. Address e-mail to: gsr@attglobal.net

DOI: 10.1097/01.jcp.0000033406.43191.e8

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

Downloaded from http://journals.lww.com/psychopharmacology by HkyT3GuAbvPtG9kr5T9dBnaydTg9OE4x/2wDTRzDVLTdXoOSfieJL9omQmsU5oe/2XuGos6o3t+t3hyWQJAOFWhANKNbxHEeyqGSSrbqOoEaeMVeZWBjKTz2jmulWzG on 11/15/2024

512      J Clin Psychopharmacol, Vol 22/No 5, October 2002                    *Richardson and Associates*

Downloaded from http://journals.lww.com/psychopharmacology by HkyT3GuAbvPtG9kr5T9dBnaydTg9OE4x/2wDTR zDvLTdXoOSfieJL9omQmsU5oe/2XuGos6o3t+i3hyWQJAOFWhANKbxHEeyqSSrbqOoEaeMVeZWBjKTz2jmuIWzG on 11/15/2024

develops to the sedation induced by first-generation H1 antihistamines and, if so, over what time course. This question has relevance to both common applications of these medications, i.e., their use as sedative hypnotics in the treatment of sleep disturbance and, during the day, their use as treatments for allergies and motion sickness. To address this question, we examined the impact of repeated administration of diphenhydramine over the course of 4 days on physiologic measures of sedation and psychomotor performance.

## Methods

Fifteen men age 18 to 50 years were enrolled in this randomized, double blind, placebo-controlled crossover study. Informed consent was obtained from all subjects using procedures and forms approved in advance by the Henry Ford Hospital Institutional Review Board. Subjects were shown to be in good health based on clinical history, physical examination, and routine laboratory tests. Concomitant medication use was not permitted, and subjects were instructed to refrain from caffeine and nicotine consumption for the duration of the study. Urine drug screens (Syva immunoassay, Dade-Behring, Deerfield, IL) for sedatives (barbiturates, benzodiazepines) and other drugs of abuse (amphetamines, opiates, methadone, cocaine, propoxyphene, THC, and PCP) were negative. All subjects reported regular sleep without routine napping, and nocturnal sleep and daytime alertness were normal at baseline, as determined by clinical polysomnography and multiple sleep latency testing (MSLT).[10]

Study medications were placebo or diphenhydramine 50 mg administered at 0900 and 2100 hours on each of 3 days and at 0900 hours on the fourth day. Successive drug conditions were separated by 2 weeks. The order of conditions was randomized.

For the 4 nights of each drug condition, subjects slept in the laboratory from 2300 to 0700 hours. Nocturnal sleep was quantified using actigraphy[11] to insure comparable total sleep time. Daytime dependent measures were collected on the first and fourth days of each condition. These included subjective and objective measures of sleepiness and standard tests of psychomotor performance. Assessment of subjective sleepiness was performed using the Stanford Sleepiness Scale (SSS),[12] an adjective check list in which subjects are asked to identify the group of adjectives (e.g., "active," "vital," "alert," or "drowsy," "fighting sleep") from a numbered list that best describes their level of sleepiness at that time. Objective sleepiness was measured using the MSLT, in which the time required to fall asleep in standard, conducive conditions is measured using standard electrophysiological recording techniques and sleepiness is scored as the inverse of time required to fall asleep. The test is repeated at 2-hour intervals through the day to provide both a time course assessment and an average level of alertness for the day.

Psychomotor performance was measured using a battery of tests that included a simple reaction time task, a complex choice reaction time task, an auditory vigilance task, and the Divided Attention Task (DAT).[13] The DAT represents a second-order measure in that it requires simultaneous attention to three simple psychomotor tasks (central stimulus response time, peripheral stimulus response time, and eye–hand tracking accuracy). It has been proposed as a surrogate for automobile driving performance in previous studies of physiologic sedation.[14] The MSLT and SSS measures of sleepiness were administered at 1000, 1200, 1400, and 1600 hours and the psychomotor performance battery was administered at 1030 and 1430 hours on each testing day.

Statistical analysis was performed using repeated-measures general linear models (GLM, SYSTAT-9; SPSS, Chicago, IL) to demonstrate day-by-drug interactive effects. A higher order model showed no time-of-day interaction, so individual tests and measures on each day were averaged for all subsequent analysis. Hypotheses were tested using contrasts comparing diphenhydramine to placebo on day 1, diphenhydramine to placebo on day 4, and diphenhydramine day 1 to diphenhydramine day 4. Analysis of the DAT included assessment of second-order effects by combining individual measures either as the average of $z$-scores (Avg-$z$) or as the worst $z$-score (Worst-$z$) for each test battery.

## Results

### Sleepiness measures

Data for the MSLT and SSS are summarized in Figure 1. Statistical analysis revealed drug-by-day interactive effects for both the MSLT ($F = 12.08$, $p < 0.005$) and the SSS ($F = 6.25$, $p < 0.03$). Contrasts (Table 1) showed that, on day 1 of treatment, diphenhydramine 50 mg produced significant subjective and objective sedation relative to placebo on both the MSLT and the SSS. On day 4, differences between drug and placebo were no longer appreciable for either measure. The final contrast, diphenhydramine day 1 to diphenhydramine day 4, confirms that the day 4 convergence with placebo was due to a loss of the sedating effect of the drug.

### Performance measures

As with the sleepiness measures, statistical analysis revealed a significant drug-by-day interaction for both composite DAT measures (Table 1) (Avg-$z$, $F = 5.79$, $p < 0.04$; Worst-$z$, $F = 8.07$, $p < 0.02$). While trends for the other performance measures (simple reaction time, complex

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

Downloaded from http://journals.lww.com/psychopharmacology by HkyT3GuAbvPtG9kr5T9dBnaydTg9OE4x/2wDTR zDvLTdXoOSfieJL9omQmsU5oe/2XuGos6o3t1+i3hyWQJAOFWhANKNbxHEeyqQSSrbqQoEaeMVeZWBjKTz2jmulWzG on 11/15/2024





FIG. 1. Multiple sleep latency test (MSLT) results (upper panel) and subjective sleepiness scale (SSS) results (lower panel) for diphenhydramine 50 mg twice daily (hatched bars) and placebo (open bars) on the first (Day 1) and fourth (Day 4) days of administration. Note that plotting of SSS is inverted for consistency with MSLT results.

reaction time, auditory vigilance test) were all in a consistent direction, none showed statistically significant drug-by-day interactive effects, and these measures are not considered further. Within the DAT, only the tracking component showed a statistically significant independent effect ($F = 5.20$, $p < 0.04$). The other components of the DAT showed trends consistent with the effect on tracking. As these components contribute to the composite DAT effect, their analysis is also summarized in Table 1.

Contrasts show that the drug-by-day interaction for the performance measures reflects a significant impairment of performance by diphenhydramine on day 1 of treatment that is lost by day 4. Significant impairment on the first day of treatment was evident in the Worst-$z$ composite DAT score and in the tracking component of the DAT. The Avg-$z$ composite DAT score also showed

impairment on day 1, but this finding did not reach the threshold for statistical significance ($p = 0.058$). By day 4 of treatment, differences between placebo and diphenhydramine were no longer apparent on any of the primary or secondary performance measures. As with the sleepiness measures, the final contrast shows that the convergence of placebo and diphenhydramine on day 4 was due to a significant improvement in performance in the diphenhydramine condition, not to any change in the placebo condition.

## Discussion

These data confirm the clinical impression that tolerance to the sedative action of first-generation H1 antihistamines occurs with continued dosing. Specifically, for diphenhydramine at a dose of 50 mg twice daily, sedative effects that are evident on the first day become indistinguishable from placebo by the end of 3 days of treatment. The tolerance is consistent across both subjective and objective measures of sleepiness and is evident in those measures of psychomotor performance that were sensitive to the sedative effects of diphenhydramine at baseline. This finding is directly relevant to current concerns about side effects of first-generation H1 antihistamines and the risk posed by their capacity for sedation. By extension, although this protocol did not expressly examine once-nightly use as a hypnotic, this finding would also appear to be relevant to the assessment of the efficacy of these compounds in the treatment of insomnia.

An important question not addressed by these data is whether tolerance to the sedative effects is accompanied by tolerance to the peripheral antihistaminic effects. A number of studies have examined the time course of tolerance to the peripheral antihistaminic effect (subsensitivity) for both first-generation and second-generation antihistamines.[15–17] Utilizing different methodologies, these studies do not all agree on whether significant subsensitivity occurs at 21 days or more, but all agree that no significant attenuation of the principal effect of these medications was apparent after 3 to 7 days of continuous use.[18] Thus, if tolerance to the peripheral antihistaminic effect of these drugs occurs, it follows a markedly different time course from that of tolerance to the sedative effect as described here.

While this study did not attempt to address the mechanism whereby tolerance develops, the results narrow the possibilities to some degree. Tolerance to sedation could occur as the result of three distinct mechanisms: (1) behavioral adaptation; (2) altered drug metabolism, e.g., increased clearance; or (3) altered neuropharmacological effect. Of these, the results are least consistent with behavioral adaptation in which sedated subjects

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

Downloaded from http://journals.lww.com/psychopharmacology by HkyT3GuAbvPtG9kr5T9dBnaydTg9OE4x/2wDTR zDvLTdXoOSfiejL9omQmsU5oer2XuGos6o3t1+t3hyWQUAOFWhANKbxHEeyqQSSrbqOoEaeMVeZWBjKTz2jmuIWzG on 11/15/ 2024

514    J CLIN PSYCHOPHARMACOL, VOL 22/NO 5, OCTOBER 2002                                     *Richardson and Associates*

TABLE 1. Summary of dependent measures

| Measure* | Placebo | | Diphenydramine 50 mg | | Main effect¶ | Contrasts** | | |
|---|---|---|---|---|---|---|---|---|
| | Day 1 | Day 4 | Day 1 | Day 4 | Drug × day | Pbo$_1$ vs. Rx$_1$ | Pbo$_4$ vs. Rx$_4$ | Rx$_1$ vs. Rx$_4$ |
| Multiple Sleep Latency Test | $9.03 \pm 5.50$ | $10.34 \pm 6.23$ | $4.72 \pm 4.30$ | $9.93 \pm 5.62$ | 0.004 | 0.001 | 0.690 | 0.001 |
| Stanford Sleepiness Scale | $2.29 \pm 1.19$ | $1.92 \pm 0.82$ | $2.96 \pm 1.20$ | $1.98 \pm 0.91$ | 0.027 | 0.014 | 0.455 | 0.001 |
| Log (DAT − central)† | $-0.28 \pm 0.18$ | $-0.29 \pm 0.18$ | $-0.23 \pm 0.21$ | $-0.28 \pm 0.18$ | 0.118 | | | |
| Log (DAT − peripheral)† | $-0.30 \pm 0.18$ | $-0.30 \pm 0.19$ | $-0.24 \pm 0.23$ | $-0.30 \pm 0.20$ | 0.055 | | | |
| Log (DAT − tracking)† | $1.30 \pm 0.13$ | $1.27 \pm 0.11$ | $1.40 \pm 0.24$ | $1.28 \pm 0.17$ | 0.039 | 0.043 | 0.895 | 0.003 |
| DAT-average $z$‡ | $-056 \pm 0.76$ | $-0.13 \pm 0.70$ | $0.27 \pm 1.00$ | $-0.10 \pm 0.83$ | 0.030 | 0.058 | 0.709 | 0.008 |
| DAT-maximum Z§ | $0.21 \pm 0.90$ | $0.22 \pm 0.85$ | $0.68 \pm 1.09$ | $0.18 \pm 0.96$ | 0.013 | 0.018 | 0.782 | 0.006 |

*Average for all measurements for specified condition/day. All values are mean ± SD.

†Log-transform of mean daily score of Divided Attention Test (DAT).

‡Average of $z$-score for three components of DAT.

§Maximum $z$-score (worst relative performance) for three components of DAT.

¶$p$-Value for interaction effect (drug × day) for repeated measures GLM.

**$p$-Value for specified contrasts.

adjust performance to compensate for impairment secondary to sedation. An example of this mechanism can be seen in subjects treated with benzodiazepines such as flurazepam, with which psychomotor performance improves with sustained treatment but physiologic sedation (on the MSLT) does not.[19] In the case of diphenhydramine, however, both psychomotor performance and physiologic sleepiness return to placebo levels by the end of 3 days of treatment.

Similarly, the second possible mechanism, altered drug metabolism, appears unlikely. While diphenhydramine is metabolized by hepatic P450 glucouronidation,[20] a review of the literature revealed no evidence that sustained exposure to the drug results in clinically significant changes in its kinetics. Moreover, were the half-life of the drug materially changed by 3 days of twice-daily exposure, one would expect a parallel decline in the peripheral antihistaminic effect of the drug. As outlined here, available published data are not consistent with that time course.

It seems most likely that the rapid tolerance to the sedating effect of diphenhydramine occurs via the third mechanism, alteration of its neuropharmacological effect. Within this broad description are multiple possible specific mechanisms involving central histamine or cholinergic neurotransmission or both. Alternatively, the central nervous system availability of the drug, which appears to depend on specific transport systems,[21] could change with sustained exposure. Data to support a role for one or more of these mechanisms are not available at present.

In considering the clinical relevance of these results, it is important to note that this study evaluated a single H1 antihistamine, diphenhydramine, at a single dose in young, healthy men. Other first-generation drugs and those second-generation drugs associated with sedation[22] may exhibit important differences in the extent to which tolerance develops or in the duration of continuous therapy required. Other patient populations, notably the elderly, may not respond to repeated drug exposure in the same fashion. Drug metabolism and other processes underlying habituation may also be different in women.

Finally, the precise dosing regimen used may important to the habituation process. Before these data can be used to guide therapy and limit the risk of daytime impairment, it is necessary to determine whether tolerance is reversed with brief interruptions in therapy such as might occur with regular use of the drug. The relevance of this finding to the use of antihistamines to treat insomnia, for example, would require confirmation that tolerance also develops with a once-daily dosing regimen.

## Acknowledgement

This study was supported by a grant from Kyowa Pharmaceutical.

## References

1. Roth T, Roehrs T, Koshorek G, et al. Sedative effects of antihistamines. J Allergy Clin Immunol 1987;80:94–8.

2. Ancoli-Israel S, Roth T. Characteristics of insomnia in the United States: results of the 1991 National Sleep Foundation Survey, I. Sleep 1999;22[Suppl 2]:S347–53.

3. Roehrs TA, Tietz EI, Zorick FJ, et al. Daytime sleepiness and antihistamines. Sleep 1984;7:137–41.

4. Slater JW, Zechnich AD, Haxby DG. Second-generation antihistamines: a comparative review. Drugs 1999;57:31–47.

5. Weiler J, Bloomfield J, Woodworth G, et al. Effects of fexofenadine, diphenhydramine, and alcohol on driving performance. Ann Intern Med 2000;132:354–63.

6. O'Hanlon JF, Ramaekers JG. Antihistamine effects on actual driving performance in a standard test: a summary of Dutch experience, 1989–94. Allergy 1995;50:234–42.

7. Manning C, Scandale L, Manning EJ, et al. Central nervous system effects of meclizine and dimenhydrinate: evidence of acute tolerance to antihistamines. J Clin Pharmacol 1992;32:996–1002.

8. Scavone JM, Luna BG, Harmatz JS, et al. Diphenhydramine kinetics

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

Downloaded from http://journals.lww.com/psychopharmacology by HkyT3GuAbvPtG9kr5T9dBnaydTg9OE4x/2wDTRzDvLTdXoOSfieJL9omQmsU5oe/2XuGos6o3t1+i3hyWQJAOFWhANKnNbxHEeyq0SStrbqOoEaeMVeZWBjKTz2jmuIWzG on 11/15/2024

following intravenous, oral, and sublingual dimenhydrinate administration. Biopharm Drug Dispos 1990;11:185–9.

9. Miller LS, Lombardo TW, Fowler SC. Caffeine and time of day effects on a force discrimination task in humans. Physiol Behav 1995;57:1117–25.

10. Carskadon MA, Dement WC. The multiple sleep latency test: what does it measure? Sleep 1982;5[Suppl 2]:S67–72.

11. Hauri PJ, Wisbey J. Wrist actigraphy in insomnia. Sleep 1992;15:293–301.

12. Herscovitch J, Broughton R. Sensitivity of the Stanford Sleepiness Scale to the effects of cumulative partial sleep deprivation and recovery oversleeping. Sleep 1981;4:83–91.

13. Moskowitz H. Attention tasks as skills performance measures of drug effects. Br J Clin Pharmacol 1984;18[Suppl 1]:51S–61S.

14. Moskowitz H, Burns MM, Williams AF. Skills performance at low blood alcohol levels. J Stud Alcohol 1985;46:482–5.

15. Bantz EW, Dolen WK, Chadwick EW, et al. Chronic chlorpheniramine therapy: subsensitivity, drug metabolism, and compliance. Ann Allergy 1987;59:341–6.

16. Long WF, Taylor RJ, Wagner CJ, et al. Skin test suppression by antihistamines and the development of subsensitivity. J Allergy Clin Immunol 1985;76:113–7.

17. Roman IJ, Kassem N, Gural RP, et al. Suppression of histamine-induced wheal response by loratadine (SCH 29851) over 28 days in man. Ann Allergy 1986;57:253–6.

18. Kemp JP. Tolerance to antihistamines: is it a problem? Ann Allergy 1989;63:621–3.

19. Roehrs T, Kribbs N, Zorick F, et al. Hypnotic residual effects of benzodiazepines with repeated administration. Sleep 1986;9:309–16.

20. Luo H, Hawes EM, McKay G, et al. N(+)-glucuronidation of aliphatic tertiary amines, a general phenomenon in the metabolism of H1-antihistamines in humans. Xenobiotica 1991;21:1281–8.

21. Goldberg MJ, Spector R, Chiang CK. Transport of diphenhydramine in the central nervous system. J Pharmacol Exp Ther 1987;240:717–22.

22. Mattila MJ, Paakkari I. Variations among non-sedating antihistamines: are there real differences? Eur J Clin Pharmacol 1999;55:85–93.

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

# Exhibit L

*Addiction* (1999) 94(10), 1575–1578

# Letters to the Editor

*The editor welcomes letters on all subjects to the Journal, especially if they discuss or comment on work published in the journal. We will be grateful if authors would follow the instructions in our Guidance to the Authors which can be found at the back of each issue.*

## Misuse of diphenhydramine soft gel capsules (Sleepia®): a cautionary tale from Glasgow

SIR—We report below the outcome of a rapid response to apparent misuse of a soft gel liquid-filled capsule of diphenhydramine (Sleepia®) by patients in Glasgow, both by street drug users and those receiving prescribed methadone.

In mid-May 1997[1] a soft gel liquid-filled capsule containing 50 mg of diphenhydramine (Sleepia®) was launched in Britain by Pfizer Consumer Health Care. The product was marketed as an over-the-counter (OTC) product for use as a sleep aid in occasional sleeplessness. At the time of the launch, Pfizer was quoted as believing that "the move away from the traditional 'little white tablet' would appeal to insomniacs worried about taking medication".[2] To allay concerns, packs were flagged with the phrases "non-habit forming" and "helps restore natural sleep". Sleepia was licensed as a Pharmacy Only (P) medicine.

The product had been used for more than 4 years in the United States without, apparently, any reports of misuse. It received a licence from the Medicines Control Agency on grounds of safety, efficacy and quality that appears to have been uncontested on the grounds that it had already received a licence from the United States Food and Drugs Administration. We understand that the potential for misuse of diphenhydramine was not considered when the licence application was granted. During August 1997 the product was widely advertised on independent television as an aid to sleep.

During July and August 1997, letters to the *Pharmaceutical Journal* expressed concerns about the potential for misuse.[3–5] The Managing Director of Pfizer Consumer Health Care responded to the first two letters by saying that the "sedative action of diphenhydramine is known to be non-addictive and hence the problem of physical dependence does not arise."[6]

In late August 1997, community pharmacists in one particular area of Glasgow started to report requests for excessive quantities of the product by patients on the supervised methadone programme. The requests were for the named product. Other formulations of diphenhydramine were unacceptable to the potential purchasers. In the light of previous experience in the city with temazepam capsules (both as liquid filled and Gelthix® capsules) and the possible link to the high drug overdose mortality,[7] these reports were taken very seriously by prescribers, pharmacists and the Greater Glasgow Health Board.

The city's Drug Crisis Centre (GDCC) and the Glasgow Drug Problem Service (GDPS) were advised of the pharmacists' reports and a letter was sent to the manufacturer expressing concern that a soft gel liquid filled capsule of a sedating antihistamine was being so widely advertised. The initial response from the company to a letter of concern sent to the company in September by two of the authors (LG and KR) was similar to that received by correspondents to the *Pharmaceutical Journal*.[8]

Reports of misuse of the drug by street users at the GDCC included claims that the product was being injected. Anecdotal claims suggested that Sleepia® was replacing temazepam as an injectable "downer" which was cheap and easily available. Encouragingly, the patients did point to the fact that pharmacists were already aware of the abuse potential of Sleepia® and were monitoring its sale, thus making it harder to obtain. One patient reported touring the city to visit different pharmacy outlets in order to reduce suspicion. She reported variable success in

ISSN 0965–2140 print/ISSN 1360-0443 online/99/101575–04 © Society for the Study of Addiction to Alcohol and Other Drugs

Carfax Publishing, Taylor & Francis Limited

Case 2:24-cv-03152-DC-JDP    Document 22-1    Filed 12/23/24    Page 54 of 91

obtaining supplies, 2nd author (KR) did another pharmacist conducted an experiment to see how easy it was to extract the liquid contents from the capsule. Using 25-G, 23-G and 21-G needles it took about 20 seconds to remove the contents from a single capsule. A hole in each end of the capsule slightly reduced the back pressure, making extraction easier. Gauges finer than 25 G made extraction almost impossible.

By the end of September, the Scottish media had become interested in the matter. Pfizer Healthcare then began to realize that there was a genuine concern about the product in Glasgow. Following two visits to the Health Board, where the facts were presented, the company issued a joint statement with the Health Board on 13 October 1997 announcing the withdrawal of the product from the Glasgow area. The wholesale distribution system was such that, in practice, this meant the whole of Scotland. The Health Board's concerns about the misuse potential of Sleepia® were then transmitted to the Scottish Office, the Advisory Council on the Misuse of Drugs and the Medicines Control Agency. In January 1998 Pfizer announced the withdrawal of the product from the United Kingdom market. Following an extensive consultation exercise, the Medicines Control Agency subsequently rescheduled soft gel liquid filled capsules of diphenhydramine to the status of prescription-only medicines (D. Merrington, personal communication).

Diphenhydramine hydrochloride is a sedating antihistamine, which is why there are now several products containing the drug licensed to relieve temporary sleep disturbances. The use of such products is confined to short-term use only, for occasional episodes of sleeplessness caused by well-defined stress.

OTC presentations of diphenhydramine marketed as sleep aids are still available as either tablets or caplets. Sleepia® was the only soft gel liquid-filled presentation. It continues to be available in the United States. In Australia it is available as a "pharmacist-only medicine" as Unisom® SleepGels™. Products with this designation may only be sold personally by a pharmacist. A warning on the outer container advises that the product should only be used "on the advice of your doctor, pharmacist or dentist".

The anti-muscarinic properties of diphenhydramine become more prominent at high doses. These properties may be responsible for the abuse potential of the drug. It is known that anti-muscarinic drugs have been abused to produce euphoric and, sometimes, hallucinogenic effects.[10] It has been postulated that, because opiates, alcohol and cannabis can produce anti-muscarinic like effects, opioid abusers can be particularly sensitive to the anti-muscarinic effects of antihistamines such as cyclizine and there is the possibility of an additive effect.[11] A report by Smith & Davis of the non-medical use of butorphanol and diphenhydramine described users experiencing "a possible 'rush' of exhilaration followed by general stimulation and sometimes hallucinations".[12] Psychological tolerance and mild withdrawal symptoms following a case of massive diphenhydramine abuse and withdrawal from the drug have also been recorded.[13]

Comparisons could be made between the Glasgow experience with diphenhydramine soft gel liquid-filled capsules of diphenhydramine and previous experiences in Glasgow and elsewhere with cyclizine. In 1989 Ruben *et al.*[11] reported on the habitual use of cyclizine by 20 opiate dependants receiving long-term prescriptions for oral methadone. Cyclizine was taken in large doses intravenously with methadone. The reported effects were initially of intense stimulation, often with hallucinations. The authors reported that the duration of the acute effects was estimated by the patients to be up to 6 hours when cyclizine was used in combination with methadone.

Paragraph 1.7 of the British pharmacists' *Code of Ethics* requires them to exercise professional judgement to prevent the supply of unnecessary and excessive quantities of medicines and other products, particularly those which are liable to abuse. Further practice advice in the Royal Pharmaceutical Society's *Medicines, Ethics and Practice Guide* lists a range of products including antihistamines and, specifically, cyclizine preparations which should be sold with care. The advice goes on to state that "almost any substance can be misused and the guidance given … is not exhaustive".[14] From our experience, it does appear that the Glasgow pharmacists remembered previous local experience with the misuse of cyclizine, took note of their professional body's advice and recognized at an early stage the potential misuse of another sedative antihistamine.

During our discussions with Pfizer Healthcare the company claimed that at no stage in the

1360040701999, 10. Downloaded from https://onlinelibrary.wiley.com/doi/10.1080/09652149923686 by Ernesto Alamo - Test, Wiley Online Library on [15/11/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

Case 2:24-cv-03152-DC-JDP Document 22-1 Filed 12/23/24 Page 55 of 91

processing of the licence application for Sleepia by the MCA was the misuse potential of the drug discussed. If true, this would appear to suggest a serious shortcoming in the procedures and skills of expert advice available to the Agency. By definition, any psychoactive drug could have misuse potential. As in the case of both cyclizine and diphenhydramine, the effects of a product at its licensed dosage may not be the same as that at the higher dosages used by drug misusers, or when used in combination with other psychoactive agents such as opiates.

It is encouraging that the withdrawal of Sleepia® was dealt with much more decisively than had been the case with both the liquid- and the gel-filled formulations of temazepam. However, we recommend that liquid-filled soft gel capsules of any psychoactive drug should, in future, be carefully evaluated for misuse potential. In the light of Glasgow's experience with Sleepia, we further suggest that future MCA licensing procedures should be reviewed to include a product's potential for misuse with reference to both its active ingredient and its formulation. One important lesson to be learnt from the Sleepia® incident is that if drugs are available in a readily injectable form, they will be more liable to abuse by injection.

KAY ROBERTS & LAURENCE GRUER
*GGHB Dalian House, PO Box 15327 350,
St Vincent Street, Glasgow G3 8YU, UK*

TOM GILHOOLY
*Parkhead Health Centre, 101 Salamanca Street,
Glasgow G 31, UK*

### References

1. ANONYMOUS (1997) Products: Sleepia capsules, *Pharmaceutical Journal*, 258; 848.
2. ANONYMOUS (1997) COUNTERpoints: Sleepia eyes are drawn to blue capsules, *Chemist and Druggist Magazine* 248, 10.
3. EVERARD, D. L. (1997) Does it have to be made easier, *Pharmaceutical Journal*, 259, 168.
4. GREEN, J. (1997) Do we need diphenhydramine capsules? *Pharmaceutical Journal*, 259, 168.
5. ROBERTS, K. (1997) Diphenhydramine in soft gel capsules, *Pharmaceutical Journal*, 259, 330.
6. MERRINGTON, D. (1997) Response to letters from Everard and Green, *Pharmaceutical Journal*, 259, 16.
7. GILHOOLY, T. (1997) Reduction in use of temazepam is a factor in deaths related to over-dose (Letter), *British Medical Journal*, 315, 1464 and correction 315, 1625.
8. ANONYMOUS (1998) News: five POM-to-P proposals; five Ps revert to POM? *Pharmaceutical Journal*, 260, 840.
9. DILSAVER, S. C. (1988) Antimuscarinic agents as substances of abuse: a review, *Journal of Clinical Psychopharmacology*, 8, 14–22.
10. DE NESNERA, A. P. (1996) Diphenhydramine dependence; a need for awareness, *Journal of Clinical Psychiatry*, 57, 136–137.
11. RUBEN, S. M., MCLEAN, P. C. & MELVILLE, J. (1989) Cyclizine abuse among a group of opiate dependants receiving methadone, *British Journal of Addiction*, 84, 929–934.
12. SMITH, S. G. & DAVIS, W. M. (1984) Nonmedical use of butorphanol and diphenhydramine, *Journal of the American Medical Association*, 252, 1010.
13. FELDMAN, M. D. & BEHAR, M. (1986) A case of massive diphenhydramine abuse and withdrawal from use of the drug, *Journal of the American Medical Association*, 255, 3119–3120.
14. ROYAL PHARMACEUTICAL SOCIETY OF GREAT BRITAIN (1997) Practice Advice 3.3, Substances of misuse, *Medicines, Ethics and Practice: A Guide for Pharmacists*, 18, 95.

### Use of Latin terms for negative symptoms

SIR—In the field of the Addictions, "loss of control" is a "negative symptom; it is the absence of behaviours which the observer would normally expect. Therefore loss of control does not exist! This apparent paradox gives rise to arguments whether or not such a symptom exists.

Clinicians have considerable difficulties in appreciating the conceptual problems of a negative symptom. This may well be more so among the laity. One way out is to use a Latin and or Greek word or phrase to name the negative symptom. We readily use the term "paralysis" to describe the absence of movements that we would normally expect. May I suggest we create a "dog" Latin name for "loss of control"? In Latin we find:

| *Control* | |
| --- | --- |
| Restraint | *frenum* |
| Power | *moderatio* |
| | *potestas* |
| | *imperium* |
| Self- | *temperatia* |
| Out of- | *impotens* |
| *Will* | |
| Faculty | *voluntas* |
| | *animus* |

13600442, 1999, 10, Downloaded from https://onlinelibrary.wiley.com/doi/10.1080/09652149932686 by Ernesto Alamo - Test , Wiley Online Library on [15/1/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

Case 2:24-cv-03152-DC-JDP Document 22-1 Filed 12/23/24 Page 56 of 91

*Drink*

| | |
|---|---|
| Verb | *bibere* |
| | *potare* |
| Noun | *potio* |

I have invented a number of Latinized terms for "loss of control":

*Potimpotent* (may be confused with cannabis use)
*Apotiofrenia*
*Impotobibia*
*Bibimpotent*
*Apotanimus*
*Impotio*
etc.

rather like *impotio* (elision of *impotens* and *potio*), but I am open to any felicitous naming. Hence we could say that, "In his drinking he showed the symptoms of *impotio*, salience, narrowing of repertoire and some signs of the abstinence syndrome".

DAVID MARJOT
*Consultant Psychiatrist,*
*85 The Avenue,*
*Sunbury-on-Thames, Middlesex TW16 5HZ,*
*UK*

13606442, 1999, 10. Downloaded from https://onlinelibrary.wiley.com/doi/10.1080/09652149932686 by Ernesto Alanno - Test , Wiley Online Library on [15/11/2024]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

# Exhibit M

SYSTEMATIC REVIEW
published: 07 May 2021
doi: 10.3389/fpsyt.2021.657397



# Focus on Over-the-Counter Drugs' Misuse: A Systematic Review on Antihistamines, Cough Medicines, and Decongestants

Fabrizio Schifano[1], Stefania Chiappini[1,2]*, Andrea Miuli[2], Alessio Mosca[2], Maria Chiara Santovito[2], John M. Corkery[1], Amira Guirguis[3], Mauro Pettorruso[2], Massimo Di Giannantonio[2] and Giovanni Martinotti[2]

[1] Psychopharmacology, Drug Misuse and Novel Psychoactive Substances Research Unit, School of Life and Medical Sciences, University of Hertfordshire, Hatfield, United Kingdom, [2] Department of Neuroscience, Imaging and Clinical Sciences, "G. D'Annunzio" University, Chieti, Italy, [3] Swansea University Medical School, Institute of Life Sciences 2, Swansea University, Swansea, United Kingdom

**OPEN ACCESS**

**Edited by:**
Nicolas Simon,
Aix Marseille Université, France

**Reviewed by:**
Nicolas Franchitto,
Université Toulouse III Paul
Sabatier, France
Oussama Kebir,
Institut National de la Santé et de la
Recherche Médicale
(INSERM), France

**\*Correspondence:**
Stefania Chiappini
stefaniachiappini9@gmail.com

**Specialty section:**
This article was submitted to
Addictive Disorders,
a section of the journal
Frontiers in Psychiatry

**Received:** 22 January 2021
**Accepted:** 15 March 2021
**Published:** 07 May 2021

**Citation:**
Schifano F, Chiappini S, Miuli A,
Mosca A, Santovito MC, Corkery JM,
Guirguis A, Pettorruso M, Di
Giannantonio M and Martinotti G
(2021) Focus on Over-the-Counter
Drugs' Misuse: A Systematic Review
on Antihistamines, Cough Medicines,
and Decongestants.
Front. Psychiatry 12:657397.
doi: 10.3389/fpsyt.2021.657397

**Background:** Over the past 20 years or so, the drug misuse scenario has seen the emergence of both prescription-only and over-the-counter (OTC) medications being reported as ingested for recreational purposes. OTC drugs such as antihistamines, cough/cold medications, and decongestants are reportedly the most popular in being diverted and misused.

**Objective:** While the current related knowledge is limited, the aim here was to examine the published clinical data on OTC misuse, focusing on antihistamines (e.g., diphenhydramine, promethazine, chlorpheniramine, and dimenhydrinate), dextromethorphan (DXM)- and codeine-based cough medicines, and the nasal decongestant pseudoephedrine.

**Methods:** A systematic literature review was carried out with the help of Scopus, Web of Science databases, and the related gray literature. For data gathering purposes, both the Preferred Reporting Items for Systematic Reviews and Meta-analyses (PRISMA) and PROSPERO guidelines were followed (PROSPERO identification code CRD42020209261).

**Results:** After completion of the selection, eligibility, and screening phases, some 92 articles were here taken into consideration; case reports, surveys, and retrospective case series analyses were included. Findings were organized according to the specific OTC recorded. Most articles focused here on DXM ($n = 54$) and diphenhydramine ($n = 12$). When specified, dosages, route(s) of administration, toxicity symptoms (including both physical and psychiatric ones), and outcomes were here reported.

**Conclusion:** Results from the systematic review showed that the OTC misusing issues are both widespread worldwide and popular; vulnerable categories include adolescents

Case 2:24-cv-03152-DC-JDP    Document 22-1    Filed 12/23/24    Page 59 of 91

and young adults, although real prevalence figures remain unknown, due to a lack of appropriate monitoring systems. Considering the potential, and at times serious, adverse effects associated with OTC misusing issues, healthcare professionals should be vigilant, and *ad hoc* preventative actions should be designed and implemented.

**Keywords: drug abuse, drug misuse, prescription drug misuse, pharming, drug diversion, over the counter drug misuse, addiction, OTC**

## INTRODUCTION

Since generally being considered safe, over-the-counter (OTC) medicines are available without a prescription and can be purchased directly from related pharmacies/stores (1, 2). OTC medicines are meant to treat a variety of illnesses and symptoms, including pain, coughs and colds, diarrhea, nausea, etc. OTC availability, while encouraging self-care, has contributed to a public perception of safety and a lack of awareness relating to their potential for misuse, dependence, and harm (3–6). Indeed, some OTC medicines have active ingredients possessing a misusing potential at higher-than-recommended dosages (7) and are becoming increasingly popular for the possibility of their diversion in order to reach central psychoactive effects (8–11). Currently, there is minimal information about the prevalence of OTC misuse, abuse, and dependence (8–10, 12). Indeed, current lack of knowledge may partly be due to poor sales' monitoring because of OTCs' favorable legal status. However, the so-called "pharming" phenomenon (13–15) has been requiring attention at different levels because of increased treatment admissions, dangerous behavior, more emergency room visits, drug-related deaths, and overdoses (11, 16, 17). Most implicated drugs include certain cough suppressants, sleep aids, and antihistamines, which can at times be ingested in combination with remaining recreational psychotropics and/or prescription drugs and/or alcohol (17, 18). Overall, the misuse of OTC drugs is considered as more socially acceptable, less stigmatizing, and safer than the intake of illicit substances, also due to their likely lack of detection in standard drug screens (16). OTC drugs' intake may involve snorting or injecting the crushed tablets' powder to amplify the effects of a drug or ingesting these molecules for a purpose different from the therapeutic one. This may be the case for dextromethorphan (DXM) and codeine-based cough mixtures, being possibly misused at high dosages for recreational or euphoric effects; conversely, loperamide is at times being ingested for self-medicating withdrawal symptoms (7, 16, 18–20). OTC misuse has also been associated with notable drug interactions, physical and mental health effects, individual variation in responses, and significant socioeconomic impact for the users, their family, and the wider community (13–15). Currently, most OTC misusing data are obtained through clinical records (e.g., case reports and case series) and surveys.

### Aims of the Study

Thus, the current review aimed at (i) examining the current literature on the misuse of OTC drugs, focusing on the following OTCs: among antihistamines, diphenhydramine (DPH), promethazine, chlorpheniramine, and dimenhydrinate (DH);

DXM- and codeine-based cough medicines; and the nasal decongestant pseudoephedrine; (ii) illustrating patterns of OTCs' misuse, psychopathological effects, and harms associated; and (iii) better understanding the psychotropic molecular mechanisms underlying their recreational use.

## METHODS

### Systematic Review Procedures

A systematic electronic search was conducted from October 2020 to December 2020 and was set without a timeframe on the following scientific search engines: PubMed, Scopus, and Web of Science (WoS). The gray literature was also checked for relevant information. The following search strategies were used, respectively, in PubMed: ("diphenhydramine" OR "promethazine" OR "chlorpheniramine" OR "dimenhydrinate" OR "dextromethorphan" OR "pseudoephedrine" OR codeine-based cough medicines) AND ("abuse" OR "misuse" OR "craving" OR "addiction") NOT review NOT (animal OR rat OR mouse) NOT "*in vitro*;" in Scopus: [TITLE-ABS-KEY ("Diphenhydramine") OR TITLE-ABS-KEY ("Promethazine") OR TITLE-ABS-KEY ("Chlorpheniramine") OR TITLE-ABS-KEY ("Dimenhydrinate") OR TITLE-ABS-KEY ("Dextromethorphan") OR TITLE-ABS-KEY ("Pseudoephedrine") OR TITLE-ABS-KEY (codeine-based cough medicines) AND TITLE-ABS-KEY ("Abuse") OR TITLE-ABS-KEY ("Misuse") OR TITLE-ABS-KEY ("Craving") OR TITLE-ABS-KEY ("Addiction") AND NOT TITLE-ABS-KEY (Review) AND NOT TITLE-ABS-KEY (animal) OR TITLE-ABS-KEY (rat) OR TITLE-ABS-KEY (mouse) AND NOT TITLE-ABS-KEY ("*in vitro*")]; and WoS: ("diphenhydramine" OR "promethazine" OR "chlorpheniramine" OR "dimenhydrinate" OR "dextromethorphan" OR "pseudoephedrine" OR codeine-based cough medicines) AND ("abuse" OR "misuse" OR "craving" OR "addiction") NOT Review NOT (animal OR rat OR mouse) NOT "*in vitro*." The systematic review was structured in accordance with the Preferred Reporting Items for Systematic Reviews and Meta-analyses (PRISMA) (21) and PROSPERO guidelines (22). All data collected were tabulated on an Excel sheet to enable easy comparison and analysis.

### Data Synthesis Strategy

The selection and eligibility phase of the articles was carried out by three independent reviewers (AM, AMo, and MCS), who screened articles based on title and abstract; the first screening was followed by full text reviews, using predetermined criteria for inclusion and exclusion. Eligible articles were

considered if the published studies met all the following criteria: (i) original articles (open-label or double-blind trials, prospective or retrospective observational studies, case series and case reports); (ii) studies involving all age individuals misusing the OTC drugs selected. There were no other restrictions on the type of study population or publication time period. Exclusion criteria were as follows: (i) nonoriginal research articles (e.g., review, letter, commentary, editorial, book chapter, professional or clients' opinions); (ii) non full-text articles (e.g., meeting/conference abstracts); (iii) languages other than English; (iv) animal/*in vitro* studies; (v) articles mentioning OTC drugs only as an example in the context of OTC drugs misuse; and (vi) articles not dealing with the misuse of the OTC drugs selected (e.g., DPH, promethazine, chlorpheniramine, and DH; DXM- and codeine-based cough medicines; and pseudoephedrine). Individual studies were also manually searched to identify additional citations. A final, between reviewers, cross-check was carried out, supervised by SC and MP, with both doubtful cases and possible inclusion/exclusion disagreements resolved through discussion with GM, MDG, and FS.

## Protocol and Registration

Current research methods were approved by PROSPERO (identification code CRD42020209261).



**FIGURE 1 |** PRISMA flow diagram.

## Risk of Bias

The assessment of risk of bias was made in accordance with the Cochrane risk of bias 2 (RoB 2) tool (23).

## RESULTS

In removing duplicate articles (*n* = 566) from a total of 2,136 papers (PubMed = 393; Scopus = 1,372; WoS = 362; additional sources = 9), some 15,70 records resulted to be relevant for screening. Those considered not relevant to the subject while considering both the title and the abstract (*n* = 1,103; e.g., animal/*in vitro* studies; articles only mentioning OTC drugs, or not regarding OTC misuse/abuse, or not giving a clear description of related symptoms), those not written in English (*n* = 136), and those that were non-original articles (*n* = 87) were eliminated. Out of the 244 remaining full-text articles assessed for eligibility, some 125 papers did not match the inclusion criteria and 27 were not available. Hence, 92 articles were taken into consideration and properly analyzed (**Figure 1**). Findings were organized according to the specific OTC recorded, reported in alphabetical order in **Supplementary Table 1**; conversely, the most relevant characteristics of the misusing potential of the range of OTC drugs commented are summarized in **Table 1**.

## Dextrometorphan

DXM resulted to be the most reported misused drug, with *n* = 54 related papers having been here identified (**Supplementary Table 1**). Indeed, it was recorded in two retrospective studies (24, 25), in 10 case series (26–35), and in several case reports (24, 25, 36–77). Most represented users were male adolescent and young adults; DXM was mostly used alone (28, 36, 37, 40, 44, 45, 54, 57, 66) or in DXM-containing cough mixtures (26, 29, 30, 39, 41, 42, 47, 50, 52, 53, 62, 64, 68, 71, 72, 74, 76). Concomitant drugs included both licit and illicit substances, such as alcohol (25, 30, 31, 35, 52, 53, 55, 60, 71, 76); cannabis (25, 31, 35, 48, 60); sedatives drugs, e.g., benzodiazepines (35); diethylamide lysergic acid (LSD) (35); opioids, e.g., morphine, heroin (25, 35, 54); ecstasy (35); cocaine (35); and phencyclidine/ketamine (34, 35). Dosages varied among cases, up to super-high dosages (up to 4,920 mg) (31, 35, 36, 61). The only route of administration (ROA) here recorded was the oral one. Autonomic (e.g., mydriasis, tachycardia, palpitations) (30, 33, 35, 42, 44, 46, 47, 51, 67, 70, 71), gastrointestinal (32, 35, 42, 47), neurological [e.g., amnesia, nystagmus, ataxia, seizures, and dystonia; (24, 26, 29, 30, 32, 34, 35, 39, 43–46, 49, 51–53, 56, 59, 67)], and psychiatric symptoms, such as euphoria, agitation/irritability, confusion, hallucinations, and delusions, have been recorded (24, 25, 27–31, 33–38, 40–50, 52–54, 56, 58, 60, 61, 63, 66, 67, 70–74, 76). DXM misusers' psychiatric history frequently included alcohol and substance use disorders (SUD) (25–27, 29, 31, 32, 34–37, 40, 43, 45–48, 50, 53, 55–62, 64–67, 69, 76), mood disorders (29, 31, 32, 35, 37, 38, 41, 46, 56–65, 67, 68, 71), and schizophrenia (37, 53, 69). Regarding the outcome, most cases required hospitalization with supportive treatments and antipsychotics [e.g., haloperidol (43, 47, 71, 73, 75)], risperidone

(74), and olanzapine (54, 61) administration. A DXM-related suicide has been recorded (31).

## Chlorpheniramine and Codeine

Chlorpheniramine and codeine were recorded as having been misused in two papers (respectively, 68 and 69), as constituents of BRON, a Japanese codeine-based cough suppressant, together with methyl-ephedrine and caffeine (78, 79). BRON abuse has been associated with both psychotic/affective symptoms and dependence/withdrawal issues (78). Moreover, a case of severe intoxication of a codeine-based cough mixture determining a respiratory acidosis and requiring hospitalization was recorded (80) (**Supplementary Table 1**).

## Dimenhydrinate

DH misuse was described in eight articles (**Supplementary Table 1**), including five case reports (81–85) and three case series (86–88), mostly involving adults or adolescents (88). Most important psychiatric comorbidities described were represented by mood disorders (82, 84), SUD (83–87), and schizophrenia (85, 87). Massive dosages, up to 5,000 mg, of DH have been recorded in a few cases (84, 85, 87). DH administration was always oral, except for one case where the molecule was administered intramuscularly in association with opiates and benzodiazepines (83). The symptoms recorded ranged from recreational stimulating effects (87) to emotional lability, agitation, anxiety, and drug-induced delirium with paranoia, thought incoherence, and visual/auditory hallucinations (81, 86). The physical effects reported were mild and included mydriasis, tachycardia, hypertension, flushing, restlessness, dystonic reactions, and ataxia (81, 82, 84–86, 88), while one case reported generalized seizures (87). Withdrawal symptoms have been recorded after the abrupt interruption of chronic use and included irritability, anxiety, and craving (82, 84, 87). When reported, treatment was almost supportive (81–83, 85, 88); in two cases, benztropine was required to treat dyskinesia and related movement, muscle control, and balance symptoms (81, 84).

## Diphenhydramine

DPH misuse was reported in 12 articles, including 10 case reports (17, 89–97); the remaining two included, respectively, a case series (98) and a retrospective review study (99) (**Supplementary Table 1**). Apart from the retrospective review study focusing on all Mandrax® (DPH + Methaqualone) abuse cases (*n* = 67, male) retrieved from the United States (US) Army during January–June 1972, users were here mostly represented by female (F/M, 9/6). A high number of users were adolescents, aged between 13 and 18 years (17, 94, 96–98). Reported psychiatric comorbidities mostly included SUD (17, 89–92, 95), schizophrenia/psychotic symptoms (89, 91, 92), and mood disorders (17, 90, 91). DPH was taken in most cases orally, but both intramuscular (IM) (90) and intravenous (IV) (96–98) administrations were reported as well. Super-high dosages were recorded, up to 2,000 mg daily (91–93, 98). In a few cases, DPH was misused together with alcohol (91, 99), lorazepam (98), and cannabis (99).

**TABLE 1 |** Drug classification and main characteristics of misuse of the selected OTC drugs.

| Drug/drug classification | Administration path | Mechanism of action | Effects | Does it cause dependence? | Street names and brand names |
|---|---|---|---|---|---|
| Chlorpheniramine (antihistamine) | Oral | • Chlorpheniramine acts primarily as a potent H1 antihistamine drug<br>• Moderate anticholinergic activity<br>• Chlorpheniramine has been found to act as a serotonin reuptake inhibitor | • ACUTE EFFECTS: *psychiatric effects:* (i) sedating and anxiolytic properties; (ii) its abuse has been related to pleasurable feelings such as euphoria and stimulating effects; (iii) it may be associated with psychotic symptoms in predisposed individuals (e.g., people with mental illnesses or individuals concomitantly abusing other drugs)<br>• CHRONIC EFFECTS: dependence | • Drug dependence is recorded after long-term use<br>• Withdrawal symptoms, including excessive irritability, anger outbursts, insomnia, sweating, and craving | "Triple c" refers to Coricidin® cough and cold tablets; the combination of codeine, methyl ephedrine chlorpheniramine, and caffeine is marketed as Bron®; Panadol® is a combination of chlorpheniramine, paracetamol and pseudoephedrine; Advil® includes ibuprofen, chlorpheniramine and phenylephrine; other brand names: Polaramine®, Chlortrimeton® |
| Codeine (opioid) | Oral, IV | • It is a selective agonist of the mu-opioid receptor; it is a natural isomer of methylated morphine, requiring metabolic activation by O-demethylation to morphine by CYP2D6 | • ACUTE EFFECTS: *psychiatric effects:* euphoria, elation, analgesia, calmness; *physical effects:* respiratory depression, extreme somnolence progressing to stupor or coma, skeletal muscle flaccidity, cold and clammy skin, and sometimes bradycardia and hypotension. The triad of coma, pinpoint pupils, and respiratory depression is strongly suggestive of opiate poisoning. In severe overdosage, death may occur<br>• CHRONIC EFFECTS: dependence | • Codeine has an identified abuse liability potential, given its effect and development of tolerance within a short timeframe on regular or excessive use<br>• Codeine-dependence was here recorded, and associated with daily use of codeine | Street names: "Captain Cody," "Cody," "Little C," "Schoolboy," "Doors & Fours." Common brand names for codeine and codeine containing combinations: Aspalgin® for aspirin and codeine; Nurofen Plus® for ibuprofen and codeine; Panadeine Forte® for paracetamol and codeine |
| Dextromethorphan (DXM) (non-competitive NMDA receptor antagonist and sigma 1 agonist antitussive) | Oral; IV and IN use also recorded in misuse cases | • At high doses, acting as a NMDA receptor antagonist, DXM and its potent metabolite dextrorphan inhibit the excitatory amino acid and neurotransmitter glutamate, causing hallucinogenic and dissociative states<br>• DXM also exhibits binding activity at serotonergic receptors | • Neurobehavioural effects begin within 30–60 min of ingestion and persist for approximately 6 h<br>• They are dose-related, starting from a mild to moderate stimulation with restlessness and euphoria (100–200 mg), to a state characterized by hallucinations, paranoia, perceptual distortions, delusional beliefs, ataxia, and out-of-body experiences (>1,000 mg)<br>• ACUTE EFFECTS: (i) *psychiatric effects*: euphoria, altered mental status, mania, mood lability, irritability, dysphoria, insomnia; (ii) *physical effects*: tachycardia, hypertension, vomiting, mydriasis, diaphoresis, nystagmus, dystonia, loss of motor coordination;<br>• CHRONIC EFFECTS: (i) toxic psychosis and cognitive deterioration; (ii) folate deficiency and neuropathy; (iii) since DXM is produced as the crystalline hydrobromide salt, bromism is a rare consequence that has been identified in heavy chronic abusers of DXM (neurotoxic effects, resulting in somnolence, psychosis, seizures, and delirium | • Although DXM is not thought to have addictive properties, its chronic use might determine addiction due to GABAergic/antiglutamatergic mechanisms, including substance-taking compulsive behaviors, tolerance, and autonomic withdrawal symptoms<br>• EMCDDA: regarded as NPS | Street names: "Bromage," "Brome," "Candy," "Dex," "Dextro," "DM," "Drex," "DXM," "Red Devils," "Robo," "Rojo," "Skittles," "Triple C," "Tussin," "Velvet," and "Vitamin D," "Poor Man's Ecstasy"; the practice of using large amounts of DXM to achieve psychoactive effects is known as "robotrippin." Common brand names are: Balminil DM®, Benylin DM®, Bronchophan®, Buckleys D®, Calylin #1, Delsym®, Koffex DM®, Novahistex DM®, Robitussin® |

*(Continued)*

Frontiers in Psychiatry | www.frontiersin.org

Schifano et al.

**TABLE 1 |** Continued

| Drug/drug classification | Administration path | Mechanism of action | Effects | Does it cause dependence? | Street names and brand names |
|---|---|---|---|---|---|
| Diphenhydramine (DPH) (antihistamine moiety of dimenhydrinate/DH) | Oral; IV and IN use also recorded in misuse cases | • It is a first generation H1-antihistamine<br>• Diphenhydramine also acts as a potent anticholinergic agent<br>• It can acutely block the cell membrane pump mechanism of central 5-hydroxytryptophane and peripheral noradrenaline neurons | • ACUTE EFFECTS: (i) *psychiatric effects*: euphoria, altered mental status, hallucinations, and/or psychosis; (ii) *physical effects*: tachycardia, xerostomia, mydriasis, blurred vision, ileus, urinary retention, CNS depression, agitation, and hyperactivity<br>• CHRONIC EFFECTS: dependence | • Reported cases of DPH dependence have resulted from usage of large doses (often over 1,000 mg per day) over periods of months or years. Withdrawal symptoms include craving, worsening of insomnia, rhinorrhoea, nausea, irritability, restlessness, abdominal cramps, sweating, and diarrhea. Gradual tapering has been the only described detoxification treatment plan | Different brand names, including Benadryl®, Dimedrol®, Daedalon®, Sominex®, Unisom® and Nytol® |
| Promethazine (antihistamine) | Oral | • It is a phenothiazine derivative and a H1 receptor antagonist; It also acts as a direct antagonist at muscarinic (M1) and dopamine (D2) receptors. It is classified as a first-generation antihistamine molecule which easily penetrates the blood-brain barrier and is associated with adverse effects such as sedation | • ACUTE EFFECTS: from mild sedation and CNS depression to profound hypotension, respiratory depression, unconsciousness, and sudden death; overdosage might determine an antimuscarinic delirium, agitation and neuroleptic malignant syndrome<br>• it can be used to enhance effects of other co-ingested substances, e.g., opioids<br>• CHRONIC EFFECTS: NR | • EMCDDA: regarded as NPS<br>• Dependence might develop after long-term use of promethazine cough mixtures (containing opioids) | Promethazine mixed with a soft drink and/or alcohol is known as "purple drank," "lean," "syzzurp," "Texas tea"; Phenergan® and Phenadoz® are common brand names |
| Pseudoephedrine (decongestant) | Oral; IV use also recorded in misuse cases | • Sympathomimetic properties, exerting a stimulating action on alpha, beta1-, and beta2-adrenergic receptors | • ACUTE EFFECTS: stimulant effects, e.g., euphoria, insomnia, diminished sense of fatigue, anorexia, and accelerated thinking; psychotic symptoms with auditory and visual hallucinations, persecutory delusions, fear, disorganized behavior might develop after high-dose consumption<br>• CHRONIC EFFECTS: dependence | • Dependence might be developed after long-term use<br>• Withdrawal symptoms include: dysphoria, restlessness, abnormal perceptions<br>• Due to the possibility to be used to manufacture the class A controlled drug methylamphetamine, restrictions have been in place in the UK to manage the risk of products containing pseudoephedrine and ephedrine; in the US, a prescription is not needed in most States, and in remaining States there are limits on how much an adult subject can buy each month | "Chalk," "Crank," "Meth," "Speed"; 'Russian Cocktail' includes pseudoephedrine consumed together with potassium permanganate and acetylsalicylic acid diluted in water; common brand names: Sudafed®, Nexafed®, Zephrex-D®; Claritin® includes pseudoephedrine and loratadine |

*CNS, central nervous system; DH, Dimenhydrinate; DPH, Diphenhydramine; EMCDDA, European Monitoring Centre for Drugs and Drug Addiction; GABA, Gamma-Amino-Butyric Acid; H, Histamine; IN, Intranasal; IV, Intravenous; NMDA, N-Methyl-D-Aspartate; NPS, New Psychoactive Substance; OTC, Over-The-Counter; 5-HT, Serotonin.*

A polydrug overdose (e.g., DH together with bupropion, citalopram, acetaminophen, omeprazole, and naproxen) was recorded (94). DPH recreational use was associated with relaxation, calmness, and sleep improvement (90, 92, 96, 98, 99). Acute intoxication was associated with psychotic symptoms, psychomotor agitation, restlessness, and disorientation (89, 92–96, 98, 99). Withdrawal, consisting in both physical (e.g., bowel and bladder incontinence, hypertension, hypertonia, and extrapyramidal symptoms) and psychological (e.g., anxiety, irritability, rebound insomnia, and craving) symptoms have been recorded (17, 89, 90, 92, 95, 98, 99). DPH-induced intoxication was associated with signs and symptoms of anticholinergic toxicity, such as fever, mydriasis, flushed skin, dry mouth, dry eyes, decreased sweating, urinary retention, and dyskinesia (92–94, 98). A severe toxicity case was associated with cardiac conduction abnormalities and increased QT interval (90). On-drug cases of violent behavior, including suicide, have been reported (97, 99). Treatment required hospitalization and supportive care; drugs used were antipsychotics, such as fluphenazine and quetiapine, benzodiazepines, and benztropine (89, 90, 92, 93).

## Promethazine

A few papers recorded here the misuse of promethazine; a retrospective analysis of data from the American Association of Poison Control Centres (AAPCC) National Poison Data System (NPDS) from January 2002 to December 2012 reported 354 promethazine intentional misuse/abuse cases (100) (**Supplementary Table 1**). All cases involved adolescents and young adults who misused promethazine orally. In most cases (n = 259) promethazine abuse was associated with other substances, such as DXM, codeine, phenylephrine, pseudoephedrine, caffeine, etc. Intoxication symptoms ranged from mild to severe effects, up to seizures and coma, but no fatalities have been reported. Agitation, confusion, slurred speech, and hallucinations were described as well. Promethazine-alone abuse cases were mostly managed in healthcare facilities, while promethazine in coformulation mostly required emergency department (ED) care management (100). Moreover, further cases of nonmedical use of promethazine were here identified from (i) the Danish Poison and Information Centre (DPIC) and related registers used within the State Serum Institute of Denmark (SSI) (101); (ii) a prospective database of poisoning admissions (January 1987-May 2007) to a UK regional toxicology service (102); and (iii) a prospective study regarding patterns of misuse of heroin injectors (103). Drug-induced delirium was the most represented psychiatric effects; this was managed with antipsychotics and benzodiazepines (101, 102). Interestingly, the use of promethazine injection in opioid users was reported as a substitute for heroin or to increase the effects of an inadequate heroin dosing (103). A case of drug-induced delirium deriving from the coingestion of high-dose promethazine, cyproheptadine, and fluvoxamine in a young girl was recorded (104). Finally, a case of promethazine dependence and withdrawal after 2-year continuing use of a promethazine–cough mixture was described (105).

## Pseudoephedrine

Seven articles, including six case reports (106–111) and one case series (112), described the misuse of pseudoephedrine (**Supplementary Table 1**). Cases mostly involved male adults (age range, 18–45 years) (F/M, 3/7) suffering from mood disorders (107, 109–111). One paper recorded an SUD [e.g., alcohol, cannabis, and heroin; (112)]. Massive dosages [e.g., 3,000–4,500 mg of pseudoephedrine/day; (107)] and IV administrations (108, 111, 112) have been associated with the misuse of pseudoephedrine. Physical symptoms associated with pseudoephedrine high dosage ingestion included stimulating effects such as decreased appetite, dry mouth, palpitations (106, 107, 112), and motor symptoms [e.g., gait and balance disorder, postural instability, generalized dystonia, hypokinesia, bradykinesia, psychomotor retardation; (106–108, 112)]. Pseudoephedrine effects were dose dependent and ranged from euphoria, insomnia, diminished sense of fatigue, and accelerated thinking, to psychotic symptoms with auditory and visual hallucinations, persecutory delusions, fear, and disorganized behavior (106, 109–111). Withdrawal symptoms have been recorded after the abrupt interruption of the long-term use (106, 107). Some cases required hospitalization and treatment with antipsychotics, e.g., haloperidol (106, 109–111); benzodiazepines (108); and antidepressants, e.g., amitriptyline (106, 108). No fatalities have been recorded.

## DISCUSSION

This systematic review has illustrated a range of both themes and data regarding the misuse/abuse of some selected OTC drugs, including DXM, DPH, DH, codeine-based cough syrups, promethazine, and pseudoephedrine. Their misuse potential may be particularly significant in adolescents and young adults (10, 12, 113). OTC recreational intake appeared to be associated with high/very high dosages (17, 27, 30, 31, 35, 36, 40, 42, 45, 46, 55, 58, 61, 66, 76, 79, 84, 85, 88, 90–93, 104, 107, 114); idiosyncratic routes of administration (e.g., snorting; IM; IV; 39, 69, 88–90, 100, 103); and associated with ingestion of both licit [e.g., alcohol, prescription opioids, benzodiazepines, other OTCs; (25, 35, 49, 52–55, 60, 61, 72, 76, 83, 91, 94, 99, 101, 102)] and illicit (e.g., cannabis, cocaine, ketamine, etc.) drugs (30, 31, 34, 35, 48, 58, 60, 61, 88, 99). OTC drugs were obtained by various means (8–11), including family and friends (63), multiple doctor prescriptions (27, 36, 63, 90, 93), illegal online pharmacies/shops (36, 42, 70, 77), and theft/burglary from hospitals, residences, and pharmacies (27, 105, 110). DXM pills named "Snurf" were also reported to have been acquired online and in having been marketed as a legal high (70).

Overall, two main populations of OTC misusers were identified (11): (a) patients already suffering from a health condition and/or a psychiatric disorder who became dependent on their prescription/OTC drugs due to prolonged/high-dosage use (115), e.g., DXM-based cough mixtures started for sinusitis, cough, nasal congestion, and then continued for years at higher dosages (27, 58). Other examples have included DH prescribed for emesis in pregnancy and then continued for

12 years at a higher dosage without a prescription (82), DPH use initiated to assist with initial insomnia and then continued for 6 months up to 1,600 mg daily (92), and pseudoephedrine self-administered to lose weight then causing addiction (106); (b) individuals, including substance abusers, not in treatment for a medical disorder or illness who may have started to misuse/abuse with OTC medications for recreational purposes (36, 40, 43, 45, 70, 116).

Out of a total of $n = 185$ OTC misusers described in case reports/series surveys (24, 25, 77, 78, 99–103), male subjects were the most represented (F/M = 51/134), with an SUD history having been recorded in 53 of them (53/185 = 28.6%). A range of psychiatric diagnoses were reported (45/185 misusers, 24.3%), including mood disorders (e.g., bipolar disorder, depression, dysthymia; $N = 26$), anxiety disorders (e.g., adjustment disorder, anxiety; $N = 5$), psychotic disorders (e.g., schizoaffective disorder, schizophrenia, psychosis, delusional disorder; $N = 11$), attention deficit and hyperactivity disorder (ADHD, $N = 1$), eating disorders (e.g., bulimia; $N = 1$), and personality disorders (e.g., dependent disorder; $N = 1$). Regarding the outcome, most cases recorded were associated with a full recovery after hospitalization, with treatment having been either supportive (32, 44–46, 65) or symptomatic, with the latter consisting of benzodiazepines and antipsychotics (25, 27, 28, 43, 47, 49, 51, 54, 61, 67, 68, 71, 73–75, 79, 111, 115). A full detoxification procedure was recorded in cases of dependence and withdrawal (17, 82, 92, 95, 98, 105, 107, 109, 115); examples included buprenorphine 2 mg/day to treat a sudden opiate (codeine) withdrawal symptoms (114), naltrexone as a relapse prevention agent for DXM dependence (63), and topiramate for DXM craving (56). Some cases required specific actions in the Emergency Unit (80). Finally, it has been suggested here that drug use treatment would benefit from counseling, behavioral therapies support, and rehabilitation treatment to better overcome drug craving (11, 18, 27, 28, 34, 36, 46, 48, 53, 59, 60, 78, 84, 110, 117). OTC-related fatalities were here related to either cases characterized by unusually high dosages (24, 31, 96) or to suicide/self-aggression (31).

The cough-suppressant DXM resulted here to be the most popular OTC being misused (**Supplementary Table 1**) due to its dose-dependent sedative, dissociative, and stimulant properties (16, 118–120). Indeed, DXM psychotropic effects are mostly related to its active metabolite dextrorphan, which, if used in large dosages, is able to antagonizes N-methyl-D-aspartate (NMDA) receptors, hence modulating the excitatory neurotransmission; this results in the production of specific dissociative, ketamine-like, experiences (19, 25, 31, 56, 118–121) (**Supplementary Table 1** and **Table 1**). The effects depend upon several factors, such as an individual's CYP2D6 subtype, body weight, as well as the degree of tolerance to DXM, and the concomitant use of other CYP2D6 substrates, including antidepressants (fluoxetine, fluvoxamine, nefazodone, paroxetine, sertraline, venlafaxine), antipsychotics (clozapine, haloperidol, risperidone, thioridazine), β-blockers (atenolol, metoprolol, propranolol), antiarrhythmics, and opioid analgesics (codeine, tramadol, and methadone), which may decrease the rate of DXM metabolism, resulting in a DXM

intoxication (13, 19, 47, 121, 122). Due to DXM catabolism by repeated demethylation, which may lead to abnormal folate demands for methyl group transfer, a folate deficiency has been described in association with chronic DXM use (26, 39, 122). In addition, dental caries cases were associated with the high syrup content of cough mixtures (26). Although DXM is not thought to have addictive properties, with chronic use, vulnerable individuals may rapidly develop tolerance, dependence, and withdrawal (35, 36, 56, 58, 63, 66, 76). Interactions with other substances can often produce synergistic effects; in fact, OTC cough formulations frequently contain, in addition to DXM, other pharmaceutical agents such as chlorpheniramine, acetaminophen, or pseudoephedrine, exhibiting different effects. Indeed, individuals abusing with chlorpheniramine-containing DXM formulations may also exhibit anticholinergic signs and symptoms (25, 31, 42, 47, 49, 73, 74, 123). Conversely, the antipyretic and analgesic acetaminophen produces delayed hepatic injury (29, 62). Finally, interactions between DXM and selective serotonin reuptake inhibitors (SSRIs) or monoamine oxidase inhibitor (MAOI) might further increase the risk of a serotoninergic syndrome occurrence (67, 68, 121, 124).

Although widely used and generally considered safe, cases of antihistamine abuse and dependence have been recorded (125). These molecules were originally marketed for their antiallergy properties and are now made available as sleeping aids. Antihistamines' toxicity appears to be clinically related to both central and peripheral acetylcholine antagonism. In addition, specifically due to multiple potential mechanisms of action, DPH (e.g., the antihistamine moiety of DH) can acutely block the cell membrane pump mechanism of central 5-hydroxytryptophane and peripheral noradrenaline neurons, causing the euphoria reported by some users (**Table 1**). At high dosages, and taken together with other drugs (e.g., alcohol, cannabis, and stimulants), DPH and DH might be used to achieve a stimulant effect (87, 91, 92, 126, 127). Reported cases of DPH dependence have resulted from long-term usage of large doses (often over 1,000 mg/day). Gradual tapering has been described to alleviate withdrawal symptoms (17, 125). Conversely, promethazine is used in cough syrups for its antihistaminic, antiemetic, and sedative effects, available with codeine in common cough suppressants (128); its abuse potential appears related to its calming and sedating effect and enhancement of other coingested substances (**Table 1**). A recreational use of promethazine mixed with a soft drink and/or alcohol ("purple drank") is currently popular among young people for its euphoric effects and easy accessibility (19, 20, 129–131). Promethazine has been reported in SUD clients and is misused as a substitute for another drug or to increase the effects of inadequate dosing (i.e., to delay the onset of opioid withdrawal or to potentiate the sedating effect of benzodiazepines/Z-drugs) (13, 19, 20, 103, 129, 130, 132, 133). Overdose of promethazine is associated with an antimuscarinic delirium, agitation, and neuroleptic malignant syndrome (100, 102, 104, 133). Scott et al. (104) recorded a promethazine-induced delirium treated with physostigmine intravenously, which reversed both central and peripheral anticholinergic effects, similarly to a polydrug overdose due to the ingestion

of DPH (94). Chlorpheniramine is used as a cheap sleep aid and/or as an anxiolytic due to its antimuscarinic properties; its abuse has been related to pleasurable feelings, which reinforces the repetitive use and the possibility of developing drug dependence (**Table 1**). It may, however, be associated with psychotic symptoms in predisposed individuals [e.g., people with mental illnesses or individuals concomitantly abusing other drugs; (42, 43, 114, 115)].

Codeine was reported within the misusing scenario of codeine-based cough and cold medicines and/or coingested with other substances, e.g., DXM, DPH, ephedrine, pseudoephedrine, methyl ephedrine, chlorpheniramine, promethazine, caffeine (26, 27, 34, 78–80, 100, 114, 134). Codeine is a natural isomer of methylated morphine and, similarly to DXM, is a prodrug, requiring metabolic activation by O-demethylation to morphine by CYP2D6. Thus, codeine-related effects are associated with CYP2D6 metabolism, e.g., ultrarapid CYP2D6 metabolizers produce an unexpectedly large amount of morphine, with resulting life-threatening opioid toxicity. Its recreational use is related to the agonism at mu receptors and the subjective effects of euphoria, elation, analgesia, and "liking" (114, 121). Codeine toxicity is characterized by respiratory depression and extreme somnolence progressing to stupor or coma (79); in severe overdosage cases, death may occur (121) (**Supplementary Table 1** and **Table 1**). Idiosyncratic codeine administration procedures have been recorded, e.g., a misuser learned online how the codeine base might be extracted through a process called cold water extraction (CWE) to be then injected. Regular use of codeine is described here together with the development of both tolerance (135) and dependence (80, 114).

Decongestants, here recorded as being abused, both alone and with coingestants, were ephedrine and its stereoisomer pseudoephedrine (78, 79, 106–109, 111, 112), which are sympathomimetic agents (136, 137) exerting a stimulating action on both alpha- and beta-adrenergic receptors (136, 137) (**Supplementary Table 1** and **Table 1**). Indeed, ephedrine has been reported to obtain weight loss or to enhance athletic performance; both pseudoephedrine and ephedrine have been recorded as used illicitly in the production of methamphetamine (136, 138). The abuse was here associated with high dosage (106–109) and IV administration (108, 111, 112). Dependence issues have been recorded (106–109).

## LIMITATIONS

One of the difficulties regarding the literature on prescription drug misuse is both its heterogeneity and the issues in identifying misusing practices; interpretation was easier for both those cases reported by healthcare professionals, whose intervention was needed, National/Regional Poison Data System information (100, 101), etc. According to UNODC, the misuse of medicines is defined as "the problematic consumption outside of acceptable medical practice or medical guidelines, when self-medicating at higher doses and for longer than is advisable, for intoxicating purposes and when risks and adverse consequences outweigh the

benefit" (8–11). However, levels of terminology variability and inconsistency to describe the OTC phenomenon were identified as well; this use was referred to as non-medical use, problem use, harmful use, recreational use, self-medication, or inappropriate use, which calls into question whether there is a consensus on the negative consequences (i.e., problem, harm) of OTC use. Indeed, some of these terms may not even necessarily refer to the same issue (8).

## CONCLUSIONS

The current systematic review showed that OTC misuse is an increasingly relevant health issue associated with potential harms, including drug-related toxicity, addiction, and fatalities. Nowadays, the CoViD-19 pandemic has likely facilitated the occurrence of these misusing practices, as more users turned from street drugs to prescription/OTC products (14, 15). Indeed, OTC drugs are both widely accessible and perceived because of their favorable legal status as relatively safe, hence accepted in a "pill-popping culture" (11). There is the need of both drafting *ad hoc* treatment guidelines and planning preventative measures. These measures should revolve around the implementation of a range of associated issues, including scheduling amendments, proper surveillance, enhanced detection of misuse in clinical and pharmacy practice, and promotion of public health awareness initiatives (9, 11, 16, 139–141). As an example, due to the recent rise in opioid abuse and related overdose deaths worldwide, efforts are focusing on strengthening public health surveillance and limiting opioid prescribing (142, 143). Specifically, as codeine-containing products misusing levels might be hampered by their widespread and easy availability, upscheduling and pharmacy-based interventions targeting users might limit the purchase of codeine products without a prescription. The recent introduction of new OTC combinations with non-opioid agents may provide a safer alternative to these widely misused products (144). In the case of the antidiarrheal loperamide, found to be misused at high dosages and associated with cardiotoxicity, to support its safe use, the Food and Drug Administration (FDA) approved changes to the packaging for tablet and capsule forms limiting each carton to no more than 48 mg of loperamide and requiring the tablets and capsules to be packaged in individual doses (145). A range of professionals should be involved in tackling the OTC misusing issues, including (i) physicians, especially general practitioners (GP), who can help OTC misusers in early recognizing a drug-related problem and refer them to the appropriate service (e.g., mental or addiction services); they should also take note of rapid increases in the amount of medication needed or frequent, unscheduled refill requests and uncovering possible "doctor shopping" practices. Physicians will continue to have a role in educating users to ensure that they use medications appropriately, following the prescribed directions, while being aware of potential interactions with other licit/illicit drugs (11, 16, 18, 116, 135, 141). Conversely, pharmacists should be watchful for prescription falsifications or alterations, being at the frontline in recognizing prescription drug abuse issues. Moreover, prescription drug monitoring programs could

Case 2:24-cv-03152-DC-JDP    Document 22-1    Filed 12/23/24    Page 67 of 91

assist healthcare professionals in identifying patients who are getting prescriptions from multiple sources (11, 13, 16–18, 141, 144, 146). Finally, abuse prevention campaigns might provide valuable resources on raising awareness and preventing medicine abuse [https://stopmedicineabuse.org/; (144)].

## DATA AVAILABILITY STATEMENT

The original contributions presented in the study are included in the article/**Supplementary Material**, further inquiries can be directed to the corresponding author/s.

## AUTHOR CONTRIBUTIONS

FS, SC, and GM conceived the idea of this paper. AM, MCS, and AMo extracted the data. FS, MP, GM, AG, and MDG supervised all stages of the process and were consulted to resolve any possible disagreement. SC, AM, and JMC drafted the first version and revised it after contributions from FS, AG, and GM. All authors contributed to the article and approved the submitted version.

## FUNDING

GM received funds from the European Project entitled Analysis, Knowledge dissemination, Justice implementation, and Special Testing of Novel Synthetic Opioids—JUST-2017-AG-DRUG.

## SUPPLEMENTARY MATERIAL

The Supplementary Material for this article can be found online at: https://www.frontiersin.org/articles/10.3389/fpsyt.2021.657397/full#supplementary-material

## REFERENCES

1. FDA. *Understanding Over-the-Counter Medicines*. Food and Drug Administration (2018). Available from: https://www.fda.gov/drugs/buying-using-medicine-safely/understanding-over-counter-medicines (accessed January 17, 2021).

2. MHRA. *Guidance Medicines: Reclassify Your Product*. Medicines and Healthcare products Regulatory Agency (2020). Available from: https://www.gov.uk/guidance/medicines-reclassify-your-product#:~:text='Over%2Dthe%2Dcounter%20,in%20the%20UK%20medicines%20regulations (accessed January 17, 2021).

3. Cooper RJ. 'I can't be an addict. I am' Over-the-counter medicine abuse: a qualitative study. *BMJ Open*. (2013) 3:e002913. doi: 10.1136/bmjopen-2013-002913

4. Hughes C. A retrospective evaluation of over-the-counter (OTC) drug-related overdoses at Accident and Emergency Departments in Northern Ireland. In: *Abstract at the BPC- Manchester, UK (September 1, 2003)* (2003). p. R45–5.

5. Wazaify M, Shields E, Hughes CM, McElnay JC. Societal perspectives on over-the-counter (OTC) medicines. *Fam Pract*. (2005) 22:170–6. doi: 10.1093/fampra/cmh723

6. Cooper RJ. Over-the-counter medicine abuse-a review of the literature. *J Subst Use*. (2013) 18:82e107. doi: 10.3109/14659891.2011.615002

7. NIDA. *Over-the-Counter Medicines DrugFacts*. National Institute on Drug Abuse (2017). Available from: https://www.drugabuse.gov/publications/drugfacts/over-counter-medicines (accessed January 10, 2021).

8. Barrett SP, Meisner JR, Stewart SH. What constitutes prescription drug misuse? Problems and pitfalls of current conceptualizations. *Curr Drug Abuse Rev*. (2008) 1:255–62. doi: 10.2174/1874473710801030255

9. Casati A, Sedefov R, Pfeiffer-Gerschel T. Misuse of medicines in the European Union: a systematic review of the literature. *Eur Addict Res*. (2012) 18:228–45. doi: 10.1159/000337028

10. Novak SP, Håkansson A, Martinez-Raga J, Reimer J, Krotki K, Varughese S. Nonmedical use of prescription drugs in the European Union. *BMC Psychiatry*. (2016) 16:274. doi: 10.1186/s12888-016-0909-3

11. UNODC. *The Non-Medical Use of Prescription Drugs*. Policy direction issues. Discussion paper. United Nations OFFICE on DRUGS and Crime (2011). Available from: https://www.unodc.org/documents/drug-prevention-and-treatment/nonmedical-use-prescription-drugs.pdf (accessed January 10, 2021).

12. Fingleton NA, Watson MC, Duncan EM, Matheson C. Non-prescription medicine misuse, abuse and dependence: a cross-sectional survey of the UK general population. *J Public Health*. (2016) 38:722–30. doi: 10.1093/pubmed/fdv204

13. Chiappini S, Guirguis A, Corkery JM, Schifano F. Understanding the use of prescription and OTC drugs in obtaining highs and the pharmacist role in preventing abuse. *Pharm J*. (2020) 305:7943. doi: 10.1211/PJ.2020.20208538

14. Chiappini S, Guirguis A, John A, Corkery JM, Schifano F. COVID-19: The hidden impact on mental health and drug addiction. *Front Psychiatry*. (2020) 11:767. doi: 10.3389/fpsyt.2020.00767

15. Chiappini S, Schifano F. What about "Pharming"? Issues regarding the misuse of prescription and over-the-counter drugs. *Brain Sci*. (2020) 10:736. doi: 10.3390/brainsci10100736

16. Levine DA. "Pharming": the abuse of prescription and over-the-counter drugs in teens. *Curr Opin Pediatr*. (2007) 19:270–4. doi: 10.1097/MOP.0b013e32814b09cf

17. Gracious B, Abe N, Sundberg J. The importance of taking a history of over-the-counter medication use: a brief review and case illustration of "PRN" antihistamine dependence in a hospitalized adolescent. *J Child Adolesc Psychopharmacol*. (2010) 20:521–4. doi: 10.1089/cap.2010.0031

18. NIDA. National Institute of Health (NIH). *Research Report Series. Prescription Drug Abuse*. National Institute on Drug Abuse (2011).

19. NIDA. *Cough and Cold Medicines*. National Institute on Drug Abuse (2020). Available from: https://teens.drugabuse.gov/drug-facts/cough-and-cold-medicines (accessed January 10, 2021).

20. NIDA. *Misuse of Prescription Drugs. Overview*. National Institute on Drug Abuse (2020). Available from: https://www.drugabuse.gov/publications/research-reports/misuse-prescription-drugs/overview (accessed January 10, 2021).

21. Moher D, Shamseer L, Clarke M, Ghersi D, Liberati A, Petticrew M, et al. Preferred reporting items for systematic review and meta-analysis protocols (PRISMA-P) 2015 statement. *Syst Rev*. (2015) 4:1. doi: 10.1186/2046-4053-4-1

22. Bernardo WM. PRISMA statement and PROSPERO. *Int Braz J Urol*. (2017) 43:383–4. doi: 10.1590/s1677-5538.ibju.2017.03.02

23. Higgins JPT, Altman DG, Sterne JAC (editors). Chapter 8: assessing risk of bias in included studies. In: *Cochrane Handbook for Systematic Reviews of Interventions version 5.2.0 (updated June 2017), Cochrane, 2017* (2017). Available from: www.training.cochrane.org/handbook (accessed December 20, 2020).

24. Forrester MB. Dextromethorphan abuse in Texas, 2000-2009. *J Addict Dis*. (2011) 30:243–7. doi: 10.1080/10550887.2011.581986

25. Ritter D, Ouellette L, Sheets JD, Riley B, Judge B, Cook A, et al. "Robo-tripping": Dextromethorphan toxicity and abuse. *Am J Emerg Med*. (2020) 38:839–41. doi: 10.1016/j.ajem.2019.10.001

26. Au WY, Tsang J, Cheng TS, Chow WS, Woo YC, Ma SK, et al. Cough mixture abuse as a novel cause of megaloblastic anaemia and peripheral neuropathy. *Br J Haematol*. (2003) 123:956–8. doi: 10.1046/j.1365-2141.2003.04694.x

Case 2:24-cv-03152-DC-JDP    Document 22-1    Filed 12/23/24    Page 68 of 91

27. Ghosh AK, Peh LH. Dextromethorphan: abusing the overused. *Singapore Med, J.* (2011) 52:134–5.

28. Hapangama A, Kuruppuarachchi K. Dextromethorphan abuse. *React Wkly.* (2011) 18:109–110. doi: 10.2165/00128415-201113640-00066

29. Kirages TJ, Sulé HP, Mycyk MB. Severe manifestations of coricidin intoxication. *Am J Emerg Med.* (2003) 21:473–5. doi: 10.1016/S0735-6757(03)00168-2

30. Logan BK. Combined dextromethorphan and chlorpheniramine intoxication in impaired drivers. *J Forensic Sci.* (2009) 54:1176–80. doi: 10.1111/j.1556-4029.2009.01127.x

31. Logan BK, Yeakel JK, Goldfogel G, Frost MP, Sandstrom G, Wickham DJ. Dextromethorphan abuse leading to assault, suicide, or homicide. *J Forensic Sci.* (2012) 57:1388–94. doi: 10.1111/j.1556-4029.2012.02133.x

32. Murray S, Brewerton T. Abuse of over-the-counter dextromethorphan by teenagers. *South Med J.* (1993) 86:1151–3. doi: 10.1097/00007611-199310000-00014

33. Nordt SP. "DXM": a new drug of abuse? *Ann Emerg Med.* (1998) 31:794–5. doi: 10.1016/S0196-0644(98)70250-1

34. Tsang JS, Au WY. Cough mixture abuse and rhabdomyolysis. *Hong Kong Med J.* (2012) 18:68–9.

35. Ziaee V, Hamed EA, Hoshmand A, Amini H, Kebriaeizadeh A, Saman K. Side effects of dextromethorphan abuse, a case series. *Addicti Behav.* (2005) 30:1607–13. doi: 10.1016/j.addbeh.2005.02.005

36. Akerman SC, Hammel JL, Brunette MF. Dextromethorphan abuse and dependence in adolescents. *J Dual Diagn.* (2010) 6:266–78. doi: 10.1080/15504263.2010.537515

37. Alam LY, Nelson A, Bastiampillai T. Cough syrup psychosis: Is it under-recognised? *Aust N Z J Psychiatry.* (2013) 47:1209–10. doi: 10.1177/0004867413495927

38. Amaladoss A, Brien SO. Cough syrup psychosis. *CJEM.* (2011) 13:53–6. doi: 10.2310/8000.2011.100216

39. Au WY, Cheng TS, Siu TS, Tam S. Cerebellar degeneration and folate deficiency due to cough mixture abuse. *Haematologica.* (2005) 90(Suppl.):ECR28.

40. Bernstein LB, Albert D, Baguer C, Popiel M. Long-term dextromethorphan use and acute intoxication results in an episode of mania and autoenucleation. *J Addict Med.* (2020) 14:e133–5. doi: 10.1097/ADM.0000000000000568

41. Bostwick JM. Dextromethorphan-induced manic symptoms in a bipolar patient on lithium. *Psychosomatics.* (1996) 37:571–3. doi: 10.1016/S0033-3182(96)71523-2

42. Boyer EW. Dextromethorphan abuse. *CMJ.* (2008) 53:109–10. doi: 10.4038/cmj.v53i3.256

43. Butwicka A, Krystyna S, Retka W, Wolańczyk T. Neuroleptic malignant syndrome in an adolescent with CYP2D6 deficiency. *Eur J Pediatr.* (2014) 173:1639–42. doi: 10.1007/s00431-013-2208-z

44. Cherkes JK, Friedman JH. Dextromethorphan-induced neurologic illness in a patient with negative toxicology findings. *Neurology.* (2006) 66:1952–3. doi: 10.1212/01.wnl.0000219805.24666.34

45. Craig DF. Psychosis with Vicks Formula 44-D abuse. *CMAJ.* (1992) 147:843–4.

46. Desai S, Aldea D, Daneels E, Soliman M, Braksmajer AS, Kopes-Kerr CP. Chronic addiction to dextromethorphan cough syrup: a case report. *J Am Board Fam Med.* (2006) 19:320–3. doi: 10.3122/jabfm.19.3.320

47. Dilich A, Girgis C. Robo-tripping: a case of robitussin abuse in a methadone maintenance patient. *Psychosomatics.* (2017) 58:544–50. doi: 10.1016/j.psym.2017.03.010

48. Fleming PM. Dependence on dextromethorphan hydrobromide. *BMJ.* (1986) 293:597. doi: 10.1136/bmj.293.6547.597

49. Ganetsky M, Babu KM, Boyer EW. Serotonin syndrome in dextromethorphan ingestion responsive to propofol therapy. *Pediatr Emerg Care.* (2007) 23:829–31. doi: 10.1097/PEC.0b013e31815a0667

50. Helfer J, Kim OM. Psychoactive abuse potential of Robitussin-DM. *Am J Psychiatry.* (1990) 147:672–3. doi: 10.1176/ajp.147.5.672b

51. Hendrickson RG, Cloutier RL. "Crystal Dex:" free-base dextromethorphan. *J Emerg Med.* (2007) 32:393–6. doi: 10.1016/j.jemermed.2007.03.010

52. Hinsberger A, Sharma V, Mazmanian D. Cognitive deterioration from long-term abuse of dextromethorphan: a case report. *J Psychiatry Neurosci.* (1994) 19:375–7.

53. Iaboni RP, Aronowitz JS. Dextromethotphan abuse in a dually diagnosis patient. *J Nerv Ment Dis.* (1995) 183:341–2. doi: 10.1097/00005053-199505000-00014

54. Jamison SC, Vasudeva S. A 60-year-old woman with agitation and psychosis following ingestion of dextromethorphan and opioid analgesics. *J Psychopharmacol.* (2009) 23:989–91. doi: 10.1177/0269881108092125

55. Kaplan B, Buchanan J, Krantz MJ. QTc prolongation due to dextromethorphan. *Int J Cardiol.* (2011) 148:363–4. doi: 10.1016/j.ijcard.2010.09.024

56. Roy AK III, Hsieh C, Crapanzano K. Dextromethorphan addiction mediated through the NMDA system: common pathways with alcohol? *J Addict Med.* (2015) 9:499–501. doi: 10.1097/ADM.0000000000000152

57. Kimber TE, Thompson PD. Segmental dystonia in the context of dextromethorphan abuse: a new cause of delayed onset drug-induced dystonia? *Mov Disord Clin Pract.* (2015) 2:299–300. doi: 10.1002/mdc3.12148

58. Linn KA, Long MT, Pagel PS. "Robo-tripping": dextromethorphan abuse and its anesthetic implications. *Anesth Pain Med.* (2014) 4:e20990. doi: 10.5812/aapm.20990

59. Majlesi N, Lee DC, Ali SS. Dextromethorphan abuse masquerading as a recurrent seizure disorder. *Pediatr Emerg Care.* (2011) 27:210–1. doi: 10.1097/PEC.0b013e31820d8dc1

60. Marsh LD, Key JD, Spratt E. Bulimia and dextromethorphan abuse: a case study. *J Subst Abuse Treat.* (1997) 14:373–6. doi: 10.1016/S0740-5472(97)00019-6

61. Martinak B, Bolis RA, Black JR, Fargason RE, Birur B. Dextromethorphan in cough syrup: the poor man's psychosis. *Psychopharmacol Bull.* (2017) 47:59–63.

62. Medows M, Acosta C, Vega V. Pancreatitis and acute liver failure from Coricidin® HBP intoxication. *Cureus.* (2020) 12:e10202. doi: 10.7759/cureus.10202

63. Miller SC. Treatment of dextromethorphan dependence with naltrexone. *Addict Disord Treatment.* (2005) 4:145–8. doi: 10.1097/01.adt.0000186359.43340.76

64. Modi D, Bhalavat R, Patterson JC II. Suicidal and homicidal behaviors related to dextromethorphan abuse in a middle-aged woman. *J Addict Med.* (2013) 7:143–4. doi: 10.1097/ADM.0b013e318281a547

65. Monks S, Yen M, Myers J. Bromism: an overlooked and elusive toxidrome from chronic dextromethorphan abuse. *Am J Emerg Med.* (2020) 38:1696.e1. doi: 10.1016/j.ajem.2019.158491

66. Mutschler J, Koopmann A, Grosshans M, Hermann D, Mann K, Kiefer F. Dextromethorphan: Entzugs- und abhängigkeitssyndrom. *Dtsch Arztebl.* (2010) 7:537–40. doi: 10.3238/arztebl.2010.0537

67. Navarro A, Perry C, Bobo WV. A case of serotonin syndrome precipitated by abuse of the anticough remedy dextromethorphan in a bipolar patient treated with fluoxetine and lithium. *Gen Hosp Psychiatry.* (2006) 28:78–80. doi: 10.1016/j.genhosppsych.2005.06.008

68. Okland T, Shirazi M, Rylander M, Holland J. A case of aggressive psychosis in the setting of regular dextromethorphan abuse. *Psychosomatics.* (2016) 57:655–6. doi: 10.1016/j.psym.2016.06.002

69. Orrell MW. Dependence on dextromethorphan hydrobromide. *BMJ.* (1996) 312:44.

70. Osterhoudt KC, Miloradovich J. Snurfin' USA. *Pediatr Emerg Care.* (2010) 26:693–4. doi: 10.1097/PEC.0b013e3181f4f1e5

71. Polles A, Griffith JL. Dextromethorphan-induced mania. *Psychosomatics.* (1996) 37:71–4. doi: 10.1016/S0033-3182(96)71601-8

72. Roberge RJ, Hirani KH, Rowland PL III, Berkeley R, Krenzelok EP. Dextromethorphan and pseudoephedrine-induced agitated psychosis and ataxia: case report. *J Emerg Med.* (1999) 17:285–8. doi: 10.1016/S0736-4679(98)00193-0

73. Sharma A, Dewan V, Petty F. Acute psychosis with Coricidin cold medicine. *Ann Pharmacother.* (2005) 39:1577–8. doi: 10.1345/aph.1G193

74. Stanciu CN, Penders TM. Mania after misuse of dextromethorphan: a case report and brief review of "robotripping". *J Addict Med.* (2015) 9:159–60. doi: 10.1097/ADM.0000000000000104

75. Walker J, Yatham LN. Benylin (dextromethorphan) abuse and mania. *BMJ*. (1993) 306:896. doi: 10.1136/bmj.306.6882.896

76. Wolfe TR, Caravati EM. Massive dextromethorphan ingestion and abuse. *Am J Emerg Med*. (1995) 13:174–6. doi: 10.1016/0735-6757(95)90088-8

77. Qiu YW, Lv XF, Jiang GH, Su HH, Ma XF, Tian JZ, et al. Potential gray matter unpruned in adolescents and young adults dependent on dextromethorphan-containing cough syrups: evidence from cortical and subcortical study. *Brain Imaging Behav*. (2017) 11:1470–8. doi: 10.1007/s11682-016-9628-0

78. Ishigooka J, Yoshida Y, Murasaki M. Abuse of "BRON": a Japanese OTC cough suppressant solution containing methylephedrine, codeine, caffeine and chlorpheniramine. *Prog Neuropsychopharmacol Biol Psychiatry*. (1991) 15:513–21. doi: 10.1016/0278-5846(91)90026-W

79. Murao S, Manabe H, Yamashita T, Sekikawa T. Intoxication with over-the-counter antitussive medication containing dihydrocodeine and chlorpheniramine causes generalized convulsion and mixed acidosis. *Intern Med*. (2008) 47:1013–5. doi: 10.2169/internalmedicine.47.0925

80. Wong KM, Chak WL, Cheung CY, Chan YH, Choi KS, Chau KF, et al. Hypokalemic metabolic acidosis attributed to cough mixture abuse. *Am J Kidney Dis*. (2001) 38:390–4. doi: 10.1053/ajkd.2001.26107

81. Brown JH, Sigmundson HK. Delirium from misuse of dimenhydrinate. *Can Med Assoc, J*. (1969) 101:49–50. doi: 10.4039/Ent101109-1

82. Kaya FD. A patient with dimenhydrinate dependence: a case report. *Klin Psikofarmakol Bul*. (2014) 24:184–7. doi: 10.5455/bcp.20140131023347

83. Oliver M, Stenn PG. Is there a risk for dependency with therapeutic doses of dimenhydrinate? *Psychosomatics*. (1993) 34:459. doi: 10.1016/S0033-3182(93)71856-3

84. Wen X, Di Paola F, Chopra N. Psychotropics in your medicine cabinet: a case study of dimenhydrinate Use. *J Addict Med*. (2019) 13:412–4. doi: 10.1097/ADM.0000000000000511

85. White RF, Honer WG, Procyshyn RM, Vila-Rodriguez F. Dimenhydrinate use disorder with chronic psychosis. *J Clin Psychopharmacol*. (2015) 35:105–7. doi: 10.1097/JCP.0000000000000238

86. Malcolm R, Miller WC. Dimenhydrinate (Dramamine) abuse: hallucinogenic experiences with a proprietary antihistamine. *Am J Psychiatry*. (1972) 128:1012–3. doi: 10.1176/ajp.128.8.1012

87. Prost E, Millson RC. Clozapine treatment of dimenhydrinate abuse. *Am J Psychiatry*. (2004) 161:1500. doi: 10.1176/appi.ajp.161.8.1500

88. Rowe C, Verjee Z, Koren G. Adolescent dimenhydrinate abuse: resurgence of an old problem. *J Adolesc Health*. (1997) 21:47–9. doi: 10.1016/S1054-139X(96)00291-1

89. Bonham C, Birkmayer F. Severe diphenhydramine dependence and withdrawal: case report. *J Dual Diagn*. (2009) 5:97–103. doi: 10.1080/15504260802620269

90. Chen TY, Yeh YW, Kuo SC, Chen CY, Lin TP, Chang CC. Diphenhydramine dependence through deep intramuscular injection resulting in myonecrosis and prolonged QT interval. *J Clin Pharm Ther*. (2014) 39:325–7. doi: 10.1111/jcpt.12142

91. Cox D, Ahmed Z, McBride AJ. Diphenhydramine dependence. *Addiction*. (2001) 96:516–7.

92. Feldman MD, Behar M. A case of massive diphenhydramine abuse and withdrawal from use of the drug. *JAMA*. (1986) 255:3119–20. doi: 10.1001/jama.1986.03370220081028

93. Hermann DM, Bassetti CL. Reversible opsoclonus after diphenhydramine misuse. *Eur Neurol*. (2005) 53:46–7. doi: 10.1159/000084266

94. Phillips MA, Acquisto NM, Gorodetsky RM, Wiegand TJ. Use of a physostigmine continuous infusion for the treatment of severe and recurrent antimuscarinic toxicity in a mixed drug overdose. *JMT*. (2014) 10:205–9. doi: 10.1007/s13181-013-0330-y

95. Saran JS, Barbano RL, Schult R, Wiegand TJ, Selioutski O. Chronic diphenhydramine abuse and withdrawal: a diagnostic challenge. *Neurol Clin Pract*. (2017) 7:439–41. doi: 10.1212/CPJ.0000000000000304

96. Smith SG, Davis WM. Nonmedical use of butorphanol and diphenhydramine. *JAMA*. (1984) 252:1010. doi: 10.1001/jama.252.8.1010c

97. Sundararaghavan S, Suarez WA. Oral benadryl and central venous catheter abuse-a potentially "lethal combination". *Pediatr Emerg Care*. (2004) 20:604–6. doi: 10.1097/01.pec.0000139743.38968.7f

98. Dinndorf PA, McCabe MA, Frierdich S. Risk of abuse of diphenhydramine in children and adolescents with chronic illnesses. *J Pediatr*. (1998) 133:293–5. doi: 10.1016/S0022-3476(98)70240-9

99. Tennant FS. Complications of methaqualone-diphenhydramine (Mandrax R) abuse. *Br J Addict Alcohol Other Drugs*. (1973) 68:327–30. doi: 10.1111/j.1360-0443.1973.tb01265.x

100. Tsay ME, Procopio G, Anderson BD, Klein-Schwartz W. Abuse and intentional misuse of promethazine reported to US poison centers: 2002 to 2012. *J Addict Med*. (2015) 9:233–7. doi: 10.1097/ADM.0000000000000124

101. Jensen LL, Rømsing J, Dalhoff K. A Danish survey of antihistamine use and poisoning patterns. *Basic Clin Pharmacol Toxicol*. (2017) 120:64–70. doi: 10.1111/bcpt.12632

102. Page CB, Duffull SB, Whyte IM, Isbister GK. Promethazine overdose: clinical effects, predicting delirium and the effect of charcoal. *QJM*. (2009) 102:123–31. doi: 10.1093/qjmed/hcn153

103. Clatts M, Giang le M, Goldsamt L, Colón-López V. Nonmedical use of promethazine hydrochloride among heroin injectors in Vietnam: unrecognized risks and unintended consequences. *Subst Use Misuse*. (2010) 45:515–27. doi: 10.3109/10826080903452520

104. Scott J, Pache D, Keane G, Buckle H, O'Brien N. Prolonged anticholinergic delirium following antihistamine overdose. *Australas Psychiatry*. (2007) 15:242–4. doi: 10.1080/10398560601147020

105. Tan CH, Kua EH, Lee EL. Cough mixture addiction–a case report. *Singapore Med J*. (1988) 29:186–7.

106. Alevizos B. Dependence and chronic psychosis with D-nor-pseudoephedrine. *Eur Psychiatry*. (2003) 18:423–5. doi: 10.1016/j.eurpsy.2003.05.001

107. Diaz MA, Wise TN, Semchyshyn GO. Self-medication with pseudoephedrine in a chronically depressed patient. *Am J Psychiatry*. (1979) 136:1217–8. doi: 10.1176/ajp.136.9.1217

108. Koksal A, Baybas S, Sozmen V, Koksal NS, Altunkaynak Y, Dirican A, et al. Chronic manganese toxicity due to substance abuse in Turkish patients. *Neurol India*. (2012) 60:224–7. doi: 10.4103/0028-3886.96407

109. Leighton KM. Paranoid psychosis after abuse of Actifed. *Br Med J*. (1982) 284:789–90. doi: 10.1136/bmj.284.6318.789-a

110. Pugh CR, Howie SM. Dependence on pseudoephedrine. *Br J Psychiatry*. (1986) 149:798. doi: 10.1192/bjp.149.6.798a

111. Sullivan G. Acute psychosis following intravenous abuse of pseudoephedrine: a case report. *J Psychopharmacol*. (1996) 10:324–5. doi: 10.1177/026988119601000413

112. Sikk K, Taba P, Haldre S, Bergquist J, Nyholm D, Zjablov G, et al. Irreversible motor impairment in young addicts–ephedrone, manganism or both? *Acta Neurol Scand*. (2007) 115:385–9. doi: 10.1111/j.1600-0404.2007.00818.x

113. NIDA. *Monitoring the Future Study: Trends in Prevalence of Various Drugs. Overview*. National Institute on Drug Abuse (2020). Available from: https://www.drugabuse.gov/drug-topics/trends-statistics/monitoring-future/monitoring-future-study-trends-in-prevalence-various-drugs (accessed January 10, 2021).

114. Donuk T, Altlntoprak AE, Tekin H. Possible causal link between idiopathic intracranial hypertension and the misuse of codeine-based products. *J Child Adolesc Psychopharmacol*. (2016) 26:764–5. doi: 10.1089/cap.2015.0042

115. Das S, Palappallil DS, Malathesh BC, Chatterjee SS. Chlorpheniramine dependence presenting as mania. *Asian J Psychiatr*. (2017) 30:29–30. doi: 10.1016/j.ajp.2017.07.007

116. Inciardi JA, Surratt HL, Cicero TJ, Beard RA. Prescription opioid abuse and diversion in an urban community: the results of an ultrarapid assessment. *Pain Med*. (2009) 10:537–48. doi: 10.1111/j.1526-4637.2009.00603.x

117. Clinical guidelines on Drug Misuse and Dependence Update. *Independent Expert Working Group (2017) Drug Misuse and Dependence: UK Guidelines on Clinical Management*. London: Department of Health. (2017). Available from: https://assets.publishing.service.gov.uk/government/uploads/system/uploads/attachment_data/file/673978/clinical_guidelines_2017.pdf (accessed January 10, 2021).

118. Journey JD, Agrawal S, Stern E. Dextromethorphan toxicity. In: *StatPearls*. Treasure Island, FL: StatPearls Publishing (2020).

119. Schifano F, Orsolini L, Papanti D, Corkery J. Novel psychoactive substances of interest for psychiatry. *World Psychiatry*. (2015) 14:15–26. doi: 10.1002/wps.20174

120. Reissig CJ, Carter LP, Johnson MW, Mintzer MZ, Klinedinst MA, Griffiths RR. High doses of dextromethorphan, an NMDA antagonist, produce effects similar to classic hallucinogens. *Psychopharmacol.* (2012) 223:1–15. doi: 10.1007/s00213-012-2680-6

121. Burns JM, Boyer EW. Antitussives and substance abuse. *Subst Abuse Rehabil.* (2013) 4:75–82. doi: 10.2147/SAR.S36761

122. Zawertailo LA, Kaplan HL, Busto UE, Tyndale RF, Sellers EM. Psychotropic effects of dextromethorphan are altered by the CYP2D6 polymorphism: a pilot study. *J Clin Psychopharmacol.* (1998) 18:332–7. doi: 10.1097/00004714-199808000-00014

123. Carbonaro TM, Johnson MW, Griffiths RR. Subjective features of the psilocybin experience that may account for its self-administration by humans: a double-blind comparison of psilocybin and dextromethorphan. *Psychopharmacol.* (2020) 237:2293–304. doi: 10.1007/s00213-020-05533-9

124. Monte AA, Chuang R, Bodmer M. Dextromethorphan, chlorphenamine and serotonin toxicity: case report and systematic literature review. *Br J Clin Pharmacol.* (2010) 70:794–8. doi: 10.1111/j.1365-2125.2010.03747.x

125. Elwood WN. Sticky business: patterns of procurement and misuse of prescription cough syrup in Houston. *J Psychoact Drugs*. (2001) 33:121–33. doi: 10.1080/02791072.2001.10400477

126. Preston KL, Wolf B, Guarino JJ, Griffiths RR. Subjective and behavioral effects of diphenhydramine, lorazepam and methocarbamol: evaluation of abuse liability. *J Pharmacol Exp Ther*. (1992) 262:707–20.

127. Mumford GK, Silverman K, Griffiths RR. Reinforcing, subjective, and performance effects of lorazepam and diphenhydramine in humans. *Exp Clin Psychopharmacol.* (1996) 4:421–30. doi: 10.1037/1064-1297.4.4.421

128. Bergman J, Wallman P. Promethazine overdose: is it "Goodnight" after all?. *N Z Med J.* (1998) 111:246–8.

129. Chiappini S, Schifano F, Corkery JM, Guirguis A. Beyond the 'purple drank': Study of promethazine abuse according to the European Medicines Agency adverse drug reaction reports. *J Psychopharmacol.* (2021) 10:269881120959615. doi: 10.1177/0269881120959615

130. Miuli A, Stigliano G, Lalli A, Coladonato M, D'Angelo L, Esposito F, et al. "Purple Drank" (Codeine and Promethazine Cough Syrup): a systematic review of a social phenomenon with medical implications. *J Psychoactive Drugs*. (2020) 52:453–62. doi: 10.1080/02791072.2020.1797250

131. Williams JF, Lundahl LH. Focus on adolescent use of club drugs and "other" substances. *Pediatr Clin North Am.* (2019) 66:1121–34. doi: 10.1016/j.pcl.2019.08.013

132. Dahlman D, Abrahamsson T, Kral AH, Hakansson A. Nonmedical use of antihistaminergic anxiolytics and other prescription drugs among persons with opioid dependence. *J Addict.* (2016) 2016:9298571. doi: 10.1155/2016/9298571

133. Shapiro BJ, Lynch KL, Toochinda T, Lutnick A, Cheng HY, Kral AH. Promethazine misuse among methadone maintenance patients and community-based injection drug users. *J Addict Med.* (2013) 7:96–101. doi: 10.1097/ADM.0b013e31827f9b43

134. Lee E, Cooper RJ. Codeine addiction and internet forum use and support: qualitative netnographic study. *JMIRMent Health.* (2019) 6:e12354. doi: 10.2196/12354

135. Kimergård A, Foley M, Davey Z, Dunne J, Drummond C, Deluca P. Codeine use, dependence and help-seeking behaviour in the UK and Ireland: an online cross-sectional survey. *QJM.* (2017) 110:559–64. doi: 10.1093/qjmed/hcx076

136. Gorodetsky R. Pseudoephedrine. In: *Encyclopedia of Toxicology*. 3rd ed. Elsevier, Academic Press (2014). p. 1123–5.

137. Pereira Limberger R, Bemvenuti Jacques AL, Schmitt GC, Dutra Arbo M. Pharmacological effects of ephedrine. In: Ramawat K, Mérillon JM, editors. *Natural Products*. Berlin, Heidelberg: Springer (2013).

138. Gov.uk. *Pseudoephedrine and Ephedrine: Update on Managing Risk of Misuse* (2015). Available from: https://www.gov.uk/drug-safety-update/pseudoephedrine-and-ephedrine-update-on-managing-risk-of-misuse (accessed January 18, 2021).

139. Coombes H, Cooper RJ. Staff perceptions of prescription and over-the-counter drug dependence services in England: a qualitative study. *Addict Sci Clin Pract.* (2019) 14:41. doi: 10.1186/s13722-019-0170-4

140. Orriols L, Gaillard J, Lapeyre-Mestre M, Roussin A. Evaluation of abuse and dependence on drugs used for selfmedication: a pharmacoepidemiological pilot study based on community pharmacies in France. *Drug Saf.* (2009) 32:859–73. doi: 10.2165/11316590-000000000-00000

141. Lessenger JE, Feinberg SD. Abuse of prescription and over-the-counter medications. *J Am Board Fam Med.* (2008). 21:45–54. doi: 10.3122/jabfm.2008.01.070071. *Erratum in: J Am Board Fam Med.* (2008). 21:175.

142. Levy N, Mills P, Fawcett WJ. Avoiding an opioid crisis in the, U. K. *BMJ.* (2019) 364:l1033. doi: 10.1136/bmj.l1033

143. NIDA. *Opioid Overdose Crisis*. National Institute on Drug Abuse (2021). Available from: https://www.drugabuse.gov/drug-topics/opioids/opioid-overdose-crisis (accessed March 04, 2021).

144. Van Hout MC, Norman I. Misuse of non-prescription codeine containing products: Recommendations for detection and reduction of risk in community pharmacies. *Int J Drug Policy*. (2016) 27:17–22. doi: 10.1016/j.drugpo.2015.09.007

145. FDA. *DA Limits Packaging for Anti-diarrhea Medicine loperamide (Imodium) to Encourage Safe Use*. Food and Drug Administration (2019). Available from: https://www.fda.gov/drugs/drug-safety-and-availability/fda-limits-packaging-anti-diarrhea-medicine-loperamide-imodium-encourage-safe-use (accessed March 04, 2021).

146. Wright J, Bond C, Robertson HD, Matheson C. Changes in over-the-counter drug misuse over 20 years: perceptions from Scottish pharmacists. *J Public Health.* (2016) 38:793–9. doi: 10.1093/pubmed/fdv169

**Conflict of Interest:** FS was a member of the UK Advisory Council on the Misuse of Drugs (ACMD; 2011–2019) and is currently a member of the EMA Advisory Board (Psychiatry). GM has been a consultant and/or a speaker and/or has received research grants from Angelini, Doc Generici, Janssen-Cilag, Lundbeck, Otsuka, Pfizer, Servier, Recordati. MDG has been a consultant and/or a speaker and/or has received research grants from Angelini, Janssen-Cilag, Lundbeck, Otsuka, Pfizer, Servier, Recordati. JMC is a member of the ACMD's Novel Psychoactive Substances and Technical Committees.

The remaining authors declare that the research was conducted in the absence of any commercial or financial relationships that could be construed as a potential conflict of interest.

*Copyright © 2021 Schifano, Chiappini, Miuli, Mosca, Santovito, Corkery, Guirguis, Pettorruso, Di Giannantonio and Martinotti. This is an open-access article distributed under the terms of the Creative Commons Attribution License (CC BY). The use, distribution or reproduction in other forums is permitted, provided the original author(s) and the copyright owner(s) are credited and that the original publication in this journal is cited, in accordance with accepted academic practice. No use, distribution or reproduction is permitted which does not comply with these terms.*

# Exhibit N

**Case report**

Psychopharm

*Journal of Psychopharmacology*
23(1) (2009) 101–105
© 2009 British Association
for Psychopharmacology
ISSN 0269-8811
SAGE Publications
Los Angeles, London,
New Delhi and Singapore
10.1177/0269881107083809

# Diphenhydramine abuse and detoxification: a brief review and case report

A Thomas *Pharmacy Department, Whitchurch Hospital, Cardiff, UK.*

DG Nallur *Community Addictions Unit, Cardiff, UK.*

N Jones *Community Addictions Unit, Cardiff, UK.*

PN Deslandes *Pharmacy Department, Whitchurch Hospital, Cardiff, UK.*

## Abstract

Many medicines available over the counter from pharmacies are known to have abuse potential, including diphenhydramine (DPH), an antihistamine with antimuscarinic properties used for the treatment of insomnia. We present a brief review of the literature describing DPH abuse, and report the case of GF, a 56 year old woman who was admitted to an inpatient addictions unit for detoxification from DPH. A literature search revealed five case reports of DPH abuse including a total of six patients, published between 1986 and 2001. All reported cases exhibited features of DSM-IV criteria for substance dependence, and there was an apparent link with antipsychotic usage. GF was treated with antipsychotics, and was using up to thirty 50 mg DPH tablets each day. She described feeling 'good and calm' and 'it stopped the tremors'. GF tolerated a gradual dose reduction schedule, and completed the detoxification programme relatively comfortably. She was discharged from the inpatient detoxification unit as planned, and had not relapsed at six months. The described case report highlights the importance of enquiring about non prescribed medication when taking a drug history. Similarly community pharmacists and GPs should be vigilant to excessive requests for DPH, particularly in patients with a psychotic illness.

### Keywords

diphenhydramine, drug detoxification, drug abuse

## Introduction

Many medicines that are available over the counter from pharmacies are known to have abuse potential. Indeed, the phenomenon of over-the-counter painkiller misuse was recently highlighted in a letter to the British Medical Journal (Ford and Good, 2007). Diphenhydramine (DPH) is an antihistamine with antimuscarinic properties and is available to buy over the counter from pharmacies in the UK for the short-term treatment of insomnia. The therapeutic effect of DPH is mediated via antagonism of the histamine $H_1$ receptor leading to sedation. However, it also has antagonist properties at the five muscarinic cholinergic receptors (Bolden *et al.*, 1992). We present a brief review of the literature describing DPH abuse and report the case of GF, a 56-year-old woman who was admitted to an inpatient addictions unit for detoxification from DPH. A MEDLINE, EMBASE and PSYCHINFO search from 1966 to the present using the terms DPH, antihistamines, misuse, detoxification, dependence and anticholinergic was conducted to determine reasons for DPH abuse, reported withdrawal symptoms and evidence of any practical guidance on management of DPH detoxification. The papers obtained from this search were further scrutinized for relevant references.

### DPH abuse

The potential for anticholinergic drug misuse has been well documented and appears to be associated with the ability of these compounds to elevate mood, increase energy levels and, in some cases, produce hallucinogenic effects (Dilsalver, 1988). Increases in dopaminergic neurotransmission in mesolimbic brain pathways following antimuscarinic administration may produce rewarding properties and drug-seeking behaviour. In patients treated with antipsychotic medication, anticholinergics may produce rewarding effects associated with a reversal of secondary negative symptoms (induced by antipsychotic treatment), and as a result, anticholinergic misuse may be particularly prevalent in patients suffering from schizophrenia (Dose and Tempel, 2000). The compound most closely linked with misuse is trihexyphenidyl, whilst the

*Corresponding author*: Paul N. Deslandes, Pharmacy Department, Whitchurch Hospital, Cardiff CF14 7XB, UK. *Email*: paul.deslandes@cardiffandvale.wales.nhs.uk

sedative antihistaminic action of DPH was thought to limit its potential for misuse (Dilsalver, 1988). However, when Pates *et al.* (2002) attempted to quantify the extent of abuse of over-the-counter medications, they found that almost half of the pharmacists questioned suspected that DPH was subject to misuse. This constituted the second most commonly cited product behind Kaolin and Morphine. More recently, a similar survey of pharmacists' perceptions conducted in the same geographical region also found antihistamine-containing sedatives to be the second most misused group. Of the 101 pharmacists responding to the survey, 69% felt that sedating antihistamines were subject to misuse, and 80% felt opioid products were misused (Hodson *et al.*, 2007).

The earliest report of DPH misuse came from an anonymous letter in the British Medical Journal (Anonymous, 1979), which reported that some groups of psychotropic drugs can have '… problems of dependence and compulsive use without meeting the strict definition for addiction … diphenhydramine should be included in this group'. Subsequently, Wolf *et al.* (1989) conducted a study to determine the abuse potential of DPH. Although the study included only 10 patients, was non-randomized and only conducted over a short period (less than five weeks), it is the only prospective study to address the issue and concluded that DPH had some potential for abuse. This conclusion is supported by a number of case reports, including that of de Nesnera (1996), who described two patients fulfilling DSM-IV criteria for substance misuse. Published evidence suggests that doses of DPH between 300–700 mg are associated with hallucinogenic effects and are used recreationally (Radovanovic *et al.*, 2000). Furthermore, the misuse of a gel-filled capsule formulation of DPH (Sleepia) among an unspecified number of patients prescribed methadone has also been documented (Roberts *et al.*, 1999). It caused relatively widespread concern among community pharmacists who noticed an increase in demand for the product. The gel preparation was apparently being injected by street drug users as a replacement 'downer' for the discontinued gel-filled temazepam capsules (Gelthix).

## Reported cases and treatment strategies

The literature search revealed five case reports of DPH abuse including a total of six patients, published between 1986 and 2001 (see Table 1 for summary). All reported cases exhibited features of DSM-IV criteria for substance dependence, including tolerance,

increasing usage, continuing use despite adverse effects (dry mouth and blurred vision), drug seeking behaviour and withdrawal reactions. All six of the patients described were male, and the majority were in their thirties, had a history of schizophrenia and were being treated with first generation (typical) antipsychotics. The documented reasons for misuse included insomnia (Barsoum *et al.*, 2000), calming effects (Cox *et al.*, 2001) and mild euphoria (Feldman and Behar, 1986). The daily doses of DPH used ranged from 480–3000 mg, compared with the usual therapeutic dose for insomnia of 50 mg nocte. This is somewhat greater than the range at which hallucinations have been described by recreational DPH users. However, it must be noted that these figures represent the average daily usage, and the majority of the cases did not report the magnitude of individual doses. Interestingly, where DPH was used for its mildly euphoric properties, 1600 mg daily was reported to be divided into two 800 mg doses (Feldman and Behar, 1986), which would be expected to induce hallucinogenic effects.

In the earliest published case described by Feldman and Behar (1986), the patient had a history of schizophrenia and had been taking 1600 mg DPH daily for a month. The client was detoxified over nine days, although, unfortunately, details of the regimen used were not clear from the paper. The two patients described by de Nesnera (1996) had been using 3000 mg and 1000 mg DPH daily over a period of four months and one year, respectively. They were suffering from schizophrenia and were admitted to hospital due to medication non-compliance and worsening mental state. On admission, they were not initially prescribed DPH, although the first patient was subsequently placed on a tapering regime. In all of these cases involving rapid dose reduction (either due to immediate withdrawal or the nine-day tapering regime), severe withdrawal symptoms were experienced by patients. Some of the symptoms were similar to those seen in opiate withdrawal and included initial worsening of insomnia, irritability, restlessness, abdominal cramps, sweating and diarrhoea (Feldman and Behar, 1986; de Nesnerna, 1996). None of the reported cases described a previous history of opioid misuse, although alcohol and cannabis were used by one of the subjects.

MacRury *et al.* (1987) reported a case of a 69-year-old man with dependence to a cough medicine containing DPH. He had been consuming various quantities over a period of years and, after the death of his partner, his consumption escalated to 700 mg of DPH daily. Soon after this, he was admitted to hospital having

**Table 1**  Summary of case reports of DPH abuse

| Case report | Patient(s) (age, gender) | Approximate daily DPH dose (mg) | Diagnosis of schizophrenia | Prescribed antipsychotic |
|---|---|---|---|---|
| Feldman *et al.* (1986) | 34, male | 1600 | Yes | Thiothixene |
| MacRury *et al.* (1987) | 69, male | 700 | Unknown | Unknown |
| de Nesera (1996) | 32, male | 1250–2500 | Yes | Fluphenazine |
|  | 38, male | 1000–1250 | Yes | Fluphenazine |
| Barsoum *et al.* (2000) | 33, male | Up to 3000 | Yes | Fluspirilene and olanzapine |
| Cox *et al.* (2001) | 34, male | 480–720 | Unknown | Chlorpromazine |

developed fatal metabolic acidosis and hyperglycaemia, thought to be due to other ingredients in the cough medicine. The case report describes his treatment for acidosis, rather than a DPH detoxification. Similarly, Barsoum *et al.* (2000) did not document a treatment regime, but described a patient suffering from schizophrenia using 3000 mg DPH daily. He had been taking a non-prescription preparation containing DPH for six months and was co-prescribed a combination of two antipsychotic agents. The most recent case report describes a patient who had been using up to 720 mg DPH per day over a period of five months. He was co-prescribed chlorpromazine, lofepramine and diazepam, although specific details of his psychiatric history were not recorded. Treatment involved substituting chlorpromazine and lofepramine with DPH and a subsequent dose reduction over 18 weeks. There were no reported withdrawal symptoms or relapse (Cox *et al.*, 2001). Based on these somewhat limited findings, a gradual dose reduction would appear to be the best treatment strategy, with the potential to cause significantly less distress for the patient.

## Summary

Despite the abuse potential of DPH, and the apparent prevalence of its over-the-counter misuse, there are relatively few reported cases of detoxification from this compound. The published cases suggest a tentative link with antipsychotic co-prescription, although the perceived scale of misuse would indicate that many cases do not reach the attention of specialist addiction services. The reviewed case reports highlight several factors to consider when devising a treatment regime and describe some of the withdrawal effects that might be expected during detoxification.

## Case report

We report the case of GF (initials changed to protect client anonymity), a 56-year-old woman who was admitted to an inpatient detoxification unit for detoxification from DPH. Her past psychiatric history included a 20-year diagnosis of schizophrenia with episodes of depression. On admission, her prescribed medication was lorazepam 2 mg and temazepam 40 mg daily for insomnia, venlafaxine XL 225 mg daily for depression, olanzapine 10 mg daily and flupentixol 150 mg IM depot weekly for schizophrenia. The antipsychotic regimen had remained unchanged since her last relapse and admission two years previously. She had since been attending outpatient appointments with a psychiatrist during which time her mental state remained stable. She was also receiving medication for physical complaints, which had been stable for some time and were not considered complicating factors for the DPH detoxification.

GF started using DPH 50 mg at night to help with sleeping difficulties approximately five years earlier. Her usage gradually increased over the ensuing years until she was taking thirty 50 mg tablets each day. When asked why she started using more she replied 'The more I took, the better I felt'. She described feeling 'good and calm' and 'it stopped the tremors'. The pattern of usage at this time was structured with four to six tablets being taken every 3 hours and she would 'watch the clock' in order to take the next dose. Withdrawal symptoms appeared within hours of missed doses and included irritability, anxiety, a worsening in her tremor and muscular aching. She also complained that as her usage increased, the initial hypnotic effect had given way to insomnia ('a buzz'), and she would often remain awake for two days before becoming exhausted. She had insight into her problem but had only recently revealed the scale of her DPH usage to her community psychiatric nurse. Her main concern was severe memory impairment that had led to numerous incidents including accidental over dosages of up to 50 DPH 50 mg tablets (leading to blackouts and seizures) and frequently forgetting about food in the oven, leading to fires. The excessive quantity of tablets being bought led to her being banned from numerous community pharmacies, and she would run out of money, sell household appliances and travel up to 30 miles to a pharmacy in order to obtain further supplies.

### Treatment plan

It was felt that an inpatient admission would be most appropriate for GF and have the greatest chance of achieving detoxification with minimal adverse effects. This decision was based upon GF's lack of social support in the community and the limited published information regarding DPH withdrawal, upon which a treatment strategy could be based. In light of the success of the gradual reducing regimen described by Cox *et al.* (2001), the decision was made to gradually withdraw DPH with the aim of complete abstinence. At the time of admission, GF had reduced her usage to around 400 mg per day. As a result, the inpatient-dosing schedule was initiated at 75 mg qds for three days, with gradual (25–75 mg) decrements in total daily dose every three days over a 21-day period. Given the lack of a validated withdrawal symptom scale, one was devised in order to monitor progress and adjust the rate of dose reduction, if necessary. This scale was composed of relevant components of the alcohol and opiate withdrawal scales (Sullivan *et al.*, 1989; Wesson and Ling, 2003) and focused on the previously reported withdrawal effects. Components were scored four times daily (immediately before the next dose was due) and a score of 1–7 assigned to each in order to rate severity. Symptoms assessed were blood pressure and pulse, sweating, restlessness, runny nose, lacrimation, diarrhoea, tremor, anxiety and insomnia. Additional symptoms were noted and recorded if observed.

### Patient outcome

Throughout the three-week admission, GF scored very little on the withdrawal scale and completed the detoxification programme relatively comfortably. The rating scale assessed physical symptoms of withdrawal including gastric upset, changes in autonomic nervous system activity (e.g., sweating and blood pressure) and tremor, as well as psychological symptoms including anxiety, restlessness and irritability. GF scored 0 or 1 on these measures throughout the detoxification, equivalent to symptoms being absent or of mild intensity. On an interview prior to discharge, she remarked that she was pleased with her admission and was

motivated to remain abstinent. When asked subjectively about her memory impairment and asked to score her memory now and prior to the admission, she rated herself as 7 and 2 (out of 10), respectively. Her main concern was an uncomfortable feeling of restlessness and inability to remain seated and a marked tremor in her legs and hands. The Parkinsonian tremor responded well to trihexyphenidyl 5 mg up to three times daily, taken as required, which was increased after a moderate improvement with 2 mg. The restlessness (akathisia) remained pronounced so her lorazepam 2 mg was converted to diazepam 5 mg morning and evening and 10 mg at night. This resulted in an objective improvement in her ability to remain seated and subjective reports of calmness. A follow-up appointment for review of her psychotropic medication was arranged with her local community mental health team, as this was not within the remit of the inpatient detoxification unit. Nevertheless, a change in the antipsychotic regimen in order to minimize extra-pyramidal side effects (EPSE) and a subsequent reduction in trihexyphenidyl and diazepam doses would help to reduce the risk of GF misusing these compounds in the future. She was discharged from the inpatient detoxification unit as planned and had not relapsed at six months.

## Discussion

This case fulfils the DSM-IV criteria for substance misuse, with GF exhibiting tolerance, drug-seeking behaviour, continuing use despite adverse effects and withdrawal reactions. Perhaps, the *prima facia* reason for abuse would be tolerance to the antihistaminic $H_1$-receptor-mediated sedative effects of DPH, resulting in dose escalation to achieve the desired hypnotic effect. However, it is also notable that GF described insomnia or 'a buzz' associated with her use of higher doses of DPH. This may be due to activation of the mesolimbic dopaminergic system, leading to rewarding effects and drug-seeking behaviour (Yeomans, 1995). It is not clear whether DPH possesses any direct stimulatory effects on the dopaminergic system. In common with GF, the other reported case reports of DPH misuse had a diagnosis of schizophrenia and were prescribed antipsychotic medication. The adverse effects of antipsychotics are well documented and EPSE are reported in many patients receiving typical antipsychotics. The most common pharmacological treatment strategy for managing EPSE is prescription of antimuscarinic medication, such as procyclidine or trihexyphenidyl. Vinson (2003) found that 10 mg DPH administered intravenously rapidly resolved prochlorperazine induced akathisia and may be a treatment option for severe akathisia. It is therefore possible that GF along with the patients in other case reports were using DPH to self-medicate against EPSE.

Although GF scored little on the DPH withdrawal scale during detoxification, she did describe symptoms of restlessness consistent with the case report of Feldman and Behar (1986). Commenting on this case, it was hypothesized that withdrawal symptoms could be ascribed to cholinergic rebound, in particular, the irritability and insomnia that resembled an akathisia-like syndrome (Glickman, 1986). Although cholinergic rebound may account for a proportion

of the symptoms, the author makes no reference to the patient's treatment with the typical antipsychotic thiothixane. The 34-year-old man had previously been prescribed trihexyphenidyl, and therefore was presumably experiencing EPSE. On assessment, the symptoms GF described during detoxification were deemed withdrawal emergent EPSE, associated with co-prescribed antipsychotic medication. GF was taking an antipsychotic dose equivalent to over 1.5 g of chlorpromazine per day (Atkins *et al.*, 1997). The large dose of antipsychotic medication co-prescribed for GF and her subjective view that DPH improved EPSE present a possible rationale for DPH misuse in this case. However, the possible association between DPH abuse and psychotic illness or antipsychotic medication suggested in this paper must be viewed with some caution. Although self-medication for EPSE may account for a percentage of the cases reported, the relatively widespread nature of the problem of DPH misuse perceived by community pharmacists suggests that it is unlikely to result exclusively from patients treated with antipsychotic medication attempting to reduce the severity of EPSE. Similarly, many cases of DPH misuse arising from the use of escalating doses to treat insomnia probably remain under-reported. Patients with psychiatric illnesses may be monitored more closely than the general population; hence any co-morbid conditions are more likely to be detected. This report provides further evidence that DPH abuse can present in patients with psychiatric comorbidity, perhaps due to a combination of its anti-parkinsonian properties and euphoric and stimulant effects.

## Conclusion

DPH abuse is cited in the literature. The cases described above make few references to previous reports while making similar recommendations regarding the possible increased abuse potential of DPH if co-prescribed with antipsychotics. The case report highlights the importance of enquiring about non-prescribed medication when taking a drug history. Similarly, community pharmacists and GPs should be vigilant to excessive requests for DPH, particularly in patients with a psychotic illness or those prescribed antipsychotic medication, and be prepared to direct patients for treatment accordingly. To the best of our knowledge, this is the first review of the published data and the only well-documented treatment plan that has resulted in a successful detoxification with continuing abstinence.

## Acknowledgement

In memory of Arwel Thomas, who sadly passed away whilst this article was in press. He will be greatly missed.

## References

Anonymous (1979) Is there any evidence that Benylin syrup is addictive? *Br Med J* *1*: 459

Atkins M, Burgess A, Bottomley C (1997) Chlorpromazine equivalents: a consensus of opinion for both clinical and research applications. Psychiatric Bull *21*: 224–226

Barsoum A, Kolivakis T T, Margolese H C, Chouinard G (2000) Diphenhydramine (Unisom), a central anticholinergic and antihistaminic: abuse with massive ingestion in a patient with schizophrenia. Can J Psychiatry *45*: 846–847

Bolden C, Cusack B, Richelson E (1992) Antagonism by antimuscarinic and neuroleptic compounds at the five cloned human muscarinic cholinergic receptors expressed in Chinese hamster ovary cells. J Pharmacol Exp Ther *260*: 576–580

Cox D, Ahmed Z, McBride A J (2001) Diphenhydramine dependence. Addiction *96*: 516–517

de Nesnera A P (1996) Diphenhydramine dependence: a need for awareness. J Clin Psychiatry *57*: 136–137

Dilsalver S C (1988) Antimuscarinic agents as substances of abuse: a review. J Clin Psychopharmacology *8*: 14–22

Dose M, Tempel H D (2000) Abuse potential of anticholinergics. Pharmacopsychiatry *33*(Suppl 1): 43–46

Feldman M D, Behar M (1986) A case of massive diphenhydramine abuse and withdrawal from use of the drug. JAMA *255*: 3119–3120

Ford C, Good B (2007) Over the counter drugs can be highly addictive. Br Med J *334*: 444

Glickman L (1986) Diphenhydramine abuse and withdrawal. JAMA *256*: 1994

Hodson K, Benney S L, Gwyn E, Luscombe D K, Jones N, Thomas A, Sewell R D E, Deslandes P N (2007) Community pharmacies in South Wales: misuse of over-the-counter medicines. Poster presented at ESCP spring conference, Edinburgh, 2007

MacRury S, Neilson R, Goodwin K (1987) Benylin dependence, metabolic acidosis and hyperglycaemia. Postgrad Med J *63*: 587–588

Pates R, McBride A J, Li S, Ramadan R (2002) Misuse of over-the-counter medicines: a survey of community pharmacies in a South Wales health authority. Pharm J *268*: 179–182

Radovanovic D, Meier P J, Guirguis M, Lorent J P, Kupferschmidt H *(*2000) Dose-dependent toxicity of diphenhydramine overdose. Hum Exp Toxicology *19*(9): 489–495

Roberts K, Gruer L, Gilooly T (1999) Misuse of diphenhydramine soft gel capsules (Sleepia): a cautionary tale from Glasgow. Addiction *94*: 1575–1578

Sullivan J T, Sykora K, Schneiderman J, Naranjo C A, Sellers E M (1989) Assessment of alcohol withdrawal: the revised clinical institute withdrawal. Br J Addiction *84*: 1353–1357

Vinson D R (2003) Diphenhydramine in the treatment of akathisia induced by prochlorperazine. J Emerg Med *26*: 265–270

Wesson D R, Ling W (2003) The Clinical Opiate Withdrawal Scale (COWS). J Psychoactive Drugs *35*: 253–259

Wolf B, Guarino J J, Preston K L, Griffiths R R (1989) Abuse liability of diphenhydramine in sedative abusers. NIDA Res Monograph *95*: 486–487

Yeomans J S (1995) Role of tegmental cholinergic neurons in dopaminergic activation, antimuscarinic psychosis and schizophrenia. Neuropsychopharmacol *12*(1): 3–16

# Exhibit O



# Exhibit P



# tolerance *noun*

tol·er·ance  ˈtä-lə-rən(t)s  ◀ᴗ  ˈtäl-rən(t)s

Synonyms of *tolerance* ›

1 : capacity to endure pain or hardship : **ENDURANCE**, **FORTITUDE**, **STAMINA**

2  a : sympathy or indulgence for beliefs or practices differing from or conflicting with one's own

   b : the act of allowing something : **TOLERATION**

3 : the allowable deviation from a standard

   *especially* : the range of variation permitted in maintaining a specified dimension in machining a piece

4  a (1) : the capacity of the body to endure or become less responsive to a substance (such as a drug) or a physiological insult especially with repeated use or exposure
   developed a *tolerance* to painkillers

   *also* : the immunological state marked by unresponsiveness to a specific antigen

   (2) : relative capacity of an organism to grow or thrive when subjected to an unfavorable environmental factor

   b : the maximum amount of a pesticide residue that may lawfully remain on or in food



Save Word 🚩⁺

developed a *tolerance* to painkillers

*also* **:** the immunological state marked by unresponsiveness to a specific antigen

(2) **:** relative capacity of an organism to grow or thrive when subjected to an unfavorable environmental factor

**b :** the maximum amount of a pesticide residue that may lawfully remain on or in food

## Dictionary

Definition

**Synonyms**
Example Sentences
Word History
Phrases Containing
Entries Near
Cite this Entry
Share
Kids Definition
Medical Definition
More from M-W
⋮ Show Less ⌃

Save Word 🚩⁺

### Synonyms

forbearance          long-suffering          patience

sufferance

⌗ See all Synonyms & Antonyms in Thesaurus ›

### Examples of *tolerance* in a Sentence

a ***tolerance*** for other lifestyles

The plants have a high ***tolerance*** for heat.

Some patients gradually develop a ***tolerance*** for the drug and need to be given a larger dose.

Some patients develop greater ***tolerance*** for the drug's effects.

**Recent Examples on the Web**

# Exhibit Q



APA.org   |   APA Style   |   APA Services   |   Divisions

About APA   |   Events   |   Join APA   |   Help   |   🛒 Cart

## AMERICAN PSYCHOLOGICAL ASSOCIATION

# APA Dictionary of Psychology

Search and select a Dictionary term 🔍

### abuse potential  ↗

Updated on 04/19/2018

the relative likelihood that a particular psychoactive substance will reinforce drug-taking behavior to the point of abuse. Factors that determine abuse potential include subjective experience with a given substance, route of drug administration (e.g., intravenous, inhalation, oral), and the onset speed, duration, and nature of the drug effect. Substances with a high abuse potential include intravenous heroin, crack cocaine, morphine, and smoked opium. Substances with a low abuse potential include the hallucinogens and antipsychotic medications. Also called **abuse liability**.

### Browse Dictionary

A B C D E F G H I J K L M N O P
Q R S T U V W X Y Z Ω-#

© 2024 American Psychological Association
750 First St. NE, Washington, DC 20002-4242
Telephone: (800) 374-2721; (202) 336-5500
TDD/TTY: (202) 336-6123

APA Home  |  Contact  |  Press Room  |  Advertise  |  APA PsycNET®  |  Privacy Statement  |  Terms of Use  |  Accessibility  |  Website Feedback  |  Site Map  |  Help



APA.org  |  APA Style  |  APA Services  |  Divisions

About APA  |  Events  |  Join APA  |  Help  |  🛒 Cart

**AMERICAN PSYCHOLOGICAL ASSOCIATION**

# APA Dictionary of Psychology

| Search and select a Dictionary term | 🔍 |
| --- | --- |

## habit-forming drug  ↪

a drug with abuse potential.

Updated on 04/19/2018

### Browse Dictionary

A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P
Q  R  S  T  U  V  W  X  Y  Z  Ω-#

© 2024 American Psychological Association

750 First St. NE, Washington, DC 20002-4242

Telephone: (800) 374-2721; (202) 336-5500
TDD/TTY: (202) 336-6123

APA Home  |  Contact  |  Press Room  |  Advertise  |  APA PsycNET®  |  Privacy Statement  |  Terms of Use  |  Accessibility  |  Website Feedback  |  Site Map  |  Help

We have published a revised version of our Privacy Statement. Please read these updated terms and take some time to understand them.  Learn more    Got it

Feedback

# Exhibit R

 **Dictionary.com**          T **Thesaurus.com**

Start typing any word or phrase    🔍

Games   Featured   Pop culture   Writing tips

Skip to ☰

| American | British |
|---|---|

# habit-forming 🔊

[ **hab**-it-fawr-ming ]    ◉ Phonetic (Standard)   ○ IPA

## adjective

1   tending to cause or encourage addiction, especially through physiological dependence:
   *habit-forming drugs.*



Proximo: Word of the Day
👍 68

Word of the Day

# Exhibit S

Case 2:24-cv-03152-DC-JDP    Document 22-1    Filed 12/23/24    Page 88 of 91

# The Over-the-Counter Drug Facts Label

*FDA requires a standard label of important drug information for all over-the-counter (OTC) drug products*

## Always Read the Label

Reading the product label is the most important part of taking care of yourself or your family when using nonprescription medicines, also known as OTC medicines. These medicines are available without a prescription. It is especially important to read the label of OTC medicines because they can be taken without seeing a doctor. FDA regulation makes sure the labels on all OTC medicines (from a bottle of sunscreen to a bottle of cough syrup) have information listed in the same order; are arranged in a consistent style and contain easier to understand words.

## What's On The Label

All nonprescription, OTC medicine labels have detailed usage and warning information so consumers can properly choose and use the products.

Below is an example of what the OTC medicine label looks like.





**Disclaimer:** This label is for illustrative purposes only.

# What It Means

Click to learn more:

**Active Ingredient(s)**

**Purpose(s)**

**Use(s)**

**Warning(s)**

**Directions**

**Inactive Ingredients**

**Other Information**

> **Note:** The Drug Facts labeling requirements do not apply to dietary supplements, which are regulated as food products, and are labeled with a Supplement Facts (/food/dietary-supplements-guidance-documents-regulatory-information/dietary-supplement-labeling-guide-chapter-iv-nutrition-labeling) panel.

# The Label Also Tells You...

- The expiration date (/drugs/special-features/dont-be-tempted-use-expired-medicines), when applicable (date after which you should not use the product). If there is no expiration date on the label, the drug should be considered expired three years after purchase.

- Lot or batch code (manufacturer information to help identify the product).

- Name and address of manufacturer, packer, or distributor.

- Net quantity of contents (how much of the product is in each package).

# Reading the Label: The Key to Proper Medicine Use

The label tells you what a medicine is supposed to do, who should or should not take it, and how to use it. But efforts to provide good labeling can't help unless you read and use the information. It's up to you to be informed and use your medicines wisely (/consumers/womens-health/use-medicines-wisely) and responsibly.

The manufacturers of OTC medicines sometimes make changes to their products or labeling (new ingredients, dosages, or warnings). In addition, many OTC medicines may have similar brand names with different active ingredients. Make sure to read the label each time you use the product. Always look for special "flags" or "banners" on the front product label alerting you to such changes. If you read the label and still have questions, ask your doctor, pharmacist, or other health care professional for advice.

# Tamper-Evident Packaging: An Important Safety Feature

The makers of OTC medicines widely use tamper-evident packaging for their products. This is to help protect consumers against possible criminal tampering. Drug products with tamper-evident packaging have a statement on the packaging describing this safety feature. It is always important to inspect the outer packaging before you buy an OTC drug product and to look at the product again before you take it.

OTC medicines are sold in containers with child safety closures. Use them properly.  Remember—keep all medicines out of the sight and reach of children.

# Additional Resources

- Understanding Over-the-Counter Medicine (/drugs/buying-using-medicine-safely/understanding-over-counter-medicines)

- Using Acetaminophen Safely (/drugs/information-drug-class/acetaminophen)

- Safe Daily Use of Aspirin (/drugs/understanding-over-counter-medicines/safe-use-aspirin)

- Safe Use of OTC Pain Relievers and Fever Reducers (/drugs/understanding-over-counter-medicines/safe-use-over-counter-pain-relievers-and-fever-reducers)

- Over-the-Counter (OTC) Heartburn Treatment (/drugs/understanding-over-counter-medicines/over-counter-otc-heartburn-treatment)