**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey (State Bar No. 295032)
Brittany S. Scott (State Bar No. 327132)
166 Geary Street, Ste. 1500-1507
San Francisco, CA 94108
Phone: 415-839-7000
E-Mail: yeremey@skclassactions.com
       brittany@skclassactions.com

*Attorneys for Plaintiff*

*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIRREON GOODSON, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>     v.<br><br>KENVUE BRANDS LLC,<br><br>                              Defendant. | Case No. 2:24-cv-03152-DC-JDP<br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS**<br><br>Courtroom: 8, 13th Floor<br>Judge: Hon. Dena Coggins |

Pursuant to Local Rule 230(m), Plaintiff hereby submits this Notice of Supplemental Authority in Support of Opposition to Motion to Dismiss, bringing to the Court's attention the following order entered by Judge Jon S. Tigar of the Northern District of California in *Sneed et al. v. The Procter & Gamble Company*, Case No. 23:-cv-05443-JST, ECF No. 66 (N.D. Cal. Apr. 4, 2025) ("*Sneed II*").  The *Sneed II* decision is attached hereto as **Exhibit 1**.

Dated: April 14, 2025

SMITH KRIVOSHEY, PC

By:   */s/ Brittany S. Scott*
          Brittany S. Scott

SMITH KRIVOSHEY, PC
Yeremey O. Krivoshey (State Bar No. 295032)
Brittany S. Scott (State Bar No. 327132)
166 Geary Street, Ste. 1500-1507
San Francisco, CA 94108
Phone:  415-839-7000
E-Mail: yeremey@skclassactions.com
             brittany@skclassactions.com

SMITH KRIVOSHEY, PC
Joel D. Smith (State Bar No. 244902)
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Phone:  617-377-7404
E-Mail: joel@skclassactions.com

**BURSOR & FISHER, P.A**.
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com

*Attorneys for Plaintiff*