Malcolm Segal (SBN 075481)
**Segal & Associates, PC**
500 Capitol Mall, Suite 600
Sacramento, CA 95814
Telephone: (916) 441-0886
msegal@segal-pc.com

Attorneys for Defendant

Steven A. Zalesin *(admitted pro hac vice)*
Joshua Kipnees *(admitted pro hac vice)*
**Patterson Belknap Webb & Tyler LLP**
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2838
sazalesin@pbwt.com
jkipnees@pbwt.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIRREON GOODSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KENVUE BRANDS LLC,<br><br>Defendant. | Case No: 2:24-cv-03152-DC-JDP<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT KENVUE BRANDS LLC'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)** |

Kenvue's Notice of Supplemental Authority in Support of its
Motion to Transfer Venue [28 U.S.C. § 1404(a)]

1    Pursuant to Local Rule 230(m)(2), Defendant Kenvue Brands LLC files this Notice of
2    Supplemental Authority to provide this Court notice of a recently issued decision granting a
3    motion to transfer a putative nationwide class action for false advertising to the district in which
4    defendant's headquarters are located. *Greben v. Cinmar*, *LLC*, No. 2:24-CV-10140-MRA-BFM,
5    2025 WL 1765916 (C.D. Cal. May 30, 2025). A true and correct copy of the decision and order
6    granting defendant's motion to transfer is attached hereto as Exhibit A.

Dated: July 17, 2025                    Respectfully submitted,

                                        */s/ Steven A. Zalesin*
                                        Steven A. Zalesin *(pro hac vice)*
                                        Joshua Kipnees *(pro hac vice)*
                                        PATTERSON BELKNAP WEBB & TYLER LLP

                                        Malcolm Segal (SBN 075481)
                                        SEGAL & ASSOCIATES, PC


                                        *Attorneys for Defendant*